IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCELERATION BAY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-453 (RGA) |
| | ) | |
| ACTIVISION BLIZZARD, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| ACCELERATION BAY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-454 (RGA) |
| | ) | |
| ELECTRONIC ARTS INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ACCELERATION BAY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-455 (RGA) |
| | ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., ROCKSTAR GAMES, INC. and 2K SPORTS, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING**

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendants Activision Blizzard, Inc., Electronic Arts Inc., Take-Two Interactive Software, Inc., Rockstar Games, Inc. and 2K Sports, Inc. (collectively "Defendants") hereby move to dismiss all claims related to games used on Sony platforms for lack of constitutional standing. The grounds for this motion are set forth more fully in Defendants' opening brief, submitted herewith.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Stephen J. Kraftschik*
          _____
          Jack B. Blumenfeld (#1014)
          Stephen J. Kraftschik (#5623)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
          jblumenfeld@mnat.com
          skraftschik@mnat.com

          *Attorneys for Defendants*

OF COUNSEL:

David P. Enzminger
Michael A. Tomasulo
Gino Cheng
David K. Lin
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700

Dan K. Webb
Kathleen B. Barry
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Michael M. Murray
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-3510

October 4, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 4, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street, 6th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul J. Andre, Esquire<br>Lisa Kobialka, Esquire<br>James R. Hannah, Esquire<br>Hannah Lee, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Aaron M. Frankel, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)