IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY LLC,           )<br><br>            Plaintiff,        )<br><br>              v.            )<br><br>ACTIVISION BLIZZARD, INC.    )<br><br>          Defendant.      ) | C.A. No. 16-453 (RGA) |

| | |
|---|---|
| ACCELERATION BAY LLC,           )<br><br>            Plaintiff,        )<br><br>              v.            )<br><br>ELECTRONIC ARTS INC.,     )<br><br>          Defendant.      ) | C.A. No. 16-454 (RGA) |

| | |
|---|---|
| ACCELERATION BAY LLC,           )<br><br>            Plaintiff,        )<br><br>              v.            )<br><br>TAKE-TWO INTERACTIVE SOFTWARE,<br>INC., ROCKSTAR GAMES, INC. and<br>2K SPORTS, INC.,        )<br><br>          Defendants.      ) | C.A. No. 16-455 (RGA) |

**DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH
RULE 45 SUBPOENA TO FRED HOLT AND VIRGIL BOURASSA**

Pursuant to the Special Master Order Relating to Procedures for Resolving Discovery Motions (*see* C.A. No. 16-453, D.I. 62 at 2; C.A. No. 15-228, D.I. 113), Defendants move for an Order compelling Fred Holt and Virgil Bourassa to:

1.     Produce documents concerning all financial arrangements between or among Messrs. Bourassa and/or Holt, on the one hand, and Acceleration Bay, Kramer Levin,

and/or Boeing, on the other, including consulting agreements and invoices/receipts issued pursuant thereto;

2.     Produce a privilege log for any documents withheld on the basis of privilege, work product, or other such protections; and

3.     Produce emails and electronically stored documents and an explanation for how such documents were searched.

Pursuant to D. Del. LR 7.1.1, Defendants state that they have made reasonable effort to reach agreement with Fred Holt and Virgil Bourassa on the matters set forth in this motion and the parties could not reach agreement.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Michael A. Tomasulo
Gino Cheng
David K. Lin
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700

David P. Enzminger
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
(650) 858-6500

Dan K. Webb
Kathleen B. Barry
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

March 31, 2017

*/s/ Stephen J. Kraftschik*
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-453 (RGA) |
| | ) |
| ACTIVISION BLIZZARD, INC. | ) |
| | ) |
| Defendant. | ) |
| ACCELERATION BAY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-454 (RGA) |
| | ) |
| ELECTRONIC ARTS INC., | ) |
| | ) |
| Defendant. | ) |
| ACCELERATION BAY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-455 (RGA) |
| | ) |
| TAKE-TWO INTERACTIVE SOFTWARE, | ) |
| INC., ROCKSTAR GAMES, INC. and | ) |
| 2K SPORTS, INC., | ) |
| | ) |
| Defendants. | ) |

## PROPOSED ORDER

WHEREAS, the Special Master, having consider Defendants; Motion to Compel Compliance With Rule 45 Subpoena To Fred Holt And Virgil Bourassa,

IT IS HEREBY ORDERED this _____ day of _____, 2017, that Defendants' Motion to Compel is GRANTED.  Within 7 days of this Order, Fred Holt and Virgil Bourassa shall:

1.     Produce documents concerning all financial arrangements between or among Messrs. Bourassa and/or Holt, on the one hand, and Acceleration Bay, Kramer Levin, and/or Boeing, on the other, including consulting agreements and invoices/receipts issued pursuant thereto;

2.     Produce a privilege log for any documents withheld on the basis of privilege, work product, or other such protections; and

3.     Produce emails and electronically stored documents and an explanation for how such documents were searched.

_____
Special Master Allen M. Terrell, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 31, 2017, upon the following in the manner indicated:

Philip A. Rovner, Esquire                                          *VIA ELECTRONIC MAIL*
Jonathan A. Choa, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801
*Attorneys for Virgil Bourassa and Fred Holt*

Paul J. Andre, Esquire                                            *VIA ELECTRONIC MAIL*
Lisa Kobialka, Esquire
James R. Hannah, Esquire
Hannah Lee, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
*Attorneys for Virgil Bourassa and Fred Holt*

Aaron M. Frankel, Esquire                                         *VIA ELECTRONIC MAIL*
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
*Attorneys for Virgil Bourassa and Fred Holt*

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)