# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-453-RGA |
| | ) |
| ACTIVISION BLIZZARD, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 25, 2017, a true and correct copy of the following document was served on the following counsel of record at the addresses and in the manner indicated:

EXPERT REPORT OF CHRISTINE S. MEYER, PH.D.
[CONFIDENTIAL – OUTSIDE COUNSEL ONLY]

## BY EMAIL

| | |
|---|---|
| Jack B. Blumenfeld, Esq. | Michael A. Tomasulo, Esq. |
| Stephen J. Kraftschik, Esq. | David P. Enzminger, Esq. |
| Morris, Nichols, Arsht & Tunnell LLP | David K. Lin, Esq. |
| 1201 N. Market Street | Joe Netikosol, Esq. |
| P.O. Box 1347 | Winston & Strawn LLP |
| Wilmington, DE 19899 | 333 S. Grand Avenue |
| jblumenfeld@mnat.com | Los Angeles, CA 90071 |
| skaftschik@mnat.com | mtomasulo@winston.com |
| | denzminger@winston.com |
| | dlin@winston.com |
| | jnetikosol@winston.com |
| | |
| Kathleen B. Barry, Esq. | Krista M. Enns, Esq. |
| Daniel K. Webb, Esq. | Winston & Strawn, Esq. |
| Winston & Strawn LLP | 101 California St., 35th Floor |
| 35 W. Wacker Drive | San Francisco, CA 94111 |
| Chicago, IL 60601 | kenns@winston.com |
| kbarry@winston.com | |
| dwebb@winston.com | |

| | |
|---|---|
| Michael M. Murray, Esq.<br>Winston & Strawn LLP<br>200 Park Aveneue<br>New York, NY 10166<br>mmurray@winston.com | Andrew R. Sommer, Esq.<br>Winston & Strawn LLP<br>1700 K Street, N.W.<br>Washington, DC 20006<br>asommer@winston.com |

OF COUNSEL:
Paul J. Andre
Lisa Kobialka
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700

Aaron M. Frankel
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Dated:  September 26, 2017
5406811

POTTER ANDERSON & CORROON LLP

By:  */s/ Philip A. Rovner*
        Philip A. Rovner (#3215)
        Jonathan A. Choa (#5319)
        Hercules Plaza
        P.O. Box 951
        Wilmington, DE  19899
        (302) 984-6000
        provner@potteranderson.com
        jchoa@potteranderson.com

*Attorneys for Plaintiff*
*Acceleration Bay LLC*