# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-453 (WCB) |
| v. | ) |
| | ) **PUBLIC VERSION** |
| ACTIVISION BLIZZARD, INC., | ) |
| | ) |
| Defendant. | ) |

## LETTER TO THE HONORABLE WILLIAM C. BRYSON FROM PHILIP A. ROVNER

OF COUNSEL

Paul J. Andre
Lisa Kobialka
James Hannah
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 752-1700

Aaron M. Frankel
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Date: March 27, 2023
Public version dated: March 28, 2023

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff*
*Acceleration Bay, LLC*



1313 North Market Street  
P.O. Box 951  
Wilmington, DE 19899-0951  
302 984 6000  
www.potteranderson.com

Philip A. Rovner  
Partner  
Attorney at Law  
provner@potteranderson.com  
302 984-6140 Direct Phone

March 27, 2023

**BY CM/ECF**

The Honorable William C. Bryson  
U.S. District Court for the District of Delaware  
844 North King Street  
Wilmington, DE 19801

**PUBLIC VERSION**  
March 28, 2023

Re: *Acceleration Bay LLC v. Activision Blizzard Inc.*, C.A. No. 16-453-WCB

Dear Judge Bryson:

Pursuant to the Court's March 22, 2023 Memorandum Opinion and Order (D.I. 762, the "Order"), Acceleration Bay respectfully requests that portions of the Order be redacted. These portions are highlighted in Exhibit 1. A redacted version of the Order is attached as Exhibit 2. Acceleration Bay also requests that the corresponding portions of the transcript from the March 20, 2023 hearing (the "Transcript") be redacted, as shown with highlighting in Exhibit 3. A redacted version of the Transcript is attached as Exhibit 4.

Defendant Activision Blizzard Inc. neither opposes nor joins in Acceleration Bay's request.

There is good cause to redact the requested portions of the Order and the Transcript because they disclose the identity of the third-party licensee to Acceleration Bay's patents (the "Licensee") and specific financial terms of that license agreement. The license agreement (at Section 9) requires Acceleration Bay to keep confidential the existence, terms, and conditions of the agreement. Acceleration Bay's requested redactions are limited to these specific issues and represent only a small portion of the Order and Transcript.

Sealing these limited portions of the Order and Transcript is appropriate. Although there is a presumption in favor of public access to court records, the Court has the authority to seal documents "when justice so requires," if the requesting party demonstrates that the "interest in secrecy outweighs the presumption" of access. *LEAP Sys., Inc. v. MoneyTrax, Inc.*, 638 F.3d 216, 221 (3d Cir. 2011); *see also Littlejohn v. Bic Corp.*, 851 F.2d 673, 677-78 (3d Cir. 1988) (right of access to judicial proceedings and records is "not absolute.") (citing *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 598 (1978). The Licensee's interest in maintaining the secrecy of the limited information sought to be redacted outweighs the presumption of access. *See LEAP Sys.*, 638 F.3d at 221. The identified portions of the Order and Transcript are "sources of business information that might harm [Licensee's] competitive standing" if disclosed as they could give insight to other third-parties seeking to negotiate license agreements with the Licensee. *See*

*Littlejohn,* 851 F.2d at 678; *see also Joint Stock Soc. v. UDV N. Am., Inc.,* 104 F. Supp. 2d 390, 395 (D. Del. 2000) (documents containing "trade secrets or other confidential business information" may be sealed) (citing *Leucadia, Inc. v. Applied Extrusion Tech., Inc.,* 998 F.2d 157, 166 (3d Cir. 1993).  Under these circumstances, sealing is proper.

Respectfully submitted,

/s/ *Philip A. Rovner*

Philip A. Rovner (#3215)

cc: All counsel of Record (Via ECF Filing, Electronic Mail)