IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - -

| | |
|---|---|
| ACCELERATION BAY, LLC | : CA No. 16-453 WCB |
| | : |
| vs. | : |
| | : |
| ACTIVISION BLIZZARD, INC. | : |

-----

TRANSCRIPT OF PRETRIAL MOTION

-----


Pretrial Motion had before the
Honorable William C. Bryson, USDCJ, on the
25th day of April, 2024, via Zoom at
2:00 p.m.


KIMBERLY A. BURSNER, RPR

```
 1      COUNSEL APPEARED AS FOLLOWS

 2                          Potter, Anderson & Corroon, LLP
                            BY: PHILIP A. ROVNER, ESQUIRE
 3                                  for the Plaintiffs

 4                          Kramer, Levin, Naftalis &
                            Frankel, LLP
 5                          BY:  PAUL J. ANDRE, ESQUIRE
                                 LISA KOBIALKA, ESQUIRE
 6                               AARON M. FRANKEL, ESQUIRE
                                    for the Plaintiffs
 7
                            Morris, Nichols, Arsht & Tunnell,
 8                          LLP
                            BY:  JACK B. BLUMENFELD, ESQUIRE
 9                               JEREMY TIGAN, ESQUIRE
                                    for Defendants
10
                            Shook, Hardy & Bacon, LLP
11                               B. TRENT WEBB, ESQUIRE
                                 AARON E. HANKEL, ESQUIRE
12                               JOHN D. GARRETSON, ESQUIRE
                                 JORDAN T. BERGSTEN, ESQUIRE
13                               MAXWELL McGRAW, ESQUIRE
                                 LAUREN E. DOUVILLE, ESQUIRE
14                                  for Defendants

15

16      ALSO PRESENT:

17                   CHRISTOPHER OUELLETTE

18

19

20

21

22

23

24

25
```

1          THE COURT:  We're here in the

2     pretrial conference in Acceleration Bay

3     against Activision Blizzard, 16453 in the

4     District of Delaware.

5          A couple of small administrative

6     matters in the beginning.  Number one, we had

7     a request from the clerk's office for someone,

8     a third party, to participate by listening to

9     our conference in which I agreed to since we

10    do our business in public, and except when

11    it's necessary to close the court.

12         But in case anyone has anything that

13    they plan to say that would be highly

14    sensitive or otherwise confidential, try to

15    avoid that.  If we can't avoid it, then we may

16    have to ask the person to exit the conference.

17         All right.  Second point, one of the

18    things that I promised to do at our meeting --

19    I guess it was Monday -- was to look at the

20    objection to Plaintiff's Exhibit-119 -- at

21    least that was the numbering I was given --

22    objected to by Activision with respect to a

23    couple of pages of deposition from a Mr. Kirk.

24         Well, Plaintiff's Exhibit-119 is not

25    what I was looking for.  It is some kind of

1      document.  It isn't an exhibit that contains a

2      transcript or relates to a transcript.

3            So, if someone could, in the course

4      of this conference, check into that and find

5      out what it was that was intended to be

6      objected to, I would appreciate it.

7            So that's an Activision objection to

8      what was listed as PTX-119, but clearly isn't.

9      All right.  At least unless I have my exhibits

10     somehow messed up, and I don't think I do.

11           All right.  Here's what I plan to do

12     by way of our agenda for today.  First, I will

13     go through my general practices and just a lot

14     of minutiae, but it's a minutiae that may

15     ultimately be something you're interested in

16     knowing about.  Several of you, I think, have

17     been with me on other cases and will be

18     familiar with this, but some of you have not,

19     and therefore, I will go through the list.

20           I will entertain questions.  If you

21     have questions that come up during my

22     recitation, then please feel free to jump in

23     and ask the questions.  If you want to save

24     your questions until the end, that's fine,

25     too.

1                    All right.  First of all, general

2          practices -- when we finish that, by the way,

3          I will walk through the pretrial order and

4          then I will want to address specific issues

5          that come up both in the pretrial order and in

6          the proposed instructions.

7                    So first, I will try to follow

8          Delaware practice, except on those rare

9          occasions in which I consciously depart from

10         Delaware practice.  So Delaware counsel should

11         feel free -- well, anybody should feel free,

12         but it usually falls to Delaware counsel, to

13         let me know if I'm departing from Delaware

14         practice, because I don't want to do it

15         unwittingly.  I am happy to be put right and I

16         want to comply with Delaware practice wherever

17         I can.

18                    I have a couple of practices that I

19         have employed before that are at least

20         implicitly contrary to at least the spirit of

21         the Delaware rules and I may want to

22         reconsider those, but we can get to that when

23         we get to the point.

24                    Second, I generally want to let the

25         attorneys try their cases.  I don't interfere

        1         a lot especially in jury trials.  I will ask
        2         occasional questions, but mostly only if it
        3         seems necessary to clear up the meaning of a
        4         term or an expression or some piece of
        5         testimony that would be, in my view, unclear
        6         to a lay jury.  I suspect to the extent that I
        7         ask questions, that will be the nature of
        8         them.
        9              I don't have any particular
       10         idiosyncrasies about decorum.  Obviously, I
       11         think good sense is -- has to govern courtroom
       12         decorum.  I don't mind at all if attorneys
       13         come and go from the courtroom without asking
       14         leave to depart and so forth.  It's just --
       15         feel free.  The witnesses, the same way,
       16         accepting for the Rule 615 problem, but that's
       17         something that you shouldn't worry about.
       18              As far as bringing in water, sure.
       19         You can bring in water.  Don't bring in other
       20         beverages though, please.  No Diet Coke
       21         sitting on the counsel table.
       22              Now, when you object -- and I hope
       23         this is rare, but I would not be surprised if
       24         it turns out to happen from time to time,
       25         maybe you'll object -- please stand.  You will

1       normally get my attention, but with -- since

2       the witness boxes in Delaware are at about

3       90 degrees to the counsel tables, I will

4       sometimes not see you.  And if I don't see you

5       as soon as you stand up and stand for a second

6       or two, just speak "I object" or "objection,"

7       and then briefly state the nature of the

8       objection.  I don't want speaking objections

9       at that point.

10            Now, my law clerk, there will be a

11      deputy clerk who -- there who will be the

12      wrangler of exhibits and will handle things

13      like swearing in the witnesses.  My law clerk

14      will keep the time, and that will be our

15      official time.  I will keep an informal time

16      just to make sure if the law clerk's cell

17      phone fails or something, that we have an idea

18      of what people's time is.  But he will be the

19      authoritative source.

20            Now, speaking of time, I am a real

21      believer in punctuality.  I will be in court

22      at the designated time, either at the

23      beginning of the day or after breaks.  And I

24      will try to make it to the minute.  It's

25      always possible that something will go wrong,

 1        but I am not going to have -- because I'm a

 2        visitor, I'm not going to have somebody on the

 3        phone with an emergency TRO or something that

 4        will hold us up for half an hour.  I would

 5        like similar conduct on the part of the

 6        lawyers and witnesses.

 7              So if we have a 15-minute break, at

 8        the end of the 15-minute break, or maybe even

 9        a little before the end of the 15-minute

10        break, please be in your seats, have the

11        witness -- if this is a continuing witness

12        testimony, have the witness in the witness box

13        so we don't lose any time.  It's amazing how

14        much time you can lose just by slippage

15        five minutes here, ten minutes there.

16              I also want to start every day at

17        9:00 o'clock.  And I will advise the jury that

18        they need to be there at 9:00 o'clock.  And

19        the danger, of course, is that if someone is

20        habitually late, it means we may not finish by

21        Friday, which is something that none of us

22        wants.

23              In the course of examination, one

24        lawyer doing the examination for each witness

25        and one doing the cross.  The same person

1    that's doing the examination or the cross will

2    be responsible for the objections.  And if

3    there is a sidebar -- and I'm going to

4    emphasize again, that I don't want a lot of

5    sidebars.  Jury's just hate them.

6              But if there are sidebars, one

7    lawyer, the one who's involved in the direct

8    or the cross-examination, and the other

9    lawyer, and that's it.  I don't want a rugby

10   scrum up at the bench, with every lawyer who's

11   got something that he or she wants to say

12   coming up to the bench.  So it's three people

13   involved in the bench conferences, and one of

14   them will be me.

15             I want to emphasize, please, let's

16   keep the sidebars to a minimum.  That's

17   something which it seems to kind of cascade.

18   Once we start with sidebars, it becomes less

19   of an inhibition to ask for another one.

20   Let's not get started down that road.  And I

21   may just say, no, you know, tell me what your

22   objection is from counsel table.  I will deal

23   with it."  And you may not want to do that.

24   But I may just have to, to avoid sidebars as

25   much as I can.  And if that's inconvenient to

1     you, then reduce the number of sidebars.

2          One way that I enforce the idea of

3     reducing the number of sidebars and the number

4     of objections is to say that I will charge

5     time against the party that raises an

6     objection.

7          Now, with respect to exhibits, before

8     you rest your case, make sure you've admitted

9     all your exhibits.  Ideally, you will admit

10    the exhibits at the conclusion of a witness's

11    testimony.  I'm not going to insist -- unless

12    there's a real issue, I'm not going to insist

13    that you not publish the exhibit in question

14    to the jury until I've admitted it.  That gets

15    very cumbersome, and I'm not going to insist

16    on that.

17          If someone thinks there's a real

18    problem with doing it the way I'm doing it, I

19    will pay attention to the complaint.  But my

20    normal practice is -- has been, and I have

21    never had a problem with this -- my practice

22    is to have the exhibits for a particular

23    witness admitted at that end of that witness's

24    testimony, when we can do it bing, bing, bing,

25    bing.  And it saves a lot of time.

1          Now, the one thing to do, to be sure

2     of, though, is to make sure that before you

3     rest your case, that you've introduced all the

4     exhibits.  Up until then, the fact that you

5     miss an exhibit with a particular witness is

6     not a problem.  You can go back and revisit

7     it.

8          At the close of your evidence, I will

9     want you to get together with the opposing

10     counsel and make sure your exhibit lists

11     conform.  You can also check with the deputy

12     clerk and make sure his exhibit lists conforms

13     to yours, just so there's not a loose exhibit

14     there and we have to come back well after the

15     case and try to figure out what happened to

16     Plaintiff's Exhibit-247.

17          Okay.  Trial day will be from 9:00 to

18     somewhere between 5:00 and 5:30 depending on

19     where we are with witnesses.  As I mentioned

20     to you before, I will make myself available at

21     eight o'clock in the morning.  If there is an

22     issue to be resolved before trial -- we

23     discussed this at the conference we had the

24     other day, but to go over it again.  If

25     there's an issue to be resolved before trial,

1    please e-mail me with the content of the

2    exhibit and any argument you have regarding

3    the admissibility of the exhibit by

4    eight o'clock the night before.

5              Now, we can talk about this as we go

6    through the pretrial order.  But I have tried

7    to conform the pretrial order to the notion

8    that we will have you all contact me after

9    you've had your meet and confer and you've

10   reached impasse, if you do, contact me by

11   eight o'clock.  That gives me enough time to

12   think about it and come back the next morning

13   and hear argument with some background on the

14   subject, and resolve it before nine o'clock.

15             It will get resolved before

16   nine o'clock, because I don't want that jury

17   sitting, cooling its heels for 30 minutes

18   while we go back and forth on some evidentiary

19   question.

20             Now, that should be the norm.  I

21   would say this:  In the event that on Sunday,

22   which will be the first day that this problem

23   arises, that exhibits or other matters that

24   need to be raised, if you have -- well, I'll

25   put it this way:  Throughout the trial, you

1       have to really try to keep the number of these

2       kinds of disputes, that get loaded on to me at

3       eight o'clock, down to a minimum.  And by "a

4       minimum," I mean maybe one a day.  Maybe, if

5       it's an exceptional day, two.  But if it's

6       like five on Sunday, or God forbid, ten on

7       Sunday, issues that you're still in dispute

8       on, then I will change the protocol because

9       I'm not going to sit there at eleven o'clock

10      at night working my way through ten objections

11      and long e-mails from you all.

12              Keep in mind that you all have a lot

13      of lawyers on each side here, busy turning

14      things away.  I got one.  So I'm outmanned

15      here.

16              So please be sure and go as far as

17      you can towards resolution.  Because if you

18      don't, if you can't resolve these, the

19      protocol that I will adopt will be that at the

20      end of each trial day, at the point at which

21      you will have developed some sense of what

22      issues there are that you need to explore with

23      the other side, I will stay in court and I

24      will supervise the meet and confer so that we

25      will cut down on the number of issues that we

1    waste time on, if I can just cut it off at the

2    pass.

3            It's not my preferred course, and it

4    shouldn't be yours because you're going to

5    want to get back and prepare witnesses for the

6    next day.  But that's what I'll do in the

7    event that we end up getting deluged with

8    nighttime e-mails.

9            All right.  Now, with respect to

10   witnesses, I will expect you to have extra

11   witnesses ready each day.  If you run short of

12   a witness -- if you run out of witnesses for

13   the day, I will charge you for the time

14   between when you stop and the time we would

15   normally adjourn for the day.

16           By the way, speaking of witnesses, I

17   noticed in your pretrial order that you

18   invoked the rule on witnesses, 615, but you

19   didn't make an allowance -- this may have been

20   intentional -- but you didn't make an

21   allowance for party representatives who may be

22   testifying.

23           If you have any of those, I'm

24   perfectly happy -- the rule allows it, and I'm

25   perfectly happy to indulge having an exception

```
 1          for party representatives.  But it's not in
 2          your current pretrial order.  I just wanted to
 3          check and make sure that's what you intended,
 4          or that you don't have any party reps.
 5                   Is that true on both sides?
 6                   MR. ANDRE:  Your Honor, this is
 7          Paul Andre.  We have a party rep that will be
 8          the -- he'll be testifying, as well as the --
 9                   THE COURT:  And will be testifying,
10          the party rep?
11                   MR. ANDRE:  That's correct.
12                   THE COURT:  Do you want to add,
13          then, to the Rule 615 proviso that you want a
14          party rep to be excluded from the rule?
15                   MR. ANDRE:  We do, Your Honor.
16                   THE COURT:  Okay.  How about the
17          other side?  Are you in the same situation,
18          or do you have any objection?
19                   MR. WEBB:  No objection, Your Honor.
20          We will have a company rep, but the person
21          will not be testifying.
22                   THE COURT:  Okay.  Well, the rule
23          provides for it.  So it's an uncontroversial
24          matter.  But I just wanted to make sure that
25          we cleaned up that issue.
```

```
 1                    Okay.  Let's see.  In terms of break,
 2          I will plan on one break in the morning, a
 3          lunch break of 45 minutes, and one break in
 4          the afternoon.  I'm assuming that you all will
 5          have lunch brought to you, and the jury will
 6          have lunch brought to them courtesy of your
 7          firms.  Since you don't have to go out,
 8          45 minutes should be sufficient.
 9                    And, again, we can save some time
10          in -- trial time and avoid what is the
11          ultimate nightmare of having this case go to
12          the jury at 4:45 on Friday afternoon.
13                    Witness binders.  You know, I have
14          found, in the past, that at the end of trial
15          I'm just awash in binders.  So I only need one
16          binder for us, for me and my law clerk.  You
17          don't have to have separate binders for the
18          two of us.  So if that's an issue, please keep
19          it down to one binder for us.
20                    Juror notebooks.  I have found jurors
21          really find the notebooks helpful,
22          especially -- and this may be something that's
23          not easy to do at this point.  But if you have
24          photographs of each of the witnesses who is
25          going to be testifying either live or by
```

1    deposition, that can be very helpful to the

2    jury in remembering who it was that testified

3    and what that person testified to.

4         If you don't, then what we can do,

5    depending on whether this is within the realm

6    of possibility, is have you take pictures and

7    then put them in the juror notebooks at the

8    end of the trial so they have them for

9    consult -- consulting for purposes of

10   deliberations.  But I find that's very

11   frequently done.  And I think it's very

12   helpful.  Jurors have commented to me that

13   that's something they really like.

14        Juror lunches.  I take it that you're

15   square with preparing lunches for the jurors.

16   Obviously, you're not going to let them know

17   which firm produced which lunch.

18        Now, in terms of argument and closing

19   argument, I give counsel a choice of arguing

20   either before my charge or afterwards.  And I

21   will offer that choice to you.  My experience

22   has been, almost invariably -- I think maybe

23   even invariably -- lawyers want to argue after

24   the charge so they don't have to say, "I

25   expect the Judge will charge you that," and so

 1          forth.  But I'll leave it up to you.

 2                  If there's some reason you might want

 3          to do it otherwise, that's fine with me.

 4                  Any preferences?

 5                  MR. ANDRE:  We prefer afterwards.

 6                  THE COURT:  Afterwards.  Okay.

 7                  Mr. Webb, same answer?

 8                  MR. WEBB:  Same answer, Your Honor.

 9                  THE COURT:  Done.

10                  Now, I will have a short supplemental

11          charge after your arguments, just so you don't

12          feel blindsided, in which I will tell the

13          jury, here's the way to go about deliberation.

14          That's like a five-minute thing.  You have to

15          be unanimous.  Sign the verdict sheet.  That

16          sort of thing.  But it's not substantive.

17                  Okay.  Now, in terms of the jury

18          instructions, what I have done in the past --

19          and I've found this to be useful -- is to have

20          an informal off-the-record conference with

21          counsel on -- usually turns out to be on a

22          Wednesday, in anticipation of the formal

23          conference, which will be Thursday --

24          generally Thursday afternoon after trial ends.

25                  At the informal conference, I would

 1          like to have you -- you will get a copy of my
 2          proposed instructions prior to the conference.
 3          I hope enough prior that you'll have a chance
 4          at least to read through them.
 5                    I think that at that point what is
 6          most useful to me, and ultimately, I think to
 7          you, is to be candid.  If you have problems,
 8          let me know what they are.  Don't hold back
 9          and wait for the formal conference.  I can fix
10          a lot of things before we get to the formal
11          conference and we'll be down, in most cases,
12          to just either the critical matters that we
13          really ought to be focusing on, or very little
14          to discuss at that charge conference, the
15          formal charge conference.
16                    Keep in mind, at the informal
17          conference you waive nothing.  That is simply
18          a discussion off the record.  You're not
19          waiving anything, if you don't raise it.  But
20          please, if you can cooperate and raise things
21          that are troubling you, that would be very
22          helpful to me, and ultimately, I think advance
23          your cause in getting the instruction and the
24          language in the format that you want.
25                    Next point is, when you object to

1        instructions on the -- in the formal

2        conference, I want not just "I object," I want

3        the reason for your objection and I want a

4        substitute language that you believe should be

5        put in place on the language that I've used.

6                I'm a stickler for the requirement

7        that objections be made with specificity.  And

8        I will ask you -- if you just say "I object,"

9        I will ask you on what ground and what would

10       you prefer me to say.

11               Now, that will happen on Thursday

12       evening.  What I don't want is to come back on

13       Friday morning and provide people with the

14       final copy of the instructions and they be met

15       with more objections.  Unless I have changed

16       something material between Thursday night and

17       Friday morning, I don't want new objections.

18       That has happened several times and it creates

19       a -- something of a fire drill, as you can

20       imagine, on Friday morning, and it's not

21       productive.

22               Now, method of jury selection.  My

23       method, which, again, I think is, if not

24       universal, then pretty close to universal in

25       Delaware -- you can tell me if it's not, but

 1          I've used it several times -- is to put the 14

 2     people, randomly selected, in the box and read

 3     my voir dire of questions for the entire voir

 4     dire, which would be about 25 people.

 5          I ask people, as they read -- as they

 6     read through the questions, as I read them --

 7     they'll all have a copy of the voir dire --

 8     and to circle any question as to which their

 9     answer is yes.  I will then ask the 14 people

10     in the box to answer to any -- to address any

11     question that they answered yes and we'll

12     discuss those questions.

13          If any of them need to be excused for

14     cause after we've had a little discussion of

15     the answers we've gotten, I'll do that.  And I

16     will replace those people with -- let's say

17     three went out for cause, I will replace them

18     with three new people and will ask them the

19     same questions.  And pretty quickly, we will

20     have the 14 that we need to go into

21     peremptories.

22          Now, peremptories, I gather, are done

23     different ways.  There's the blind strike way,

24     which I don't know if anybody in Delaware does

25     that, but people in Texas do.  And I've used

1          that system in which each side strikes three.

2          And if both sides happen to strike the same

3          juror, then you end up -- just, somebody's

4          wasted a strike, I guess you could say.

5                    The other is sequential strike.  The

6          only problem with sequential striking is it

7          asks the question, who goes first?  Because in

8          theory, the person that goes first is at a

9          slight disadvantage in that they may do the

10         other side the great service of getting rid of

11         somebody the other side was going to get rid

12         of.  So I will leave it to you, how you want

13         to do it.

14                   The way I did it the last time seemed

15         to work well, because here's what I did.  I

16         said, okay.  We'll do sequential strikes and

17         we will decide who goes first with the flip of

18         a coin.  So if you want to do it that way, I

19         don't think if that's consistent with Delaware

20         practice, but that's what we did last time and

21         it seemed to work.

22                   So I'll take suggestions on how we --

23         how you want to do that.

24                   MR. ANDRE:  Your Honor, this is

25         Paul --

```
1                    THE COURT:  So if you want to do it,
2           but that's something that I -- I did have
3           takers in Texas, but no takers in Delaware.
4                    MR. ANDRE:  Your Honor, this is
5           Paul Andre for Acceleration Bay.  We like the
6           idea of sequential strikes with the flip of a
7           coin.  That would be great.  Sounds like a
8           proper way of doing it.
9                    THE COURT:  All right.  That's what
10          we'll do then.
11                   Okay.  That is the complete list of
12          my -- yeah.  That's my list of idiosyncrasies,
13          peculiarities, and oddities.
14                   I'll open the floor to questions of
15          the procedural nature.
16                   MR. BLUMENFELD:  Your Honor, this is
17          Jack Blumenfeld.  I have a question that has
18          to do with the jury selection, and that is,
19          typically in Delaware, on Wednesday morning,
20          which was yesterday, we get a list of the
21          jury pools with some pretty skeletal
22          information.  You know, their name, employer,
23          marital status, age, things like that.  When
24          we called over yesterday morning, we were
25          told that -- that it was not available to us.
```

1          Typically in Delaware, we do get it.

2     And we were wondering whether we could get the

3     list of the potential jurors.

4          THE COURT:  I have -- here is, in

5     one of the areas where -- and I didn't tell

6     the clerk's office anything on this.  But I

7     had a bad experience in one of my Texas

8     cases, of having jurors identified.  And the

9     private investigators descended on the

10    neighborhoods of a couple of the jurors,

11    prospective jurors and so forth.  I got

12    burned on that one, and I've decided that I

13    wasn't going to get burned again.

14          So what I have done is to say, you

15    will get the list the morning of trial.  And I

16    think anything more than that I just think is

17    potentially mischievous.

18          All right.

19          MR. BLUMENFELD:  Understood.  Thank

20    you.

21          THE COURT:  Oh, my clerk just handed

22    me a note and said that he had passed along

23    to the clerk's office that this was my

24    practice, so I can't blame them.

25          Okay.  Anything else?

```
 1                   MS. KOBIALKA:  Your Honor, this is
 2          Lisa Kobialka.  I did have one question for
 3          clarification.
 4                   On the sidebar, I understand you only
 5          want one lawyer for each side to argue, but is
 6          it okay if someone else attends who might be
 7          at the table so they can let the other lawyers
 8          know what happened on the sidebar?
 9                   THE COURT:  I'm sorry.  I couldn't
10          hear the end of what you were saying.  If you
11          could speak up a bit.
12                   MS. KOBIALKA:  Would it be okay
13          if --
14                   THE COURT:  I got you as far as "is
15          it okay if" and then I lost you.
16                   MS. KOBIALKA:  Yeah.  Would it be
17          okay to have another attorney who will not
18          speak, but also attend the sidebar so they
19          just know what happened at the sidebar?
20                   THE COURT:  I would prefer just to
21          keep it two.  The trouble is, it just gets --
22          I mean, the person is not speaking.  It seems
23          to me that the person who is speaking can
24          pass along the essence of what happened
25          without somebody having to be there.  I'm
```

```
 1          just uncomfortable with -- because if one
 2          person can come up from the one side,
 3          somebody -- one person can come up from the
 4          other side, and suddenly we have five people,
 5          not counting the court reporter, and we have
 6          a gaggle.
 7                  My preference would be no, unless
 8          there's some really important reason that that
 9          other person needs to be there, and I'm not
10          seeing what it is.  Okay?
11                  MS. KOBIALKA:  Okay.  Understood.
12                  My concern is if there's a ruling
13          while the attorney continues their
14          questioning, for example, they may not be able
15          to allow the table to know --
16                  THE COURT:  I will allow time to
17          convey the substance of the ruling to anybody
18          that needs to know it.  I won't cut you off
19          and insist that you jump right back into the
20          testimony.  Okay.
21                  MS. KOBIALKA:  Thank you.
22                  THE COURT:  Anything else from the
23          other side?
24                  MS. KOBIALKA:  Just on the e-mail to
25          the Court, I'm assuming you want to keep the
```

1        e-mails in the evening short?

2               THE COURT:  Well, I don't want to --

3        them to be cryptic, because I want -- I mean,

4        I'm going to be essentially without a library

5        and without -- and only with rudimentary

6        computer capacity.  So if you have any cases

7        that you want to cite in support of your

8        position, throw them into the e-mail.

9               Now, what -- I don't want a 125-page

10       e-mail or the equivalent of a 125-page brief,

11       but I do want sufficient support so that I can

12       make at least a tentative determination that

13       night, and go into court the next morning and

14       hear any supplemental argument you may have,

15       and then make a decision.

16              What I found in the past is, if I get

17       hit with more than a couple of objections,

18       disputes, and they're in cryptic form, that I

19       have to get the full background and

20       explanation from the parties, as the clock

21       goes tick, tick, tick, and the jury is

22       assembling, and then pretty soon, we're past

23       nine o'clock and the jury is wondering why

24       they're sitting there cooling their heels.

25              So give me enough to work with.  But

1          I'm going to emphasize again, you all have got

2          to try to keep the number of these disputes

3          down because I really will -- if it turns out

4          that I'm getting more than what I regard as a

5          permissible level of e-mail traffic at night

6          with objections, I really will go into other

7          mode, which is supervisor of the meet and

8          confer.  And that's not something that anybody

9          wants.  And that meet and confer, by the way,

10          will involve Delaware counsel and lead counsel

11          for both sides.

12                  So I don't want to see, you know, the

13          junior members of the team coming in while

14          everybody else heads out.  Because if I'm

15          going to be there until eight o'clock at night

16          working through these things, frankly, to put

17          it bluntly, so are you.

18                  Okay.  Next question.  Any?

19                  MR. ROVNER:  Your Honor, I have one

20          question.  This is Phil Rovner from Potter

21          Anderson, on behalf of the plaintiff,

22          Acceleration Bay.

23                  On your -- you mentioned the

24          sequential striking peremptory challenges, you

25          know, each side goes and strikes one.  I

```
 1          assume, as it is customary in Delaware, that

 2          you'll wait until all six --

 3                    THE COURT:  Oh, yes.

 4                    MR. ROVNER:  -- so that way they

 5          don't know who --

 6                    THE COURT:  Oh, yes.  Absolutely.

 7          Absolutely.  That would be cruel and unusual

 8          to do it otherwise.

 9                    So here's the deal -- and why don't

10          we do -- and I'm sure this is the way it's

11          done every time because the deputy clerks tell

12          me this is the standard practice -- you will

13          get a sheet that has all the names.  You will

14          scratch them out one at a time.  I won't even

15          know who scratched which party, or at least

16          that has been true in the past.  It does not

17          much matter in my note, but the jury for sure

18          won't know.

19                    And I will tell them that, you know,

20          this isn't any reflection on you.  It is

21          simply the way we do things as we get down to

22          a group of eight.  And that is that they won't

23          know who struck, they won't know why.  So yes,

24          the answer is.

25                    MR. ROVNER:  Thank you very much.
```

 1                  MR. WEBB:  Your Honor, one further

 2          question on voir dire.  I'm assuming we'll do

 3          some kind of snake fashion where it's

 4          plaintiff/defendant, defendant/plaintiff,

 5          plaintiff/defendant?

 6                  THE COURT:  You mean on striking?

 7                  MR. WEBB:  Correct.

 8                  THE COURT:  Well, I was thinking of

 9          going plaintiff -- the way I've done it in

10          the past is plaintiff/defendant -- depending

11          on who wins this coin toss --

12          plaintiff/defendant, plaintiff/defendant,

13          plaintiff/defendant.

14                  Now, I don't know if the system you

15          were suggesting, I gather, is

16          plaintiff/defendant, defendant/plaintiff,

17          plaintiff/defendant?

18                  MR. WEBB:  Well, that was my

19          understanding -- well, apparently my

20          incorrect understanding of your procedure.

21          But if it's plaintiff/defendant,

22          plaintiff/defendant, that's the way we have

23          to do it, we've done it as well.

24                  THE COURT:  Yeah.  Okay.  That's

25          what we'll do.  I mean, I suppose one could

1      make a kind of highly technical argument that

2      plaintiff/defendant, defendant/plaintiff,

3      plaintiff/defendant is more equitable.  But I

4      think at that point, we're really straining

5      it in mats.

6           Okay.  If there are no more

7      questions, let me get into the meat of what we

8      have to discuss.

9           So I will go through the pretrial

10     order.  I have, by the way -- and let me just

11     talk about the documents you've already sent

12     me.  The pretrial order is the first one, and

13     at this point, the one we're going to spend

14     the most time on.

15          The voir dire, I am going to cut the

16     voir dire.  I have your suggestions.  I'll

17     follow many of them.  I will cut it down

18     somewhat.  I hope to capture the essence of

19     what you have suggested, and I think I have.

20          Preliminary instructions.  I will

21     make them a little shorter than what I used

22     before.  I always feel, in the standard one

23     I've used in the past, it goes on a little too

24     long, and I will try to cut that down.  But

25     it's basically what you've got and what you

1     sent me back.

2           The verdict form, we'll worry about

3     when we get to the instructions.  But I think

4     each of you has suggested a verdict form,

5     which probably works, and we'll just decide

6     whether if there are any adjustments that need

7     to be made when we get to instruction time.

8           Final instructions.  I am working

9     through those right now.  We'll discuss some

10    of those issues today.  There are some of them

11    that I'm going to have to think about,

12    obviously, and take into account the arguments

13    that you make today.  And I will want to hear

14    arguments from you on a couple of important

15    issues.  But the gist of my approach is that

16    I'm going to try to keep the instructions as

17    short as possible.

18          My sense of juries -- and here, I

19    don't have as long a tenure as, say,

20    Judge Andrews on this and cannot speak with

21    the authority that he could on this -- but my

22    impression, from what I have done, is that

23    about 40 minutes in is the most you can hold a

24    jury for.  And after that, you see the eyes

25    start to glaze over.  So that is on the

1      outside.

2              I think, because we don't have to

3      deal with invalidity instructions, this ought

4      to be fairly easy to get this down.  But the

5      shorter I can make it, the better.

6              One thing I'm going to do, I can

7      assure you because I am not a fan of the

8      Georgia-Pacific factors and reciting all 15

9      factors -- or 16, depending on your count --

10     to a jury in which half or more of them don't

11     have any application at all.  So I am going to

12     cut it down.  I'm going to cut the

13     Georgia-Pacific factors down to whatever

14     really seems pertinent to the case.

15             And by the way, I think an awful lot

16     of judges feel the same way, and district

17     judges that recite all the Georgia-Pacific

18     factors, I think do it because they think the

19     court of appeals wants it that way.  And I

20     don't think any of my colleagues have ever

21     expressed a view that you have to recite all

22     the Georgia-Pacific factors.  I certainly

23     don't believe that.

24             So I think this may be a case of each

25     side thinking that the other side insists on

```
 1          it.  And that's, I think, quite mistaken, as
 2          far as I'm concerned.
 3                  Okay.  Let's go through the pretrial
 4          order.
 5                  Now, the most important part of that,
 6          I think, is, at least in terms of scheduling,
 7          is the portion talking about trial disclosure
 8          schedule, which starts at Item Number 54.
 9          We've already taken care of Item Number 25,
10          the 615 rule, which I will add the party rep
11          to, let's see, starting at 54.
12                  Now, explain to me a little bit
13          that -- it wasn't entirely clear to me what
14          the difference between Acceleration Bay and
15          Activision was with respect to the number of
16          days before each day of trial that something
17          was to happen.
18                  We have here at 54A,
19          six o'clock p.m., then bracket Acceleration
20          Bay, three days before each day of trial.  But
21          it wasn't clear to me what Activision's
22          position was on that.
23                  Do you want to enlighten me,
24          Mr. Webb, or someone from Activision?
25                  MR. WEBB:  Yes.  I believe
```

```
 1              Mr. McGraw has this one.

 2                   MR. McGRAW:  Yes, Your Honor.  This

 3         is Max McGraw for Activision.

 4                   So I think this confusion is that we

 5         took out our two-day proposal after our Friday

 6         conference where you mentioned wanting to have

 7         the e-mail with objections the night before.

 8         And so we took out our proposal of two days

 9         before to allow for more time.

10                   And I think the Acceleration bracket

11         proposal was left in and should have just been

12         left out that the parties were agreeing to the

13         three-day proposal.

14                   THE COURT:  You're agreeing to the

15         three days; right?

16                   MR. McGRAW:  Yes, Your Honor.

17                   THE COURT:  Okay.  Well, I'll make

18         changes accordingly.

19                   So is that true throughout the trial

20         disclosure schedule, or is each of them as

21         Acceleration Bay, but no reference to

22         Activision?

23                   So is it -- should I regard all of

24         those other references as being also agreed

25         upon?
```

```
 1            MR. McGRAW:  For paragraph 54.  Your
 2       Honor, paragraph 55 is for, specifically, the
 3       opening disclosures.  And we had a --
 4            THE COURT:  Oh, yes, I see.  I see
 5       that that's the case.  There is a
 6       disagreement.  Okay.
 7            MR. McGRAW:  Yes, Your Honor.
 8            THE COURT:  But everything in 54.
 9       Right.  Okay.  That makes things simpler.  So
10       that's what we'll go with.
11            MR. WEBB:  Your Honor, before we
12       leave disclosures, one thing that is not
13       accounted for in the pretrial order is
14       exchange of closing demonstratives.
15            THE COURT:  Yeah.
16            MR. WEBB:  Obviously, those tend to
17       be created a little late in the case,
18       typically the day or night before.
19            THE COURT:  Yeah.
20            MR. WEBB:  We would be amenable to a
21       morning disclosure by the parties to allow
22       some time for us to consider the other side's
23       demonstratives that may be raising objections
24       to Your Honor that morning.
25            THE COURT:  When you say "that
```

1    morning," you mean the morning of closing

2    arguments?

3              MR. WEBB:  The morning of closings.

4              THE COURT:  That's kind of tight,

5    because what if there's a change that

6    requires a substantial alteration of a

7    demonstrative?  You're not going to have a

8    lot of time to do that.

9              MR. WEBB:  That's exactly right,

10   Your Honor.  I think the nature of closings,

11   obviously, is that a lot of these things are

12   prepared very last minute.  And there is a --

13   sort of a logistical issue about getting

14   those done, and then objected to, and then --

15             THE COURT:  How about this:  How

16   about you all agreeing on a time the night

17   before?  Most of the time, the night before

18   closing arguments is not early-to-bed type

19   situations.

20             So if you agreed upon a time that you

21   would produce the demonstratives and that

22   the -- the short time shortly thereafter that

23   the other side would get back, then it seems

24   to me there's time to make fixes, as opposed

25   to scrambling at 8:00 or 8:30 in the good

```
 1    morning to fix a demonstrative that has been
 2    contentious.
 3              MR. WEBB:  I think we can make that
 4    work, Your Honor.  Thank you.
 5              THE COURT:  All right.  I tell you
 6    what.  I will leave that to you all to decide
 7    informally.  And if you need resolution, you
 8    should be able to solve that, I think.
 9              Plaintiff, do you have any issue with
10    that approach?
11              MR. ANDRE:  Your Honor, this is
12    Paul Andre for the plaintiff.  We were under
13    the impression we were not even going to
14    exchange closing demonstratives.  No
15    objection to that.  I'd just argue what
16    you --
17              THE COURT:  Well, here's my concern,
18    and I have -- people have argued to me
19    before, that closing demonstratives shouldn't
20    be exchanged because you're giving away your
21    hand.
22              My concern is that what if there's a
23    demonstrative that pops up before the jury and
24    it's just wildly misleading.  You don't want
25    somebody interrupting your argument in order
```

```
 1              to argue about a demonstrative.  So it gives
 2              you some prophylaxis if you have provided them
 3              in advance with the demonstrative.
 4                      I just, that's my nightmare scenario,
 5              because I do not like interruptions in closing
 6              arguments, and I'm sure you don't.
 7                      MR. ANDRE:  You're correct,
 8              Your Honor.  So we'll work on that the night
 9              before.  That's fine.
10                      THE COURT:  All right.  Yeah.  I
11              have always thought that people attach maybe
12              too much importance to demonstratives.  But I
13              understand that with juries it can sometimes
14              be helpful.
15                      All right.  Okay.  This takes us down
16              to, yeah, Number 55.
17                      I am inclined to go with the
18              Acceleration Bay on the timing, three o'clock,
19              four o'clock, five o'clock, so that I can get
20              whatever dispute there is by eight o'clock.
21                      Do you understand what I'm saying?
22              I'm going with Acceleration Bay's timing on A,
23              B, C and D.
24                      Let's see.  Yeah.  So that's -- that
25              is -- as a matter of self-preservation, that
```

 1          is something that I'm going to -- I'm going to

 2          go with.

 3                  Now, I think 57, which is source

 4          code, I think -- didn't we resolve this as

 5          source code is not going to be coming in?

 6                  All right.  So we can scratch 57

 7          altogether.

 8                  Okay.  I'm getting my cheat sheet

 9          here.

10                  MR. FRANKEL:  Your Honor, on

11          Section 57, that reflects the parties'

12          agreements on source code.  So there's no

13          dispute, it includes that the source code

14          would be shown, but that it won't be admitted

15          into evidence.

16                  THE COURT:  Oh, okay.  So you want

17          it in there, but you -- but it's not

18          something which is a dispute.  Okay.  You

19          want me to leave it, in other words?

20                  MR. FRANKEL:  Correct, Your Honor.

21          To utilize the agreements of the parties.

22                  THE COURT:  All right.  That's fine.

23          I will leave it in there.

24                  So the document is no longer agnostic

25          with respect to source code, but it's not

 1    coming into evidence.

 2            Okay.  Let's see.  Now, we have --

 3    the next area of concern is expert witnesses.

 4    This comes in under "Other Matters,"

 5    Section 13, paragraph 63, and then again on

 6    paragraph 70.

 7            I wasn't sure -- here, I'm going to

 8    need some help.  I wasn't sure wherein lies

 9    the dispute here.  I think everybody agrees

10    that experts will be limited to their

11    testimony -- I mean -- excuse me -- to their

12    reports.

13            There is also a proviso in

14    Acceleration Bay's paragraph 63, that there

15    was going to be some revenue information

16    served on April 12.

17            Is that something -- is that -- has

18    that happened or is -- where do we stand on

19    that?

20            MR. FRANKEL:  Yes.  So, Your Honor,

21    we've received the revenue information.  We

22    are negotiating with Activision to clarify

23    the information and to prepare a revenue

24    summary that includes the parties' agreement

25    on what revenue should be shown to the jury.

1            THE COURT:  Okay.  And that would be

2       something that would come in through an

3       expert?

4            MR. FRANKEL:  Correct.

5            THE COURT:  So this would in effect

6       be an exception to the general principle if

7       experts stuck with the report and no more, I

8       take it.

9            MR. FRANKEL:  Correct.

10           THE COURT:  Defendant, are you on

11      board with this approach?

12           MS. DOUVILLE:  Good afternoon, Your

13      Honor.  Lauren Douville for Activision.

14           I think subject to the objections,

15      which we stated that revenue should not be

16      coming in in the first place because it's

17      unapportioned, I think we can reach agreement

18      as to -- which we understand that Your Honor

19      has rejected and that the revenue information

20      at least for United States sales will be

21      coming in.

22           We can reach an agreement with the

23      plaintiff on the format of what that

24      information looks like now that Your Honor has

25      resolved that objection.

 1                    THE COURT:  Okay.  Now is there

 2          anything else in these two paragraphs that is

 3          the subject of dispute?  It's a little hard

 4          to tell what was going on, for me at least,

 5          and whether there was working in the two

 6          paragraph some other dispute that I needed to

 7          resolve.  It didn't look to me like there

 8          really was.  Is there something there that I

 9          need to attend to?

10                    MR. FRANKEL:  Not in our view, Your

11          Honor.  This is Aaron Frankel.  The parties

12          agree that experts should be limited to their

13          report.

14                    Activision raised a concern that the

15          document is just listed in the materials

16          considered and not otherwise discussed.

17          That's not really an opinion, but that's not

18          going to be an issue.  We agree with that.

19                    THE COURT:  Okay.  Then I'm going to

20          cut this down to one sentence and just say,

21          the parties agree that testimony of experts

22          will be limited to the opinions disclosed in

23          the experts' report.  Period.  End of

24          discussion.  Right.  Okay.

25                    And then 70 will come out altogether.

 1          Are we good?

 2                    MR. WEBB:  Sounds good, Your Honor.

 3                    MR. FRANKEL:  Just to be clear, with

 4          the amendment to the one sentence is that

 5          there will be this supplemental revenue?

 6                    THE COURT:  Okay.  Rather than

 7          putting in something to that effect, can we

 8          all agree that that will be understood to be

 9          I suppose one would say implicit exception to

10          this general statement.  Okay.  Good.

11                    Next item is item 71, here we're in

12          to the area in which there are disputes and

13          concern about the -- we are not -- yeah.

14          Concern about using the pretrial auditor to

15          make substantive arguments.

16                    Claim construction and I have

17          received just a while back I guess an hour and

18          a half ago, a further submission from

19          Activision on this claim construction issue.

20                    I will look closely at the claim

21          construction issue because it's, obviously,

22          highly important and I have both of your

23          submissions on what was Activision's revised

24          chart on claim construction.

25                    So I think I'm in good shape to try

1          and resolve the claim construction issue.  You

2          will get another shot at this, obviously, when

3          you get my proposed claim construction.

4                So that's the way I want to leave it

5          at this point, unless you have something that

6          I need to know now that isn't in any of the

7          materials you supplied to me to date because I

8          have what you've supplied.

9                MR. BERGSTEN:  Your Honor, this is

10         Jordan Bergsten for Activision.

11               So we submitted our chart on Monday.

12               THE COURT:  You did.

13               MR. BERGSTEN:  And so it was

14         Acceleration Bay this morning that gave us

15         their positions for the first time.

16               So I could -- I could respond to that

17         a little bit today or we could provide kind of

18         a short -- a very short brief kind of --

19         because we didn't actually do argument in

20         ours.  We just pointed to the prior orders

21         where our language was coming from.

22               THE COURT:  Well, I don't know that

23         I want to hear argument now about this.  I

24         would say two things.  One, when you say

25         "short," how long do you have in mind because

1          the one thing, we are getting down to the

2          point now that long briefs are not going to

3          be particularly welcome in the other side's

4          offices and probably not very welcome in mine

5          either.  But if you have something that -- a

6          bullet that you need to fire on this, then I

7          won't keep you from doing it since you've

8          just received their pleading.

9                  What length of paper would you like

10         to have me to submit?

11                 MR. BERGSTEN:  I mean, I think three

12         pages would be plenty for something like

13         this.  I think they might have three and a

14         half pages of kind of argument, so maybe we

15         could have maybe like four pages, double

16         spaced.

17                 THE COURT:  Why don't we make it two

18         pages, single spaced.  It feels like less.

19                 MR. BERGSTEN:  Perfect.

20                 THE COURT:  I would like that by

21         tomorrow afternoon at 5:00, please.  Okay.

22         And I think we probably had all the briefing

23         that we need, unless something comes up in

24         the rest of this conference, so that's what

25         I'm thinking is probably going to be the end

1        of the saga of the briefs.

2                Now, the next issue that comes up is

3        the issue of non-U.S. revenues.  And this

4        relates to the issues that we talked about at

5        the conference and I have done some further

6        work on this, so I would like some argument on

7        this.

8                Before we do that, though, I would

9        like to just finish up with the details on the

10       pretrial auditor with one detail at the very

11       end because I don't want to forget it.  That

12       is on page 21 of your version at item number

13       74 carrying over to page 21, I notice that

14       there is no provision for rebuttal evidence by

15       Acceleration Bay and I also noticed that you

16       have A, B, C and then E, which suggested to me

17       that either D was inadvertently left out,

18       which may have been a reference to

19       Acceleration Bay's rebuttal or intentionally

20       taken out without changing the letters.

21               Do you -- the normal course would be

22       for the plaintiff to have rebuttal evidence if

23       they wanted it?  Was this intentional to take

24       it out, inadvertent or what?  I'll listen to

25       the plaintiff first.

```
1                    MR. FRANKEL:  There was a need when

2           there was an invalidity case and --

3                    THE COURT:  Do you want rebuttal

4           evidence?

5                    MR. ANDRE:  No.  We would love to

6           give rebuttal, but we are surprised that that

7           was not an option for us, but we had a chance

8           to do a short rebuttal, that would be great.

9                    THE COURT:  Was it Judge Andrews

10          that said that or --

11                   MR. ANDRE:  I think it was just --

12          my impression it was Delaware practice.  I

13          don't know that to be the case.

14                   THE COURT:  Really?  That would be

15          new to me.  I mean, just in general the

16          plaintiff does not get rebuttal.  That's not

17          been my experience.  Let's ask the Delaware

18          counsel.

19                   Mr. Rovner and Mr. Blumenfeld, what

20          is the normal course in these cases?

21                   MR. BLUMENFELD:  At least -- Jack

22          Blumenfeld.  In my experience, the normal

23          course is that -- and especially with Judge

24          Andrews that you try to anticipate everything

25          that the other side is going to say and deal
```

1          with it.  That doesn't mean that if something

2          new comes up, that the party with the burden

3          can't have a short rebuttal, but typically

4          our judges try to deal with it up front

5          rather than having any kind of a significant

6          rebuttal.

7                    THE COURT:  Okay.  Let me hear from

8          Mr. Rovner.

9                    MR. ROVNER:  Your Honor, I disagree

10         a bit with my colleague.

11                   THE COURT:  My sense this is not the

12         first time that you all have not agreed.

13                   MR. ROVNER:  Maybe the second tops.

14                   THE COURT:  I believe I may have

15         been party to the first.

16                   MR. ROVNER:  You have a good memory.

17                   I have seen in most of the judge's

18         form orders now pre-trial orders rebuttal is

19         specifically permitted and I think here we

20         would have that right for a short rebuttal

21         whatever is appropriate.

22                   THE COURT:  Here is the way it seems

23         to me that it is more or less consistent with

24         both of your views.

25                   I will permit rebuttal, but rebuttal

 1          doesn't mean rehearsal of what you had in your

 2          opening case.  Keep rebuttal to short and

 3          responding to something that came in -- I

 4          don't know that it has to be completely

 5          unanticipated because that could lead to a

 6          whole argument in and of itself that is

 7          probably unnecessary.  But just, you know,

 8          focus on answering again the facts -- factual

 9          presentation that's made by the other side and

10          that will be fine if you have saved time for

11          it.

12                  Keep in mind, that your time, by the

13          way, is counting your time for closing

14          argument.

15                  So you don't want to run so low on

16          time that you are racing through your closing

17          argument.

18                  There is -- also on closing

19          arguments, there was a statement Acceleration

20          Bay proposed followed by Acceleration Bay's

21          rebuttal.  Does that mean Activision opposed

22          having -- this is on closing argument --

23          having rebuttal testimony?  Activision?

24                  MR. WEBB:  Sorry.  I was on mute,

25          Your Honor.  I apologize.

1          This was based upon our -- the

2     understanding is articulated by Mr. Blumenfeld

3     about without an invalidity claim there really

4     is no claim to rebut in the evidence and we

5     thought that would follow in closing as well.

6          The last few cases in front of Judge

7     Andrews this was an issue with respect to -- I

8     think whether or not you get a rebuttal in

9     closing if you didn't have a defendant with a

10    claim to rebut unless it was evidence or

11    argument that was not anticipated.

12         But that is the rationale as to why

13    we did not provide for that.

14         THE COURT:  Well, I'm going to allow

15    the plaintiff to have rebuttal argument.

16    It's -- I think I've done that in every case

17    I've tried and this is the first time it's

18    actually come up as an issue, that I can

19    recall.

20         So I get it that the plaintiff has

21    the burden of proof.  It's not unreasonable,

22    it seems to me, to give them the last word.

23         MR. WEBB:  One more thing, Your

24    Honor.  I apologize.

25         Do you have a general idea as to time

1        limits for rebuttals?  I know a lot of judges

2        do.

3               THE COURT:  Well, I have a general

4        idea of what works and what doesn't work.

5        That if you have a long rebuttal that just

6        rehearses what you said before, the jury gets

7        very antsy.  At that point they are really

8        smelling the barn, to use an expression from

9        my Texas days.  They want to get out of there

10       and if you give them a long rebuttal as you

11       said in my opening, you will recall, I want

12       to rehearse or repeat the points because they

13       are very important, if you started something

14       like that, you are going to have the jury

15       very unhappy and I have actually had

16       juries -- I go to talk to them after the fact

17       and I've had them say exactly that with

18       respect to a long rebuttal argument where

19       somebody made a short argument to begin and

20       then saved everything for rebuttal.  The jury

21       thought they were just about done, ready to

22       get out of their seats and somebody starts in

23       with a long rebuttal.

24               So I won't give you a particular

25       number, but if you go more than five minutes

```
 1          on rebuttal, it seems to me you are trying the

 2          patience of the jury.  Your experience may be

 3          different and I know there is a temptation to

 4          hold them for as long as you can, but my

 5          impression is that it does not work if you

 6          stay on them for more than about five or ten

 7          minutes at most.  Okay.

 8               Let me go back to the two substantive

 9          issues that I wanted to talk about that come

10          up in the pretrial order and pertain to the

11          evidence in the case.  Actually three

12          subjects, I guess.

13               First, let me talk about willfulness.

14          And I'll let you address this.  Let me first

15          ask what the plaintiff's evidence, other than

16          knowledge of the patent, is going to be on

17          willfulness?

18               MR. FRANKEL:  Your Honor, it will be

19          nine years of continuous infringement since

20          the suit was filed.  Activision is alleging

21          that there are ample non-infringing

22          alternatives.  That would be a disputed fact,

23          but it's been nine years.  They haven't

24          implemented any of the non-infringing

25          alternatives.
```

```
 1                    THE COURT:  All right.  Now, as I
 2          read the record, there was part of the
 3          summary judgment motion that was filed before
 4          Judge Andrews was a brief -- I think it was
 5          one paragraph -- section on willfulness filed
 6          by defendant.
 7                    Judge Andrews at that time did not
 8          enter summary judgment on that issue.  He did
 9          discuss willfulness in the pretrial conference
10          and what I gathered from reading the pretrial
11          conference was he seemed to assume that
12          willfulness, at least initially, would be part
13          of the case.
14                    Does Activision, do you want to be
15          heard on this because one thing I am
16          disinclined to at this juncture, I can tell
17          you is to enter what would amount to a new
18          summary judgment which is, as I see it,
19          somewhat inconsistent, at least, if not flatly
20          inconsistent, with what Judge Andrews did.
21                    So I will give you a chance to be
22          heard.
23                    MR. HANKEL:  Your Honor, this is
24          Aaron Hankel for Activision.  I will be
25          handling this issue.
```

1            With respect to the issue of summary

2       judgment, this was briefed up and there were

3       certain positions that Acceleration Bay

4       provided as to how they are going to prove up

5       their willfulness claim.  And at that time it

6       was notice from the filing of the complaint.

7            It was failed efforts to invalidate

8       the patents on IPR and failure to design

9       around the patents, which is essentially what

10      Mr. -- there has been since that time when the

11      Court did not grant the motion on procedural

12      grounds a material development where the IPR

13      proceedings in front of the PTAD had been

14      excluded, so we are really left with a

15      willfulness claim which is we filed suit and

16      defendant did not refrain from infringement.

17           And what Mr. Frankel calls nine

18      years, you know, a third of that time these

19      patents have been expired, so the duration is

20      not nearly as long as they suggest, but we

21      have defended ourselves.  There's no

22      allegation that there is bad faith defenses

23      being asserted.  In fact, defendant has

24      prevailed on almost all dispositive issues

25      thus far.  We just don't think that that's

```
 1          enough to get this in front of the jury.
 2                    THE COURT:  All right.  Here is what
 3          I'm going to do:  I'm going to let this come
 4          in, the willfulness theory.  And if the
 5          plaintiff wants to pursue willfulness, I will
 6          allow it, but I will tell you that I take
 7          seriously Chief Justice Robert's words that
 8          willfulness requires egregious conduct
 9          characteristic, as he put it, of a pirate,
10          and it is not for run of the mind
11          infringement cases.
12                    So I would say this, that the
13          plaintiff will be allowed to present its case
14          on willfulness as part of its case in chief,
15          but I think there is a real risk that the
16          willfulness may be subject to -- may be
17          vulnerable to a Rule 50A motion at the close
18          of the plaintiff's case.
19                    Just to let you know where I am.  I
20          see the argument.  I'm not going to cut it off
21          at this point, but it does not look like one
22          that is -- well, I would say that.  It does
23          not look compelling to me on its face have
24          piracy written all over it.
25                    MR. ANDRE:  Your Honor, this is Paul
```

```
 1        Andre.  We will take your words under
 2        advisement and if we change our mind and
 3        withdraw it, we will let you know beforehand.
 4                THE COURT:  Yeah.  You are in the
 5        somewhat awkward position, as I understand,
 6        of not wanting to say to the jury we're going
 7        to introduce evidence and show these people
 8        are willful infringers and then have me pull
 9        the rug metaphorically out from under you and
10        there is no instruction of willfulness.
11                I can understand this imposes an
12        awkwardness for them.  It poses something of
13        an awkwardness to you in that they have to
14        endure all this talk in the opening statement
15        about how bad they are and, yet, they may
16        ultimately prevail on that at Rule 58.  On the
17        other hand, you got a problem as well.
18                So you all can work it out, but
19        that's where I am for now and if you decide to
20        withdraw willfulness, fine.  If you decide to
21        leave it in, that's fine, too.
22                MR. ANDRE:  Thank you, Your Honor.
23                THE COURT:  Let's talk about the
24        non-U.S. revenues now.
25                I have spent some time on this issue
```

1      and I'm not ready at this point, unless
2      somebody really bulls me over with this
3      argument.  And I am going to want to hear
4      argument on this.  I am not ready to make a
5      conclusive determination on this issue, but I
6      have read a number of cases and given it some
7      thought, so I would like to -- I would like to
8      hear from both of you on this.
9           We discussed it a little bit in our
10     conference on -- earlier this week, but I
11     think this is -- this is tricky.  One of the
12     tricky parts of it is that we got one what I
13     would be tempted to call a system claim.  I
14     guess I would say not called that, but that's
15     what it amounts to, it seems to me, and one
16     method claim, which I guess one could argue it
17     would have some of the features of a system
18     claim.
19          So it's not even clear exactly what
20     kinds of claims we are dealing with and then
21     we have the Blackberry case and some of the
22     other cases that inform what we do with the
23     case of, at least, method claims.
24          Flesh this out for me as to why it is
25     that the non-U.S. revenues are admissible with

1          a focus on using Blackberry, MBD case as

2          essentially as the template for your argument.

3                    Why is it that this is not a case in

4          which the persons who are outside of the

5          United States are the persons who are driving

6          the activity which is what influenced the

7          Blackberry Court the other way around since

8          the activity and users were domestic and the

9          server was foreign?

10                   So why don't we have the plaintiff

11         first?

12                   MR. FRANKEL:  This is Aaron Frankel,

13         Your Honor.  So we are down to two games and

14         two claims.  The '344 Patent is the one

15         with -- what you describe as the system claim

16         and that's the World Warcraft.  And the

17         system that's accused of infringement is the

18         network of Activision servers that power the

19         World Warcraft claim.  And for the players

20         anywhere in North and South America, those

21         servers are all located within the United

22         States.

23                   So the infringing system is located

24         within the United States.

25                   THE COURT:  Well, let me make sure I

1      understand exactly what you are saying here.

2              So you are saying that the network;

3      that is to say, the system, is a network of

4      servers; right, not a network of servers with

5      users as part -- nodes that are users.  Is

6      that your position?

7              MR. FRANKEL:  That is correct for

8      World War.

9              THE COURT:  As I understand, you

10     have servers here and here and there is a

11     diagram I think in one of the patents.  Maybe

12     it's the '344 that has a number of different

13     nodes and they are all connected and a couple

14     of them are servers.

15             So you are saying that the system is

16     the two servers or however many, not the

17     servers and the other nodes, the user nodes;

18     is that right?

19             MR. FRANKEL:  Yes.  For World of

20     Warcraft.  This is a network that Activision

21     controls exclusively and when players play

22     the game from anywhere in North and South

23     America, their computer talks to the

24     Activision network, but the infringing

25     network is the Activision servers that are

 1          located in the United States.

 2                   Now, the economic impact of that

 3          domestic infringement includes the sales of

 4          the game to customers in Canada, Mexico and

 5          South America.  And I forget the name -- it's

 6          the Braunfield case that just came out from

 7          federal circuit that followed WesternGeco and

 8          held that when the economic impact of the

 9          economic infringement occurs overseas that is

10          properly included and damages based.

11                   And what we'll show here is that the

12          infringing network that makes the game

13          possible is located in the United States.

14          There would be no sales outside of the United

15          States without that U.S. network.

16                   THE COURT:  All right.  What do you

17          say about the '147 Patent on this issue?  Is

18          this implicated by this issue on not?

19                   MR. FRANKEL:  So for the '147 Patent

20          Acceleration Bay would narrow the issue to

21          North American revenues than just simply say

22          it's Canada and Mexico.

23                   And what the evidence will show is

24          that the servers are still located in the

25          United States and when people outside -- when

1          the people in Canada or Mexico play they are

2          playing in games hosted in the United States

3          connecting with players in the United States

4          and the infringing method which is performed

5          by Activision is taking place in the United

6          States.  And we have expert testing evidence

7          that will be coming in to prove those

8          connections.

9                    THE COURT:  Okay.  Well, I know your

10          position.  Let me ask you this question that

11          my law clerk has passed along to me.

12                    When you are referring to servers, do

13          you mean the broadcast channel is entirely in

14          the U.S.?

15                    MR. FRANKEL:  For the '147 Patent,

16          the broadcast channel is the network between

17          the people playing the game.

18                    THE COURT:  Okay.

19                    MR. FRANKEL:  But the --

20                    THE COURT:  If they are somewhere

21          else?

22                    MR. FRANKEL:  Correct.

23                    THE COURT:  Right.  Okay.

24                    MR. FRANKEL:  But for the '344

25          Patent, the Warcraft, the network is entirely

```
 1          located within the United States.  That's the
 2          Activision server network.
 3                  THE COURT:  All right.  Let me hear
 4          from the defendants on this question of
 5          overseas royalties.
 6                  MS. DOUVILLE:  Yes, Your Honor.
 7          Lauren Douville.
 8                  So I think because we started with
 9          WoW, I'll just respond to that briefly.
10                  I don't know that there is a dispute
11          between the parties as to where the accused
12          network resides in the United States.
13                  I think Activision's position is that
14          there is no record evidence that we believe
15          that Acceleration Bay will be able to put in
16          in its case that shows that U.S. servers are
17          serving any foreign users.  For example, in
18          South America as Mr. Frankel just mentioned.
19                  And until they do that, we don't
20          believe that revenues encompassing those
21          geographic areas should come in before the
22          jury.
23                  Now, it may be the case if the
24          parties are able to reach an agreement as to
25          WoW depending on the evidence that comes in
```

1          during Acceleration Bay's case, but we think

2          that that issue at least at this stage is

3          premature to decide.

4                    And, I mean, a quick note on just the

5          Brumfield case that Mr. Frankel mentioned, I

6          would note here in this case we are not aware

7          of any expert or anything that is claiming to

8          come in in Acceleration Bay's case that deals

9          with the issue of causation.

10                    Nonetheless, I think our position at

11          least for a while is that it's premature to

12          decide this issue.  There's no evidence that

13          the U.S. data centers that we understand are

14          accused are servicing customers in South

15          America.  Unless and until that happens, we

16          don't believe those revenues should come.

17                    So, that's what with respect to WoW.

18                    Call of duty, I think our position is

19          slightly different than what we heard from

20          Acceleration Bay.  It's our understanding what

21          is accused of infringement is not servers.  It

22          is actually individual player consoles

23          including Xboxes, MPCs.  And if that's the

24          case, if there is a foreign user of an Xbox,

25          of a PC, that person is not part of an alleged

 1          infringing method because they are not
 2          performing those steps and the steps were not
 3          performed inside the United States.
 4                  As a result, foreign revenue from
 5          foreign users would never be considered
 6          infringing.  Therefore, you can never
 7          establish any sort of causal link between
 8          foreign playing and any domestic alleged
 9          damage.
10                  So our understanding of that issue is
11          slightly different and if there are more
12          specific questions from Your Honor on the
13          particularities of what is accused, I'm sure
14          one of my colleagues would be able to speak to
15          that, but at a high level that's my
16          understanding that it's not the servers that
17          are accused.  It's Xbox, MPC and if a
18          foreigner user were using one of those things,
19          it would be foreign used and it would not
20          infringe and as a result of foreign revenues
21          would not be appropriate in South America for
22          the call to duty game.
23                  THE COURT:  So you're talking about
24          the '147 now?
25                  MS. DOUVILLE:  Correct, Your Honor.

1          THE COURT:  Let me go back to

2     Mr. Frankel and see if he can respond to your

3     argument and see what he has to say?

4          MR. FRANKEL:  With respect to the

5     '147 Patent, Your Honor?

6          THE COURT:  Yes.  Well, if you have

7     anything to say, you can reply on the '344,

8     but it seems to me that the focus now seems

9     to be centered on the '147.

10          MR. FRANKEL:  Sure.  And I'll note

11     with respect to the '147, that Activision did

12     not even provide U.S. only revenues.  The

13     only revenue data that's been provided to us

14     was North America revenues, so Activision

15     could have broken it out if they wanted to

16     try to limit it to just U.S.  They didn't do

17     that at any point in the case.

18          But what the evidence will show is

19     while the participants are the consoles

20     playing the games, that the formation of the

21     network and the control of the network and the

22     performance of the method is done by

23     Activision from within the United States and

24     the game sessions all involve the Activision

25     servers in the United States.  They're not the

1          participants in the network, but they are

2          controlling the process.  And that is domestic

3          infringement.

4                    THE COURT:  The idea of controlling

5          the network is something that I'm -- I find

6          in the computer setting to be a little

7          difficult to -- to grapple with.

8                    For example, when I send an e-mail to

9          you, I think of myself as controlling the

10         network, but you can say, well, you're not

11         controlling anything.  This is just input.

12         The control lies in the server that converts

13         what you have done in an analogue setting in

14         to digital form sends it through Singapore and

15         Kuala Limpur on to me in Washington and then I

16         just received that vice versa to you in New

17         York.  Therefore, the control is done by the

18         servers that sent this stuff back and forth

19         even though they are just machines that are

20         acting at the behest of me and you.

21                   So the real control is being

22         exercised by me and you as we converse back

23         and forth and yet you could say, I'm wondering

24         whether your argument isn't in effect saying,

25         that the control is by the servers, which even

         1          though they are acting in response to

         2          directions given from outside, are treating

         3          those directions in a way that's consistent

         4          with the way they're programmed.

         5                    That's my concern.  I don't know --

         6          this is a lay view of a -- the way a --

         7          computer work, but that's the way it feels to

         8          me.

         9                    Can you shed any light on that?

        10                    MR. FRANKEL:  Yeah.  I think you put

        11          it really well.  What's different here is

        12          that, as you may recall, we were discussing

        13          the terms of use during the conference last

        14          week.

        15                    THE COURT:  Right.

        16                    MR. FRANKEL:  The terms of use are

        17          very specific that the customers don't own

        18          the software.  They can't modify it in any

        19          way.  They can't change the way it operates.

        20          By contract they are not allowed to use the

        21          software -- I mean, it literally says they

        22          can't form networks of their own using the

        23          software.

        24                    So all of the plumbing that figures

        25          out how to connect players, what happens when

1          the players disconnect is exclusively

2          controlled by Activision.  Players don't have

3          any input in to that.

4                    If you send me an e-mail, you are the

5          one who is deciding I would like to send an

6          e-mail from my computer to this person, but

7          what the player might do in call of duty is

8          decide that they have to go and finish their

9          homework, or take the garbage out and they are

10         going to turn the computer off and disconnect.

11                   But the method is what happens after

12         that.  What happens after the player leaves.

13         And all of that is known by Activision's

14         software without any input revolving the

15         player.  The messages that get sent.  Who

16         receives the messages.  What happens when they

17         receive the messages.  That's all from the

18         player's perspective completely involuntarily.

19                   So that's the difference.  It's not

20         that the player says, I want to leave and I

21         would like you to reach out to the other

22         people playing the game and tell the network

23         how to fix itself.

24                   That's done on the Activision

25         network.

```
 1                    THE COURT:  All right.  Let me see
 2          if -- again, to Acceleration Bay, is the --
 3          do you think NTP governs the '147 Patent the
 4          way I should be thinking about the '147
 5          Patent here?  And if so, respond to
 6          Mr. Frankel's argument, please?
 7                    MS. DOUVILLE:  Yes, Your Honor.  Did
 8          you mean Activision?
 9                    THE COURT:  I'm sorry.  Did I say --
10                    MS. DOUVILLE:  You may have, but --
11                    THE COURT:  Let me hear -- ask you
12          first and then I will go back to Acceleration
13          Bay because I want to get both of your
14          answers to this.
15                    MS. DOUVILLE:  Yes, Your Honor.  I
16          mean, I think in NTP what we know is that
17          there is a holding that a process can't be
18          used within the United States unless each
19          step of it is performed within the United
20          States and I think our interpretation of the
21          claim that is asserted against Activision is
22          a method claim and, therefore, in order to
23          use that method each step of that method
24          needs to be performed within the United
25          States.
```

```
 1                    I think the portion that perhaps Mr.
 2          Frankel is commenting on relates more to a
 3          system claim and inquiries in to where is
 4          control and where is beneficial use, but it's
 5          our understanding that such an interpretation
 6          is inconsistent with the infringement
 7          allegations that they have for the '147 Patent
 8          that we're not really talking about a system
 9          claim.  We are talking about a method claim
10          and as a result that specific holding of NPT
11          relating to control and beneficial use is
12          largely an opposite to the method claim of the
13          '147 Patent.
14                    Now, as to again the specifics of
15          what they have accused, at least on our side,
16          Your Honor, I am not the most knowledgeable
17          person to comment on that.  But that at a high
18          level I think is our understanding at least of
19          what the legal parameters are and whether NTP
20          applies to the asserted claim of '147, if that
21          answers your question.
22                    THE COURT:  Let me go back to Mr.
23          Frankel and ask him the same question.  I'm
24          trying to see where NTP fits in the context
25          of the method claim to .147.
```

 1               Let's hear your view on that.

 2               MR. FRANKEL:  This really comes down

 3       to a series of factual questions, which is

 4       where are the actions being performed and who

 5       are they being attributed to.  That's

 6       something that we will be proving up at

 7       trial.  And it's -- you know, I mean, NTP is

 8       good law on damages as is WesternGeco and

 9       some of the other cases we talked about

10       today, but we're going to put our proofs in

11       to show why the action should be deemed

12       domestic infringement.

13               THE COURT:  All right.

14               MR. HANKEL:  Your Honor, if I could

15       weigh in on just kind of our understanding of

16       their reading, potentially relevant case law.

17               If you just take a quick look at

18       claim one, there are two --

19               THE COURT:  Claim one of '147;

20       right?

21               MR. HANKEL:  Correct.  It's a first

22       computer which might be my Xbox and I'm

23       chatting with you on a video game and I

24       decide to leave.  My Xbox sends your Xbox a

25       message and your Xbox does some steps that

1          are claimed elsewhere in the method.  There

2          is no activity that's ever done by

3          Activision.  Their theory is entirely

4          predicated on owning the software.

5                    So another body or authority of case

6          law I think you could refer to in assessing

7          this issue would be Joy Check and its progeny.

8          I think the most recent is Ricoh versus

9          Quanta, which is 550 F3rd 1325 where the

10         federal circuit held as a matter of law that

11         selling software does not infringe a method

12         claim under 271A.

13                    THE COURT:  Okay.  I think that's

14         probably as far as we can go at this point.

15         I'm not going to rule on this now, but this

16         has been helpful in framing the arguments for

17         me and I will do some more work on this

18         before we end up finding ourselves in trial.

19                    I have one other issue which -- well,

20         actually a couple of issues that were raised

21         in the letters that I received I guess it's

22         yesterday.

23                    The three issues were the Holt's

24         testing protocol, the survey evidence and the

25         proposals regarding the Boeing patent

1      proposals for sale of the patent.

2              I'm prepared to rule on two of those

3      three issues.

4              And I think the first, the Holt's

5      testing protocol, I believe should be

6      excluded.  The way that protocol seems to be

7      used here is effectively converting Mr. Holt's

8      in to an expert which is not what he was and I

9      think that as such, that evidence really

10     should not be admitted.

11             The survey evidence I think is

12     admissible, but only to demonstrate the

13     division of use of the large and small game

14     modes.  That does not seem to me the survey

15     evidence is admissible for any purpose other

16     than that, but that is the purpose for which

17     based on the letters I understood there -- the

18     claim to be admitting it and seems to relevant

19     for that purpose.

20             So I will admit the survey evidence

21     to that extent.

22             That leaves the Boeing sales or offer

23     to sell in place.  Now, I have read your

24     letters with care and have read the underlying

25     cases that you have cited and I want to hear

1          some more discussion of this issue, but my

2          current inclination is to think that at least

3          on the question of relevance, that the fact

4          that Boeing was offering to sell the patents

5          at a particular level is relevant at least to

6          show that that is arguably a high of the range

7          in which Boeing valued that patent.

8                    I understand the cases that say that

9          you can't use an offer by a patentee to show

10         value all seem to fall in to the category in

11         which the patentee is the one that is trying

12         to show its own author as an indication of

13         value.

14                   Well, of course, you know, to go back

15         to the example I used in -- in our conference,

16         if I'm offering to sell something -- my house

17         for $2 million, that is no real indication of

18         the value of the house.  The house may be

19         worth $200,000.  I just think maybe I'll find

20         some sucker that will fall in love with the

21         house and pay $2 million.  But that's not

22         the value of the house.

23                   But this is the converse of that.

24         This is the situation where the patentee

25         himself is putting a value on it of what he

1     hopes to get for the patent and then the

2     patent value is being used to show that the

3     patentee believes that that is, if anything,

4     the most that he can expect to get from and

5     that -- that seems to me quite different from

6     saying that the valuation of the patentee is

7     put on the property by making an offer is,

8     therefore, something that he can show that the

9     property has high value.  This is the obvious

10    converse of that.

11          Now, why don't we hear from

12    Acceleration Bay on this?

13          MR. FRANKEL:  Your Honor, you very

14    well summarized the argument that Activision

15    wants to make with that evidence.

16          And the problem with that argument is

17    that the offers were made at a time when there

18    was no indication that anyone was using

19    patents and, you know, Boeing wasn't using

20    patents at that time.  The people they were

21    talking to who were patent aggregators looking

22    to pick up patents at fire sale price weren't

23    using the patents.  They were not operating

24    entities looking to use the patents.

25          And as Judge Andrews pointed out in

```
 1          the case we cited in our brief, the in re:
 2          ChanBond case, the real test with offers that
 3          were not consummated in to an agreement is do
 4          they shine light on the hypothetical
 5          negotiation in the case?
 6                    Now, you know, here Activision is
 7          accused of having infringing sales in the
 8          billions of dollars and receiving very
 9          significant benefits from the technology
10          starting in 2012.
11                    So, you know, in the 2007, 2008
12          timeframe when Anthrasys had gone under,
13          Boeing wasn't using the technology and no one
14          looking to buy the patents was using the
15          technology, it's so far afield from the
16          hypothetical negotiation that it creates a
17          real risk of jury confusion.
18                    THE COURT:  When do you think a
19          hypothetical negotiation should be tagged to?
20          2012?
21                    MR. FRANKEL:  The parties agree to
22          2012.
23                    THE COURT:  2012.  And when was the
24          latest of the events surrounding the Boeing
25          efforts to sell the patents?
```

1          MR. FRANKEL:  I believe it was 2010,

2     but what's critical is there is nothing in

3     the record.  These documents are pure

4     hearsay.  The people involved are not going

5     to be testifying to the jury.  They're not

6     going to come here to talk about what

7     assumptions were going in.

8          Activision wants to just throw these

9     low ball outdated facts in front of the jury

10    and suggest that that is how Boeing in 2012

11    would have valued the patents.

12          Now, 2014 when Acceleration Bay came

13    to realize that the technology was now being

14    used by Activision, it purchased the patents

15    from Boeing and the agreed price was

16    $22 million.  That is just two years after the

17    date of the hypothetical negotiation and is

18    far more relevant than the Acorn offers.

19          Now, if the Acorn offers are going to

20    come in, then it's only fair and actually much

21    more probative what people paid when they were

22    actually aware of the infringement at issue in

23    this case.  And that was, you know,

24    $22 million.

25          And then we would also say that even

```
 1          at the games license which is further along in
 2          time, but represents the -- what an operating
 3          company actually accused of infringement would
 4          pay for a license.
 5                    THE COURT:  Remind me, what happened
 6          with the $22 million sale figure?  Was that
 7          excluded?
 8                    MR. FRANKEL:  That -- well, I don't
 9          believe that either party saw to rely on that
10          as the basis for the damages case because it
11          wasn't a patent license, the sale for the
12          patents.
13                    THE COURT:  Right.  But at least
14          it's a number.  But is that not going to come
15          in at all, the 22 million?
16                    MR. FRANKEL:  It may very well come
17          in as rebuttal on the issue, especially if
18          Activision is suggesting the fair market
19          value for patents is a million dollars or two
20          and a half million dollars.
21                    It is just kind of factual of what
22          happen when people started to use the
23          technology and see real significant benefit
24          from it.
25                    THE COURT:  Let me hear from
```

1          Activision on this.

2                    I find this one of the really

3          difficult issues in the case and I want to see

4          if I can get enough information to try to get

5          it right.

6                    So, Activision, what do you have to

7          say?

8                    MS. DOUVILLE:  Yes, Your Honor.

9          I'll just pick up where I think that Mr.

10         Frankel left off which is that the patent

11         purchase agreement was for $250,000.  I'm not

12         sure which other figures Mr. Frankel is

13         referring to, but to the extent they're based

14         on an anticipated or projected share of

15         litigation revenue, that's precisely the type

16         of thing that all of the cases I think that

17         were cited in the briefing suggest are

18         indicative of not being reliable.

19                   So, really, what we have in this case

20         is, you know, a suggestion that the patent

21         purchase agreement is perhaps probative and

22         then we have this 12 percent draft offer from

23         back in maybe sometime in 2002 and

24         Acceleration Bay just wants to erase

25         everything that happened in the interim.

```
 1                    And I think to the point that
 2           Mr. Frankel made that these offers were made
 3           when no one was using the patents.  That
 4           itself is indicative of value, but beyond that
 5           what we are talking about is -- what we are
 6           talking about is not -- excuse me -- I just
 7           got distracted.  You know, I think what he's
 8           saying is that relates to comparability, but
 9           ultimately that would be an issue that they
10           could cross on or that goes to the weight of
11           the evidence.
12                    And I don't know that there has been
13           -- ever has been a case and certainly
14           Acceleration Bay did not cite any that where
15           there other offers being given in the
16           marketplace that because someone may or may
17           not be using it that somehow relates to the
18           admissibility of the offer.  There are not any
19           cases that have been submitted by either party
20           that would tend to suggest that.
21                    And I think the great weight of the
22           evidence or -- excuse me -- of the case law
23           that was submitted to Your Honor suggest the
24           opposite.  That if you have an offer to
25           license or an offer to sale that is given by
```

1      the patentee who is someone who is going to be

2      part of the hypothetical negotiation -- and

3      here there is no dispute that Boeing would be

4      one of the parties to the hypothetical

5      negotiation that's relevant to the value of

6      the patents, particularly in the circumstance

7      that Your Honor has noted where it's not the

8      patentee that is trying to introduce this real

9      world evidence in to the record.  It's the

10     defendant.

11         And so I think when we look at the

12     data points that Acceleration Bay is seeking

13     to introduce at trial, including again this

14     alleged 12 percent offer which, again, is just

15     an offer because it's not final.  It's a draft

16     document.  You know, the evidence that's

17     closer in time to the hypothetical negotiation

18     data says as admitted by Acceleration Bay is

19     highly probative using their definition of

20     what is probative to the facts based damages

21     case then, you know, what they're seeking to

22     admit.

23         And there is other things that I

24     think that these offers and offers for sale go

25     to beyond just, you know, valuation.  They

 1          speak to Boeing's expectations and they speak

 2          to other Georgia Pacific factors including,

 3          you know, what -- how willing Boeing would be

 4          in a hypothetical negotiation, how eager they

 5          were to get rid of these patents, and what

 6          sort of willingness they would have when they

 7          entered in to that hypothetical negotiation

 8          under Georgia Pacific factor 15 to sell these

 9          off.

10                And then I think that's further

11          confirmed after the hypothetical negotiation

12          with the $250 (sic.) sale price, so...

13                THE COURT:  Remind me what the

14          structure of that proposed transaction was?

15          $250,000 paid for the patents and the

16          $22 million was in the form of expectancy

17          from revenues generated?  What was the

18          structure of that part of the arrangement?

19                MS. DOUVILLE:  Yeah.  So the

20          purchase price, Your Honor, was the $250,000.

21          The $22 million was the max payment

22          obligations based on fee amounts from

23          potential recovery.

24                MR. FRANKEL:  Your Honor, I have it

25          pulled up, if you want me to share the

 1      screen.

 2                  THE COURT:  Yeah.  I would like to

 3      see it.

 4                  MR. FRANKEL:  Do you see it?

 5                  THE COURT:  Yes.

 6                  MS. DOUVILLE:  Aaron, you might zoom

 7      in.  It's small.

 8                  MR. FRANKEL:  So the first provision

 9      is the 250 initial.

10                  THE COURT:  Right.

11                  MR. FRANKEL:  And then Boeing gets a

12      share of any licensing efforts, including

13      litigation.  Within 30 months Acceleration

14      was on the hook for a minimum payment of

15      twelve million and if it did not meet that

16      milestone, it was Boeing's option to

17      potentially have the patents assigned back to

18      them.

19                  It's unclear from the record whether

20      this $12 million payment was ever made and

21      then the last provision is the maximum amount

22      Boeing would get.  It caps out at 22 million.

23                  THE COURT:  Well, it sounds like the

24      gist of it was that the payment was somewhere

25      between the 12 million, $250,000 and

```
1         22 million or maybe 22 million, $250,000.
2         Unless the 22 million incorporated the 250.
3         It does not look like it does.
4              So yeah.  All right.  What I'm
5         struggling with -- and I guess we're all
6         struggling with -- is what is the effect of
7         the fact that somewhere -- this was in 2012;
8         is that right?
9              MS. DOUVILLE:  2014, Your Honor.
10             THE COURT:  2014.  So we have got
11        one event that's occurring in 2008 which is
12        the purported offers and then we have got the
13        beginning of the hypothetical negotiation in
14        2012, 2008 until 2010.  Then 2012 is the
15        hypothetical negotiation and then this occurs
16        in 2014.  I take it after there's already
17        been activity -- infringing activity because
18        the date of the hypothetical negotiation has
19        already been passed by two years; right?
20             MR. FRANKEL:  That's exactly
21        correct, Your Honor.  The premise of this
22        purchase agreement is that Activision was now
23        making use of the technology which was not
24        the premise of the 2008 discussions and that
25        is why this is -- the purchase agreement is
```

```
 1          much more than relevant and the assumptions
 2          that went in to the Acorn discussions which
 3          no one will be here to explain was that there
 4          was just no use, no evidence of use.
 5                    If it really -- if I could just give
 6          you the cite to the case from Judge Andrews
 7          because it really speaks right to this issue.
 8                    THE COURT:  All right.
 9                    MR. FRANKEL:  It's 2012 --
10                    THE COURT:  Is it the ChanBond case?
11                    MR. FRANKEL:  Yes.
12                    THE COURT:  Yeah.  I've read it.
13          The thing that struck me about that case was
14          that he initially said, well, this is -- this
15          evidence is relevant then what he didn't like
16          was, if I recall correctly, he said he didn't
17          like the evidence that there were no takers.
18                    So, if you read the sentence that you
19          all rely on it was really talking about the
20          relevance or lack of same of the no takers
21          piece of the puzzle, not so much the fact that
22          a figure had been set by the patentee.
23                    So I don't know that I read it the
24          way you do as to being strong support for your
25          position because I think they would be happy
```

1    to go without the evidence that there were no

2    takers as long as they have the evidence that

3    there was an offer what they regard as a very

4    low threshold.

5         MR. FRANKEL:  It's the following

6    sentence in the case that's the one that I

7    highlighted and I think really is important

8    here.  That is why judge -- he says a word of

9    caution and he talks about there were no

10   takers, but then he says, the hypothetical

11   negotiation assumes that the parties are

12   willing licensors and willing licensee and

13   that the patents are valid and infringed.

14        That's the key point that's missing

15   from the Acorn offers.  There is zero evidence

16   of an assumption of any infringement or any

17   uses by anyone including the potential

18   suiters.  These were all sort of second here

19   patent aggregators that just try to gobble up

20   patents and see if there is some downstream

21   modernization.  And here they were just

22   betting the -- no one was even -- there's no

23   evidence that anyone was using the technology

24   at all at the time.

25        That is why it's so far removed from

```
 1              the context of the hypothetical negotiation
 2              and much less relevant than the patent
 3              purchase which was only two years after
 4              infringement began.
 5                   THE COURT:  Let's go back to the
 6              patent purchase the -- well, the draft
 7              purchase agreement.  Again, is that something
 8              that -- I wasn't clear as to your answer to
 9              my question earlier.
10                   Is that something you are going to
11              rely on?
12                   MR. FRANKEL:  It was not something
13              that our damages expert relied on to the
14              affirmative basis for his opinion, but we
15              would argue that the door would be open and
16              it would be fair rebuttal if evidence like
17              the Acorn evidence is going to come in
18              because it would be necessary to cure the
19              prejudice and the misimpression that would be
20              created.
21                   I mean the whole -- I think
22              Activision would admit their point of using
23              the Acorn documents is to say, look, in 2007,
24              2008 Boeing would had been happy to take two
25              and a half for the patents.
```

```
 1              THE COURT:  Right.
 2              MR. FRANKEL:  The problem with that
 3     is that's because the patents were ahead of
 4     their time.  People weren't using them at
 5     that point.  By 2012, it was a very different
 6     world and Activision was infringing in a very
 7     significant way and that's what motivated
 8     that transaction.  And Boeing got ten times
 9     that amount through the patent purchase
10     agreement.
11              MS. DOUVILLE:  Your Honor --
12              THE COURT:  If they were to offer
13     that patent purchase agreement in to
14     evidence, would you object?
15              MS. DOUVILLE:  Your Honor, I
16     think --
17              THE COURT:  I'm talking to actually
18     Acceleration Bay now.  It strikes me that
19     that's pretty good evidence of value and it's
20     a little hard to convert, figure out what to
21     do with the 12 to $20 million, but that tells
22     you something about the range.  Given that
23     there is not a whole lot of other evidence of
24     value in this case of those patents, that's
25     pretty much the best guide we have that's
```

         1          right around the time the hypothetical

         2          negotiation.

         3                  I'm just a little -- I mean, are you

         4          staying away from that, Mr. Frankel, because

         5          the number is not as high as you would like?

         6                  MR. FRANKEL:  No.  We -- we have no

         7          objection to that coming in, and we will put

         8          it in context if it comes in, but, no, we

         9          don't object to that.

        10                  THE COURT:  Now back to Activision,

        11          why isn't that -- with all of its issues with

        12          trying to figure out how to fit the 250 and

        13          the 12 million and the 22 million in to a

        14          package, if you can assess as to value, why

        15          isn't that a better measure of value than

        16          anything else we have?

        17                  MS. DOUVILLE:  Starting there, Your

        18          Honor, I think all of the cases that the

        19          parties have cited have indicated that when

        20          an agreement, whether it be an offer or

        21          something that's actually executed relies on

        22          a share, or some -- a share of expected

        23          recovery from litigation, that you are not

        24          actually valuing the patents.  You are

        25          valuing something else.  You are valuing

1     future litigation.

2            And, so for that reason, Judge

3     Andrews on a number of occasions has held

4     including in the in Re:  ChanBond case that

5     those types of agreements or offers are not

6     reliable because they don't --

7            THE COURT:  Can you give me other

8     citations?  This is getting cold, but I would

9     like to read those cases.

10           MS. DOUVILLE:  Yes, Your Honor.

11           THE COURT:  Some cases along the

12    same line.

13           MS. DOUVILLE:  I think Hanson notes

14    that.  I think the Whitserve case that's

15    cited by both parties.

16           THE COURT:  I'm sorry.  Give me

17    those cases again.

18           MS. DOUVILLE:  Hanson, which I

19    believe is cited in our brief.  Whitserve,

20    federal circuit decision which --

21           THE COURT:  Whitserve is Judge

22    O'Malley's case.  I know that case.

23           MS. DOUVILLE:  Your Honor, one

24    second.

25           MR. HANKEL:  Your Honor, while Ms.

```
 1          Douville is looking, one additional point I'd
 2          like to make about the general value of this
 3          purchase agreement, as an indicator about the
 4          hypothetical negotiation.  As Your Honor
 5          knows, that the hypothetical negotiation
 6          Activision would had been negotiating
 7          permission or license for --
 8                    THE COURT:  Or a license instead of
 9          purchase.  So, if the license presumably
10          would be less than the complete purchase
11          value of the patent.
12                    MR. HANKEL:  Right.  And
13          Activision --
14                    THE COURT:  For somebody that
15          doesn't understand economics.  All right.
16          Understood.
17                    MR. FRANKEL:  Your Honor, just to be
18          clear, Acorn and the people that we are
19          talking to were all patent aggregators also
20          looking at -- these were not people who are
21          going to start selling video games.  These
22          are people who were thinking about the
23          possibility of some litigation activity down
24          the road.
25                    So I would cite the case of sauce for
```

1     the goose sauce for the gander.  If these
2     outdated litigation valuations are going to
3     come in, then it's much more relevant to bring
4     one in then to actually consummate it and
5     actually relates to infringement and use of
6     the patents.
7           MS. DOUVILLE:  Your Honor, if I may
8     briefly respond.
9           Again, for the reasons I stated --
10    and we are collecting the cases and we will
11    send those over to you.  I'm sorry.  The cases
12    that we are sending and hopefully Mr. McGraw
13    is pulling those for you right now from the
14    briefing, those cases suggest that if there is
15    some sort of litigation inspired aspect to an
16    agreement that includes a share of recovery
17    based on that, that it's inherently
18    unreliable.
19          I believe the other case is the
20    ViaTech case that we had cited in the brief as
21    well.  That they're just inherently unreliable
22    because they don't relate to the asserted
23    patents.
24          But going back a moment and kind of
25    getting away I think from the patent purchase

1   agreement which really was not the subject of
2   what we had briefed just for a moment, if
3   that's all right, is the fact that, you know,
4   Mr. Frankel's argument is that we can never
5   look at any sort of offer and have it be
6   related to a hypothetical negotiation if it's
7   not valuing the alleged infringement, which
8   turns all of damages law on its head.
9           Georgia Pacific factor one relates to
10  licenses.  The licenses at issue in most cases
11  are not involving the accused infringer or
12  oftentimes they are not.
13          And so in those circumstances, you
14  are never actually in any given license
15  looking at the alleged use by the defendant in
16  the case.
17          So I'm not sure why that factor has
18  any bearing here.  It certainly does not in
19  any of the cases finding that offers to sell a
20  license are admissible in most circumstances,
21  particularly when they're reflective of real
22  world value which in this case it is.
23          Boeing was under no coercion to have
24  to go out and sell these patents.  It did so
25  of its own free will to try to get those sold

1        in the marketplace and their efforts to do so

2        from 2009 all the way up until 2012, when they

3        were still making offers to Google and others

4        are reflective of how they desperately wanted

5        to sell these patents and also what they

6        believed the value to be.  And there is a

7        number of data points in there.  There is the

8        $2.5 million valuation that Boeing had given

9        to Intellectual Ventures.  There is an

10       $850,000 offer that Boeing had received and

11       then Boeing used that offer to shop to other

12       potential market participants and then there

13       is the $1 million counteroffer received from

14       OIN.

15            So all of these things together show

16       how the market is valuing this patent

17       portfolio and the 2014 patent purchase

18       agreement between Acceleration Bay and Boeing

19       include these other provisions that muddy the

20       waters as to what is the value of the patents,

21       whereas these other offers absolutely do not

22       because they are only to the patent portfolio.

23            THE COURT:  What do you say, though,

24       about the argument Mr. Frankel makes that all

25       of this occurred somewhere between two and

1       four years before the hypothetical

2       negotiation date and by the time you get to

3       the hypothetical negotiation date, the

4       situation had changed entirely?

5              Supposed, for example, I am -- I have

6       a patent on Xylac which is a pharmaceutical

7       that basically does nothing much, but take

8       care of people's shoulder aches and pains,

9       relatively ineffectively.  And I decide, okay.

10      I'm going to sell this patent for whatever I

11      can get for it.  And then three years after I

12      make an offer to sell it for $350,000 somebody

13      discovers that Xylac actually cures lung

14      cancer.  Cures it, period.

15              And then infringement starts.

16              Don't you think the first effort that

17      I made to sell it is not very relevant?

18              MS. DOUVILLE:  Well, Your Honor, I

19      think in this case what we are looking at are

20      offers that are taking place in the 2010 to

21      2012 time period.

22              THE COURT:  Well, now, wait.  I

23      thought Mr. Frankel told me that this was 28

24      (sic.) to 2010.  Is there anything -- what's

25      the latest that one of these offers was made

1      as far as you know?

2              MS. DOUVILLE:  It's to Google in

3      2012, Your Honor, and I think the

4      $2.5 million valuation is late in 2009 and

5      that sort of begins the set of offers that

6      Activision seeks to introduce at trial.

7              And then they continue throughout the

8      2010 period and that's very close in time to

9      2012.  And I would note, Your Honor, again,

10     this goes to the value of the patent

11     portfolio, to the extent we are looking at

12     alleged infringing use after 2012 or revenues

13     associated with that, or the fact that these

14     offers don't include an analysis of revenue in

15     to the future.  I mean, all of those things go

16     to, frankly, things that Activision had

17     developed its own IP, so any value as to the

18     revenue going forward relates to those things.

19              This is an actual valuation of the

20     patents and that's the only thing that really,

21     frankly, is relevant in the hypothetical

22     negotiation.

23              THE COURT:  It is not -- I mean, the

24     valuation can change dramatically as in my

25     example.  The results from circumstances that

```
 1        are not necessarily inherent in the patent
 2        itself and the patent can be the exact same
 3        patent, but now suddenly it has become much
 4        more valuable.
 5                You say that 2009, was that the
 6        Google valuation?
 7                MS. DOUVILLE:  Google was 2012, Your
 8        Honor.  2009 was the date, if I'm recalling
 9        correctly, of the $2.5 million valuation that
10        Boeing had placed on the portfolio as a whole
11        and that was in response to a request from
12        Intellectual Ventures.
13                THE COURT:  But what was the
14        valuation in 2012 that you mentioned?  I
15        think you said there was a valuation then?
16                MS. DOUVILLE:  Yes, Your Honor.
17        There were efforts to sell to Google and it's
18        my understanding that as part of those
19        efforts Boeing had received from the
20        marketplace an $850,000 offer and it was
21        using that offer including over time to then
22        propose that other parties such as Google and
23        Cisco respond with their own offers or
24        counteroffers, so --
25                THE COURT:  2012?
```

1          MS. DOUVILLE:  That's my

2     understanding.  I don't have the document in

3     front of me, Your Honor.  I was having

4     computer issues earlier, but Mr. McGraw can

5     hopefully confirm that.

6          THE COURT:  Let me do this.

7          MS. DOUVILLE:  Your Honor, may I

8     just --

9          THE COURT:  We have been going

10    almost two hours here and I think I'm

11    probably pressing the limits of what the

12    court reporter can do without a break, so let

13    me speak with the court reporter for a moment

14    if she's on.  I'm sure she is.

15                              - - -

16          (Discussion off the record.)

17                              - - -

18          MS. DOUVILLE:  Your Honor, if I may

19    just make one final point on this issue.  You

20    know, I know we have been talking about this

21    2009 to 2012 period.  I do just want to

22    remind and point out that the principal data

23    point that Acceleration Bay has chosen to

24    rely on in this case for its fact-based

25    damages theories, is something that stems --

1        it's an offer that stems back to 2002 time

2        period.  And the draft that they rely on does

3        not identify in it any of the patent

4        applications that I'll --

5                THE COURT:  Which offer are you

6        talking about from 2002?

7                MS. DOUVILLE:  It's the Boeing

8        Panthesis 12 percent, you know, they call it

9        a draft agreement, but it's clearly a draft.

10       It's not final.  As a result, it is itself an

11       offer.

12               And that -- that offer is even less

13       relevant than the things that they are taking

14       issue with now.  It does not identify any

15       asserted patents nor could it.  They had not

16       issue at the time.  It does not identify any

17       patent applications.  It makes broad reference

18       to patent applications, but identifies no

19       specific patent applications in it.  It is

20       completely unclear whether that agreement

21       relates at all to any of the asserted patents

22       in this litigation.

23               It was an agreement between Boeing

24       and Panthesis, if it existed at all.  And

25       there is no clear use or there is no clear

 1        evidence that there was any use by either of

 2        those parties at any time when any agreement

 3        may have been reached.

 4               And, so if we're, you know, thinking

 5        about what evidence is probative here, that

 6        certainly isn't -- if it's Acceleration Bay's

 7        position that soon before the hypothetical

 8        negotiation valuation is done by Boeing were

 9        adopted by Boeing in negotiations in the

10        marketplace is not relevant, particularly in

11        light of the cases that were cited by the

12        parties.

13               THE COURT:  Mr. Frankel, if 2008 to

14        2010 is outside of the time of the

15        hypothetical negotiation cannot be regarded

16        as probative, what about 2002 that's just

17        been made?

18               MR. FRANKEL:  The 2002 agreement is

19        very relevant because it was a negotiation

20        between Boeing, as the patent owner, and

21        Panthesis as the company that wanted to

22        operate and make video games that were going

23        to use the patented technology and sell them.

24               They had negotiations for over a

25        year.  The parties will testify that there was

1      a final agreement reached after a year of

2      negotiation that came to 12 percent is the

3      fair value for the royalty that should be paid

4      on video games using the patented technology.

5              THE COURT:  Well, but that could

6      well have been the product of a conclusion of

7      the parties that really wasn't going to be

8      that much money being generated by this

9      technology anyway and, therefore, 12 percent

10     in order to have any realistic expectation of

11     getting some kind of a return on the

12     investment would be reasonable.

13             Then if it had turned out to be a

14     hundred thousand dollars, that's quite

15     different from 12 percent when you are talking

16     about something ten years later that looks

17     like it's going to be a huge percentage and a

18     huge pay out if you apply that 12 percent to

19     the hypothetical negotiation in 2012.

20             That's the problem that seems to me

21     with picking these numbers.  It's exactly the

22     problem that you were pointing out with

23     respect to the 2008 numbers.  So, again, if

24     that's true of the 2008 numbers, it's got to

25     be true with respect to 2002.  I understand

      1          the argument that it was a more similar kind

      2          of arrangement, but the -- I don't have much

      3          confidence that the situation in 2002 was

      4          analogous, but the situation in 2008 was not.

      5               MR. FRANKEL:  We will be presenting

      6          in multiple Panthesis business record

      7          documents accompanied by testimony of the

      8          people who were making the games, the CEO of

      9          the company who is doing the business plans

     10          and negotiating the license, and they will

     11          tell you that they anticipated tens of

     12          millions of dollars of revenue coming in from

     13          these games.  They thought they were going to

     14          change the world.

     15               And the evidence will show that they

     16          were a little bit ahead of their time and, you

     17          know, maybe they didn't execute on the

     18          business plan like they wanted to, but they

     19          had great ideas and they understood the impact

     20          that is taking place now with the use of this

     21          technology.

     22               So, whereas, the Acorn offers between

     23          people that had no interest in doing anything

     24          with patents, there is no context that anyone

     25          can show because none of the people involved

1        are going to be testifying here.

2                In contrast, with Panthesis will be a

3        lot of testimony and documents showing exactly

4        what they were planning on doing with this

5        technology, which will be very comparable and

6        relevant to the Activision situation.

7                THE COURT:  All right.  Here is what

8        I would like you all to do because it's

9        apparent to me that I don't have a good sense

10       of the full scope of all the evidence that

11       we're talking about relating to previous

12       transactions.  I've got bits and pieces.

13               I would like to have each of you --

14       and this is not going to require briefing.

15       What I'm looking for is factual presentation.

16       Tell me each of the transactions or proposed

17       transactions including 2002, 2008 through 2010

18       or 2012, that -- and include the 2014

19       transaction, all of those transactions and

20       very briefly the nature of those transactions,

21       so that I can see the whole picture and make a

22       determination as to which of those proposed

23       transactions looks like it has -- is the most

24       relevant and make a determination as to

25       admissibility.

```
 1              What I'm struggling with here is that
 2      I'm having a hard time getting -- feeling that
 3      I have the facts with respect to each of these
 4      transactions sufficiently in front of me and I
 5      need to have those facts in order to give you
 6      guidance in advance of your case, so I don't
 7      end up having to decide admissibility while
 8      you are in the middle of producing your
 9      evidence.  And I want to give you guidance in
10      advance of where we are going to be.
11              Now, do both sides understand what
12      I'm asking for?  I'm not asking for -- I do
13      want a list of the cases that Activision cited
14      to me or, again, to cite to me.  I want to see
15      that, but principally and on this subject, I
16      want to hear what are the various transactions
17      and proposed transactions that would bear on
18      this question.
19              That's as clearly as I can put it.
20      I'm not sure it's necessarily clear enough,
21      but I'll trust you to infer from our
22      discussion what I'm really looking for.
23              Okay.  I think we are -- let me --
24      yes.  Go ahead.
25              MR. FRANKEL:  What's the timing for
```

 1       the submission, so I --

 2              THE COURT:  Well, I would like to

 3       have something by the end of the day

 4       tomorrow, if you can, because I'm -- I'm

 5       going to be working this weekend, as I am

 6       sure you are as well, but at some point I

 7       have to really try to settle in on this

 8       question and I -- I want to have enough

 9       information I can feel some degree of

10       confidence in what I come up with.

11              MR. FRANKEL:  Would you prefer if we

12       do 3:00 p.m. tomorrow so it's not at the end

13       of the day?

14              THE COURT:  3:00 p.m. would be

15       great.  Truthfully, I'm not going to be here

16       at 3:00 p.m. because we have Chief Judge

17       Moore's portrait presentation starting at

18       2:30 and I'm pretty sure it's going to last

19       more than a half hour.

20              So you can make it 5:00 and that will

21       get it to me as soon as I'm going to be able

22       to consume it.

23              MS. DOUVILLE:  Your Honor, may I

24       also ask if the -- if Activision can submit a

25       very short response one page, single spaced

          1          on the survey issue?  I know Your Honor has
          2          decided that in this hearing, but I do think
          3          there are a couple of issues on that we would
          4          like to be heard on that issue since we
          5          didn't have an opportunity to respond to the
          6          submission yesterday.
          7                    THE COURT:  But each of you had an
          8          opportunity to brief it.
          9                    MS. DOUVILLE:  Your Honor, I think
         10          our understanding of that may have been
         11          different.  That is not something --
         12                    THE COURT:  You didn't have anything
         13          in your four pages on this.  I'll tell you
         14          what.  Given that there may have been some
         15          lack of certainly at the meeting as to what
         16          issues were to be briefed, I will allow you
         17          to file one page on that.
         18                    MS. DOUVILLE:  Thank you, Your
         19          Honor.
         20                    MR. BERGSTEN:  Your Honor, Jordan
         21          Bergsten.
         22                    Just one more clarification on what
         23          you want as far as transactions.
         24                    Mr. Frankel also stated apart from
         25          the transactions what is also important is

1    what was going on in the industry.  He

2    suggested several times there was some

3    monumental change in the video game industry

4    between 2008 and 2012 that makes 2012 stuff

5    more relevant.  Could we respond to that in

6    writing?

7            THE COURT:  You may respond to that

8    if there is something in dispute about the

9    state of the industry.  I don't want to get

10   beyond that, though, because that's starting

11   to get in to more complexity than I think is

12   necessary, but I would like to have the

13   transactions focused on and the dates.

14            I think that is everything that I

15   had.  If no one has anything else, I will hold

16   us in adjournment.

17            And thank you very much to the court

18   reporter for sticking with us.  I'm sorry we

19   went longer than I had expected, but there was

20   a lot of material to cover.

21            I will stay on the line after we are

22   adjourned, if the court reporter has any

23   questions that I can answer, terminology,

24   names or anything else, and I will try to be

25   of assistance in that regard.

1          But as to everyone else, we are

2     adjourned.  Thank you.

3              (At 4:09 p.m. proceedings were

4       concluded.)

5                        -  -  -

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3

 4              I, KIMBERLY A. BURSNER, Registered

 5        Professional Reporter, do hereby certify that

 6        the foregoing is an accurate transcript of the

 7        proceedings, as reported by me, in the

 8        case herein stated, and that I am neither

 9        counsel nor kin to any party or participant in

10        said action, nor interested in the outcome

11        thereof.

12

13

14                            _____

15                            Kimberly A. Bursner
                              Registered Professional
16                            Reporter

17

18

19

20

21

22

23

24

25
```

MR. ANDRE: [12]   15/6 15/11 15/15
18/5 22/24 23/4 38/11 39/7 48/5 48/11
56/25 57/22
MR. BERGSTEN: [5]   45/9 45/13 46/11
46/19 107/20
MR. BLUMENFELD: [3]   23/16 24/19
48/21
MR. FRANKEL: [43]   40/10 40/20 41/20
42/4 42/9 43/10 44/3 48/1 53/18 59/12
60/7 60/19 61/19 62/15 62/19 62/22
62/24 64/4 66/10 68/10 68/16 72/2
76/13 77/21 78/1 79/8 79/16 83/24 84/4
84/8 84/11 85/20 86/9 86/11 87/5 88/12
89/2 90/6 92/17 101/18 103/5 105/25
106/11
MR. HANKEL: [5]   54/23 72/14 72/21
91/25 92/12
MR. McGRAW: [4]   35/2 35/16 36/1
36/7
MR. ROVNER: [6]   28/19 29/4 29/25
49/9 49/13 49/16
MR. WEBB: [15]   15/19 18/8 30/1 30/7
30/18 34/25 36/11 36/16 36/20 37/3
37/9 38/3 44/2 50/24 51/23
MS. DOUVILLE: [29]   42/12 63/6 65/25
70/7 70/10 70/15 80/8 83/19 84/6 85/9
89/11 89/15 90/17 91/10 91/13 91/18
91/23 93/7 96/18 97/2 98/7 98/16 99/1
99/7 99/18 100/7 106/23 107/9 107/18
MS. KOBIALKA: [6]   25/1 25/12 25/16
26/11 26/21 26/24
THE COURT: [120]

$
$1 [1]   95/13
$1 million [1]   95/13
$12 [1]   84/20
$12 million [1]   84/20
$2 [2]   75/17 75/21
$2 million [1]   75/17
$2.5 [3]   95/8 97/4 98/9
$2.5 million [3]   95/8 97/4 98/9
$20 [1]   89/21
$200,000 [1]   75/19
$22 [5]   78/16 78/24 79/6 83/16 83/21
$22 million [5]   78/16 78/24 79/6 83/16
83/21
$250 [1]   83/12
$250,000 [5]   80/11 83/15 83/20 84/25
85/1
$350,000 [1]   96/12
$850,000 [2]   95/10 98/20

'
'147 [13]   61/17 61/19 62/15 65/24 66/5
66/9 66/11 70/3 70/4 71/7 71/13 71/20
72/19
'344 [4]   59/14 60/12 62/24 66/7

.
.147 [1]   71/25

1
119 [3]   3/20 3/24 4/8
12 [3]   41/16 84/25 89/21
12 million [1]   90/13
12 percent [7]   80/22 82/14 100/8 102/2
102/9 102/15 102/18
125-page [2]   27/9 27/10

13 [1]   41/5
1325 [1]   43/9
14 [3]   21/1 21/9 21/20
15 [2]   33/8 83/8
15-minute [3]   8/7 8/8 8/9
16 [1]   33/9
16-453 [1]   1/4
16453 [1]   3/3

2
2002 [8]   80/23 100/1 100/6 101/16
101/18 102/25 103/3 104/17
2007 [2]   77/11 88/23
2008 [11]   77/11 85/11 85/14 85/24
88/24 101/13 102/23 102/24 103/4
104/17 108/4
2009 [5]   95/2 97/4 98/5 98/8 99/21
2010 [7]   78/1 85/14 96/20 96/24 97/8
101/14 104/17
2012 [23]   77/10 77/20 77/22 77/23
78/10 85/7 85/14 85/14 86/9 89/5 95/2
96/21 97/3 97/9 97/12 98/7 98/14 98/25
99/21 102/19 104/18 108/4 108/4
2014 [6]   78/12 85/9 85/10 85/16 95/17
104/18
2024 [1]   1/15
21 [2]   47/12 47/13
22 million [6]   79/15 84/22 85/1 85/1 85/2
90/13
247 [1]   11/16
25 [2]   21/4 34/9
250 [3]   84/9 85/2 90/12
25th [1]   1/15
271A [1]   73/12
28 [1]   96/23
2:00 [1]   1/16
2:30 [1]   106/18

3
30 [1]   84/13
30 minutes [1]   12/17
3:00 p.m [3]   106/12 106/14 106/16

4
40 minutes [1]   32/23
45 minutes [2]   16/3 16/8
453 [1]   1/4
4:09 [1]   109/3
4:45 [1]   16/12

5
50A [1]   56/17
54 [4]   34/8 34/11 36/1 36/8
54A [1]   34/18
55 [2]   36/2 39/16
550 [1]   73/9
57 [3]   40/3 40/6 40/11
58 [1]   57/16
5:00 [3]   11/18 46/21 106/20
5:30 [1]   11/18

6
615 [3]   6/16 14/18 15/13
615 rule [1]   34/10
63 [2]   41/5 41/14

7
70 [2]   41/6 43/25
71 [1]   44/11
74 [1]   47/13

8
8:00 [1]   37/25
8:30 [1]   37/25

9
90 degrees [1]   7/3
9:00 [1]   11/17
9:00 o'clock [2]   8/17 8/18

A
AARON [6]   2/6 2/11 43/11 54/24 59/12
84/6
able [6]   26/14 38/8 63/15 63/24 65/14
106/21
about [53]   4/16 6/10 6/17 7/2 12/5 12/12
15/16 18/13 21/4 31/11 32/2 32/11
32/23 34/7 37/13 37/15 37/16 39/1
44/13 44/14 45/23 47/4 51/3 52/21 53/6
53/9 53/13 57/15 57/23 61/17 65/23
70/4 71/8 71/9 72/9 78/6 81/5 81/6
86/13 86/19 87/9 89/22 92/2 92/3 92/22
95/24 99/20 100/6 101/5 101/16 102/16
104/11 108/8
absolutely [3]   29/6 29/7 95/21
ACCELERATION [35]   1/4 3/2 23/5
28/22 34/14 34/19 35/10 35/21 39/18
39/22 41/14 45/14 47/15 47/19 50/19
50/20 55/3 61/20 63/15 64/1 64/8 64/20
70/2 70/12 76/12 78/12 80/24 81/14
82/12 82/18 84/13 89/18 95/18 99/23
101/6
accepting [1]   6/16
accompanied [1]   103/7
accordingly [1]   35/18
account [1]   32/12
accounted [1]   36/13
accurate [1]   110/6
accused [10]   59/17 63/11 64/14 64/21
65/13 65/17 71/15 77/7 79/3 94/11
aches [1]   96/8
Acorn [8]   78/18 78/19 86/2 87/15 88/17
88/23 92/18 103/22
acting [2]   67/20 68/1
action [2]   72/11 110/10
actions [1]   72/4
ACTIVISION [51]   1/6 3/3 3/22 4/7 34/15
34/24 35/3 35/22 41/22 42/13 43/14
44/19 45/10 50/21 50/23 53/20 54/14
54/24 59/18 60/20 60/24 60/25 62/5
63/2 66/11 66/14 66/23 66/24 69/2
69/24 70/8 70/21 73/3 76/14 77/6 78/8
78/14 79/18 80/1 80/6 85/22 88/22 89/6
90/10 92/6 92/13 97/6 97/16 104/6
105/13 106/24
Activision's [4]   34/21 44/23 63/13 69/13
activity [6]   59/6 59/8 73/2 85/17 85/17
92/23
actual [1]   97/19
actually [16]   45/19 51/18 52/15 53/11
64/22 73/20 78/20 78/22 79/3 89/17
90/21 90/24 93/4 93/5 94/14 96/13
add [2]   15/12 34/10
additional [1]   92/1
address [3]   5/4 21/10 53/14
adjourn [1]   14/15
adjourned [2]   108/22 109/2
adjournment [1]   108/16
adjustments [1]   32/6
administrative [1]   3/5
admissibility [4]   12/3 81/18 104/25 105/7

**A**

admissible [4]  58/25 74/12 74/15 94/20
admit [4]  10/9 74/20 82/22 88/22
admitted [6]  10/8 10/14 10/23 40/14 74/10 82/18
admitting [1]  74/18
adopt [1]  13/19
adopted [1]  101/9
advance [4]  19/22 39/3 105/6 105/10
advise [1]  8/17
advisement [1]  57/2
affirmative [1]  88/14
afield [1]  77/15
after [20]  7/23 11/14 12/8 17/23 18/11 18/24 21/14 32/24 35/5 52/16 69/11 69/12 78/16 83/11 85/16 88/3 96/11 97/12 102/1 108/21
afternoon [5]  16/4 16/12 18/24 42/12 46/21
afterwards [3]  17/20 18/5 18/6
again [18]  9/4 11/24 16/9 20/23 24/13 28/1 41/5 50/8 70/2 71/14 82/13 82/14 88/7 91/17 93/9 97/9 102/23 105/14
against [3]  3/3 10/5 70/21
age [1]  23/23
agenda [1]  4/12
aggregators [3]  76/21 87/19 92/19
agnostic [1]  40/24
ago [1]  44/18
agree [5]  43/12 43/18 43/21 44/8 77/21
agreed [5]  3/9 35/24 37/20 49/12 78/15
agreeing [3]  35/12 35/14 37/16
agreement [23]  41/24 42/17 42/22 63/24 77/3 80/11 80/21 85/22 85/25 88/7 89/10 89/13 90/20 92/3 93/16 94/1 95/18 100/9 100/20 100/23 101/2 101/18 102/1
agreements [3]  40/12 40/21 91/5
agrees [1]  41/9
ahead [3]  89/3 103/16 105/24
all [75]  3/17 4/9 4/11 5/1 5/1 6/12 10/9 11/3 12/8 13/11 13/12 14/9 16/4 21/7 23/9 24/18 28/1 29/2 29/13 33/8 33/11 33/17 33/21 35/23 37/16 38/5 38/6 39/10 39/15 40/6 40/22 44/8 46/22 49/12 54/1 55/24 56/2 56/24 57/14 57/18 59/21 60/13 61/16 63/3 66/24 68/24 69/13 69/17 70/1 72/13 75/10 79/15 80/16 85/4 85/5 86/8 86/19 87/18 87/24 90/11 90/18 92/15 92/19 94/3 94/8 95/2 95/15 95/24 97/15 100/21 100/24 104/7 104/8 104/10 104/19
allegation [1]  55/22
allegations [1]  71/7
alleged [6]  64/25 65/8 82/14 94/7 94/15 97/12
alleging [1]  53/20
allow [7]  26/15 26/16 35/9 36/21 51/14 56/6 107/16
allowance [2]  14/19 14/21
allowed [2]  56/13 68/20
allows [1]  14/24
almost [3]  17/22 55/24 99/10
along [5]  24/22 25/24 62/11 79/1 91/11
already [4]  31/11 34/9 85/16 85/19
also [14]  2/16 8/16 11/11 25/18 35/24 41/13 47/15 50/18 78/25 92/19 95/5 106/24 107/24 107/25
alteration [1]  37/6
alternatives [2]  53/22 53/25

altogether [2]  40/7 43/25
always [3]  7/25 37/22 59/11
am [17]  5/15 7/20 8/1 31/15 32/8 33/7 33/11 39/17 54/15 56/19 57/19 58/3 58/4 71/16 96/5 106/5 110/8
amazing [1]  8/13
amenable [1]  36/20
amendment [1]  44/4
America [7]  59/20 60/23 61/5 63/18 64/15 65/21 66/14
American [1]  61/21
amount [3]  54/17 84/21 89/9
amounts [2]  58/15 83/22
ample [1]  53/21
analogous [1]  103/4
analogue [1]  67/13
analysis [1]  97/14
Anderson [2]  2/2 28/21
ANDRE [5]  2/5 15/7 23/5 38/12 57/1
Andrews [10]  32/20 48/9 48/24 51/7 54/4 54/7 54/20 76/25 86/6 91/3
another [4]  9/19 25/17 45/2 73/5
answer [7]  18/7 18/8 21/9 21/10 29/24 88/8 108/23
answered [1]  21/11
answering [1]  50/8
answers [3]  21/15 70/14 71/21
Anthrasys [1]  77/12
anticipate [1]  48/24
anticipated [3]  51/11 80/14 103/11
anticipation [1]  18/22
antsy [1]  52/7
any [52]  6/9 8/13 12/2 14/23 15/4 15/18 18/4 21/8 21/10 21/10 21/13 27/6 27/14 28/18 29/20 32/6 33/11 33/20 38/9 45/6 49/5 53/24 63/17 64/7 65/7 65/8 66/17 68/9 68/18 69/3 69/14 74/15 81/14 81/18 84/12 87/16 87/16 94/5 94/14 94/18 94/19 97/17 100/3 100/14 100/16 100/21 101/1 101/2 101/2 102/10 108/22 110/9
anybody [4]  5/11 21/24 26/17 28/8
anyone [5]  3/12 76/18 87/17 87/23 103/24
anything [17]  3/12 19/19 24/6 24/16 24/25 26/22 43/2 64/7 66/7 67/11 76/3 90/16 96/24 103/23 107/12 108/15 108/24
anyway [1]  102/9
anywhere [2]  59/20 60/22
apart [1]  107/24
apologize [2]  50/25 51/24
apparent [1]  104/9
apparently [1]  30/19
appeals [1]  33/19
APPEARED [1]  2/1
application [1]  33/11
applications [4]  100/4 100/17 100/18 100/19
applies [1]  71/20
apply [1]  102/18
appreciate [1]  4/6
approach [3]  32/15 38/10 42/11
appropriate [2]  49/21 65/21
April [2]  1/15 41/16
April 12 [1]  41/16
are [119]
area [1]  41/3 44/12
areas [2]  24/5 63/21
arguably [1]  75/6

argue [6]  17/23 25/5 38/15 39/1 58/16 88/15
argued [1]  38/18
arguing [1]  17/19
argument [31]  12/2 12/13 17/18 17/19 27/14 31/1 38/25 45/19 45/23 46/14 47/6 50/6 50/14 50/17 50/22 51/11 51/15 52/18 52/19 56/20 58/3 58/4 59/2 66/3 67/24 70/6 76/14 76/16 94/4 95/24 103/1
arguments [9]  18/11 32/12 32/14 37/2 37/18 39/6 44/15 50/19 73/16
arises [1]  12/23
around [3]  55/9 59/7 90/1
arrangement [2]  83/18 103/2
Arsht [1]  2/7
articulated [1]  51/2
as [116]
ask [16]  3/16 4/23 6/1 6/7 9/19 20/8 20/9 21/5 21/9 21/18 48/17 53/15 62/10 70/11 71/23 106/24
asking [3]  6/13 105/12 105/12
asks [1]  22/7
aspect [1]  93/15
assembling [1]  27/22
asserted [6]  55/23 70/21 71/20 93/22 100/15 100/21
assess [1]  90/14
assessing [1]  73/6
assigned [1]  84/17
assistance [1]  108/25
associated [1]  97/13
assume [2]  29/1 54/11
assumes [1]  87/11
assuming [3]  16/4 26/25 30/2
assumption [1]  87/16
assumptions [2]  78/7 86/1
assure [1]  33/7
at [120]
attach [1]  39/11
attend [2]  25/18 43/9
attends [1]  25/6
attention [2]  7/1 10/19
attorney [2]  25/17 26/13
attorneys [2]  5/25 6/12
attributed [1]  72/5
auditor [2]  44/14 47/10
author [1]  75/12
authoritative [1]  7/19
authority [2]  32/21 73/5
available [2]  11/20 23/25
avoid [4]  3/15 3/15 9/24 16/10
aware [2]  64/6 78/22
awash [1]  16/15
away [4]  13/14 38/20 90/4 93/25
awful [1]  33/15
awkward [1]  57/5
awkwardness [2]  57/12 57/13

**B**

back [24]  11/6 11/14 12/12 12/18 14/5 19/8 20/12 26/19 32/1 37/23 44/17 53/8 66/1 67/18 67/22 70/12 71/22 75/14 80/23 84/17 88/5 90/10 93/24 100/1
background [2]  12/13 27/19
Bacon [1]  2/10
bad [3]  24/7 55/22 57/15
ball [1]  78/9
barn [1]  52/8
based [8]  51/1 61/10 74/17 80/13 82/20

**B**

based... [3]  83/22 93/17 99/24
basically [2]  31/25 96/7
basis [2]  79/10 88/14
BAY [26]  1/4 3/2 23/5 28/22 34/14 34/20
  35/21 39/18 45/14 47/15 50/20 55/3
  61/20 63/15 64/20 70/2 70/13 76/12
  78/12 80/24 81/14 82/12 82/18 89/18
  95/18 99/23
Bay's [7]  39/22 41/14 47/19 50/20 64/1
  64/8 101/6
be [169]
bear [1]  105/17
bearing [1]  94/18
because [49]  5/14 8/1 12/16 13/8 13/17
  14/4 22/7 22/15 26/1 27/3 28/3 28/14
  29/11 33/2 33/7 33/18 37/5 38/20 39/5
  42/16 44/21 45/7 45/19 45/25 47/11
  50/5 52/12 54/15 63/8 65/1 70/13 79/10
  81/16 82/15 85/17 86/7 86/25 88/18
  89/3 90/4 91/6 93/22 95/22 101/19
  103/25 104/8 106/4 106/16 108/10
become [1]  98/3
becomes [1]  9/18
bed [1]  37/18
been [31]  4/17 10/20 14/19 17/22 29/16
  35/11 38/1 47/18 48/17 49/15 53/23
  55/10 55/13 55/19 66/13 73/16 81/12
  81/13 81/19 85/17 85/19 86/22 88/24
  92/6 99/9 99/20 101/3 101/17 102/6
  107/10 107/14
before [32]  1/13 5/19 8/9 10/7 11/2
  11/20 11/22 11/25 12/4 12/14 12/15
  17/20 19/10 31/22 34/16 34/20 35/7
  35/9 36/11 36/18 37/17 37/17 38/19
  38/23 39/9 47/8 52/6 54/3 63/21 73/18
  96/1 101/7
beforehand [1]  57/3
began [1]  88/4
begin [1]  52/19
beginning [3]  3/6 7/23 85/13
begins [1]  97/5
behalf [1]  28/21
behest [1]  67/20
being [11]  35/24 55/23 67/21 72/4 72/5
  76/2 78/13 80/18 81/15 86/24 102/8
believe [12]  20/4 33/23 34/25 49/14
  63/14 63/20 64/16 74/5 78/1 79/9 91/19
  93/19
believed [1]  95/6
believer [1]  7/21
believes [1]  76/3
bench [3]  9/10 9/12 9/13
beneficial [2]  71/4 71/11
benefit [1]  79/23
benefits [1]  77/9
BERGSTEN [3]  2/12 45/10 107/21
best [1]  89/25
better [2]  33/5 90/15
betting [1]  87/22
between [14]  11/18 14/14 20/16 34/14
  62/16 63/11 65/7 84/25 95/18 95/25
  100/23 101/20 103/22 108/4
beverages [1]  6/20
beyond [3]  81/4 82/25 108/10
billions [1]  77/8
binder [2]  16/16 16/19
binders [3]  16/13 16/15 16/17
bing [4]  10/24 10/24 10/24 10/25
bit [6]  25/11 34/12 45/17 49/10 58/9

103/16
bits [1]  104/12
Blackberry [3]  58/21 59/1 59/7
blame [1]  24/24
blind [1]  21/23
blindsided [1]  18/12
BLIZZARD [2]  1/6 3/3
BLUMENFELD [5]  2/8 23/17 48/19
  48/22 51/2
bluntly [1]  28/17
board [1]  42/11
body [1]  73/5
Boeing [27]  73/25 74/22 75/4 75/7 76/19
  77/13 77/24 78/10 78/15 82/3 83/3
  84/11 84/22 88/24 89/8 94/23 95/8
  95/10 95/11 95/18 98/10 98/19 100/7
  100/23 101/8 101/9 101/20
Boeing's [2]  83/1 84/16
both [10]  5/5 15/5 22/2 28/11 44/22
  49/24 58/8 70/13 91/15 105/11
box [3]  8/12 21/2 21/10
boxes [1]  7/2
bracket [2]  34/19 35/10
Braunfield [1]  61/6
break [8]  8/7 8/8 8/10 16/1 16/2 16/3
  16/3 99/12
breaks [1]  7/23
brief [7]  27/10 45/18 54/4 77/1 91/19
  93/20 107/8
briefed [3]  55/2 94/2 107/16
briefing [4]  46/22 80/17 93/14 104/14
briefly [4]  7/7 63/9 93/8 104/20
briefs [2]  46/2 47/1
bring [3]  6/19 6/19 93/3
bringing [1]  6/18
broad [1]  100/17
broadcast [2]  62/13 62/16
broken [1]  66/15
brought [2]  16/5 16/6
Brumfield [1]  64/5
Bryson [1]  1/14
bullet [1]  46/6
bulls [1]  58/2
burden [2]  49/2 51/21
burned [2]  24/12 24/13
BURSNER [3]  1/25 110/4 110/14
business [4]  3/10 103/6 103/9 103/18
busy [1]  13/13
but [127]
buy [1]  77/14

**C**

CA [1]  1/4
call [5]  58/13 64/18 65/22 69/7 100/8
called [2]  23/24 58/14
calls [1]  55/17
came [4]  50/3 61/6 78/12 102/2
can [63]  5/17 5/22 6/19 8/14 9/25 10/24
  11/6 11/11 12/5 13/17 14/1 16/9 17/1
  17/4 19/9 19/20 20/19 20/25 25/7 25/23
  26/2 26/3 27/11 32/23 33/5 33/6 38/3
  39/13 39/19 40/6 42/17 42/22 44/7
  51/18 53/4 54/16 57/11 57/18 65/6 66/2
  66/7 67/10 68/9 73/14 76/4 76/8 80/4
  90/14 91/7 94/4 96/11 97/24 98/2 99/4
  99/12 103/25 104/21 105/19 106/4
  106/9 106/20 106/24 108/23
can't [9]  3/15 13/18 24/24 49/3 68/18
  68/19 68/22 70/17 75/9
Canada [6]  61/4 61/22 62/1

cancer [1]  96/14
candid [1]  19/7
cannot [2]  32/20 101/15
capacity [1]  27/6
caps [1]  84/22
capture [1]  31/18
care [3]  34/9 74/24 96/8
carrying [1]  47/13
cascade [1]  9/17
case [61]  3/12 10/8 11/3 11/15 16/11
  33/14 33/24 36/5 36/17 48/2 48/13 50/2
  51/16 53/11 54/13 56/13 56/14 56/18
  58/21 58/23 59/1 59/3 61/6 63/16 63/23
  64/1 64/5 64/6 64/8 64/24 66/17 72/16
  73/5 77/1 77/2 77/5 78/23 79/10 80/3
  80/19 81/13 81/22 82/21 86/6 86/10
  86/13 87/6 89/24 91/4 91/14 91/22
  91/22 92/25 93/19 93/20 94/16 94/22
  96/19 99/24 105/6 110/8
cases [26]  4/17 5/25 19/11 24/8 27/6
  48/20 51/6 56/11 58/6 58/22 72/9 74/25
  75/8 80/16 81/19 90/18 91/9 91/11
  91/17 93/10 93/11 93/14 94/10 94/19
  101/11 105/13
category [1]  75/10
causal [1]  65/7
causation [1]  64/9
cause [3]  19/23 21/14 21/17
caution [1]  87/9
cell [1]  7/16
centered [1]  66/9
centers [1]  64/13
CEO [1]  103/8
certain [1]  55/3
certainly [5]  33/22 81/13 94/18 101/6
  107/15
certify [1]  110/5
challenges [1]  28/24
ChanBond [3]  77/2 86/10 91/4
chance [3]  19/3 48/7 54/21
change [7]  13/8 37/5 57/2 68/19 97/24
  103/14 108/3
changed [2]  20/15 96/4
changes [1]  35/18
changing [1]  47/20
channel [2]  62/13 62/16
characteristic [1]  56/9
charge [8]  10/4 14/13 17/20 17/24 17/25
  18/11 19/14 19/15
chart [2]  44/24 45/11
chatting [1]  72/23
cheat [1]  40/8
check [4]  4/4 11/11 15/3 73/7
chief [1]  56/7 56/14 106/16
choice [2]  17/19 17/21
chosen [1]  99/23
CHRISTOPHER [1]  2/17
circle [1]  21/8
circuit [3]  61/7 73/10 91/20
circumstance [1]  82/6
circumstances [3]  94/13 94/20 97/25
Cisco [1]  98/23
citations [1]  91/8
cite [5]  27/7 81/14 86/6 92/25 105/14
cited [9]  74/25 77/1 80/17 90/19 91/15
  91/19 93/20 101/11 105/13
claim [28]  44/16 44/19 44/20 44/24 45/1
  45/3 51/3 51/4 51/10 55/5 55/15 58/13
  58/16 58/18 59/15 59/19 70/21 70/22
  71/3 71/9 71/9 71/12 71/20 71/25 72/18

## C

claim... [3]  72/19 73/12 74/18
claimed [1]  73/1
claiming [1]  64/7
claims [3]  58/20 58/23 59/14
clarification [2]  25/3 107/22
clarify [1]  41/22
cleaned [1]  15/25
clear [10]  6/3 34/13 34/21 44/3 58/19
 88/8 92/18 100/25 100/25 105/20
clearly [3]  4/8 100/9 105/19
clerk [7]  7/10 7/11 7/13 11/12 16/16
 24/21 62/11
clerk's [4]  3/7 7/16 24/6 24/23
clerks [1]  29/11
clock [1]  27/20
close [5]  3/11 11/8 20/24 56/17 97/8
closely [1]  44/20
closer [1]  82/17
closing [13]  17/18 36/14 37/1 37/18
 38/14 38/19 39/5 50/13 50/16 50/18
 50/22 51/5 51/9
closings [2]  37/3 37/10
code [5]  40/4 40/5 40/12 40/13 40/25
coercion [1]  94/23
coin [3]  22/18 23/7 30/11
Coke [1]  6/20
cold [1]  91/8
colleague [1]  49/10
colleagues [2]  33/20 65/14
collecting [1]  93/10
come [23]  4/21 5/5 6/13 11/14 12/12
 20/12 26/2 26/3 42/2 43/25 51/18 53/9
 56/3 63/21 64/8 64/16 78/6 78/20 79/14
 79/16 88/17 93/3 106/10
comes [7]  41/4 46/23 47/2 49/2 63/25
 72/2 90/8
coming [10]  9/12 28/13 40/5 41/1 42/16
 42/21 45/21 62/7 90/7 103/12
comment [1]  71/17
commented [1]  17/12
commenting [1]  71/2
company [4]  15/20 79/3 101/21 103/9
comparability [1]  81/8
comparable [1]  104/5
compelling [1]  56/23
complaint [2]  10/19 55/6
complete [2]  23/11 92/10
completely [3]  50/4 69/18 100/20
complexity [1]  108/11
comply [1]  5/16
computer [8]  27/6 60/23 67/6 68/7 69/6
 69/10 72/22 99/4
concern [8]  26/12 38/17 38/22 41/3
 43/14 44/13 44/14 68/5
concerned [1]  34/2
concluded [1]  109/4
conclusion [2]  10/10 102/6
conclusive [1]  58/5
conduct [2]  8/5 56/8
confer [4]  12/9 13/24 28/8 28/9
conference [23]  3/2 3/9 3/16 4/4 11/23
 18/20 18/23 18/25 19/2 19/9 19/11
 19/14 19/15 19/17 20/2 35/6 46/24 47/5
 54/9 54/11 58/10 68/13 75/15
conferences [1]  9/13
confidence [2]  103/3 106/10
confidential [1]  3/14
confirm [1]  99/5
confirmed [1]  83/11
conform [2]  11/11 12/7
conforms [1]  11/12
confusion [2]  35/4 77/17
connect [1]  68/25
connected [1]  60/13
connecting [1]  62/3
connections [1]  62/3
consciously [1]  5/9
consider [1]  36/22
considered [2]  43/16 65/5
consistent [3]  22/19 49/23 68/3
consoles [2]  64/22 66/19
construction [6]  44/16 44/19 44/21 44/24
 45/1 45/3
consult [1]  17/9
consulting [1]  17/9
consume [1]  106/22
consummate [1]  93/4
consummated [1]  77/3
contact [2]  12/8 12/10
contains [1]  4/1
content [1]  12/1
contentious [1]  38/2
context [4]  71/24 88/1 90/8 103/24
continue [1]  97/7
continues [1]  26/13
continuing [1]  8/11
continuous [1]  53/19
contract [1]  68/20
contrary [1]  5/20
contrast [1]  104/2
control [7]  66/21 67/12 67/17 67/21
 67/25 71/4 71/11
controlled [1]  69/2
controlling [4]  67/2 67/4 67/9 67/11
controls [1]  60/21
converse [3]  67/22 75/23 76/10
convert [1]  89/20
converting [1]  74/7
converts [1]  67/12
convey [1]  26/17
cooling [2]  12/17 27/24
cooperate [1]  19/10
copy [3]  19/1 20/14 21/7
correct [11]  15/11 30/7 39/7 40/20 42/4
 42/9 60/7 62/22 65/25 72/21 85/21
correctly [2]  86/16 98/9
Corroon [1]  2/2
could [21]  4/3 22/4 24/2 25/11 30/25
 32/21 45/16 45/16 45/17 46/15 50/5
 58/16 66/15 67/23 72/14 73/6 81/10
 86/5 100/15 102/5 108/5
couldn't [1]  25/9
counsel [13]  2/1 5/10 5/12 6/21 7/3 9/22
 11/10 17/19 18/21 28/10 28/10 48/18
 110/9
count [1]  33/9
counteroffer [1]  95/13
counteroffers [1]  98/24
counting [2]  26/5 50/13
couple [9]  3/5 3/23 5/18 24/10 27/17
 32/14 60/13 73/20 107/3
course [8]  4/3 8/19 8/23 14/3 47/21
 48/20 48/23 75/14
court [14]  1/3 3/11 7/21 13/23 26/5
 26/25 27/13 33/19 55/11 59/7 99/12
 99/13 108/17 108/22
courtesy [1]  16/6
courtroom [2]  6/11 6/13
cover [1]  108/20

created [2]  36/17 88/20
creates [2]  20/18 99/10
critical [2]  19/12 78/2
cross [4]  8/25 9/1 9/8 81/10
cross-examination [1]  9/8
cruel [1]  29/7
cryptic [2]  27/3 27/18
cumbersome [1]  10/15
cure [1]  88/18
cures [2]  96/13 96/14
current [2]  15/2 75/2
customary [1]  29/1
customers [3]  61/4 64/14 68/17
cut [10]  13/25 14/1 26/18 31/15 31/17
 31/24 33/12 33/12 43/20 56/20

## D

damage [1]  65/9
damages [7]  61/10 72/8 79/10 82/20
 88/13 94/8 99/25
danger [1]  8/19
data [6]  64/13 66/13 82/12 82/18 95/7
 99/22
date [6]  45/7 78/17 85/18 96/2 96/3 98/8
dates [1]  108/13
day [20]  1/15 7/23 8/16 11/17 11/24
 12/22 13/4 13/5 13/20 14/6 14/11 14/13
 14/15 34/16 34/20 35/5 35/13 36/18
 106/3 106/13
days [5]  34/16 34/20 35/8 35/15 52/9
deal [5]  9/22 29/9 33/3 48/25 49/4
dealing [1]  58/20
deals [1]  64/8
decide [11]  22/17 32/5 38/6 57/19 57/20
 64/3 64/12 69/8 72/24 96/9 105/7
decided [2]  24/12 107/2
deciding [1]  69/5
decision [2]  27/15 91/20
decorum [2]  6/10 6/12
deemed [1]  72/11
defendant [22]  30/4 30/4 30/5 30/10
 30/12 30/12 30/13 30/16 30/16 30/17
 30/21 30/22 31/2 31/2 31/3 42/10 51/9
 54/6 55/16 55/23 82/10 94/15
defendant/plaintiff [3]  30/4 30/16 31/2
defendants [2]  2/9 2/14 63/4
defended [1]  55/21
defenses [1]  55/22
definition [1]  82/19
degree [1]  106/9
degrees [1]  7/3
DELAWARE [20]  1/2 3/4 5/8 5/10 5/10
 5/12 5/13 5/16 5/21 7/2 20/25 21/24
 22/19 23/3 23/19 24/1 28/10 29/1 48/12
 48/17
deliberation [1]  18/13
deliberations [1]  17/10
deluged [1]  14/7
demonstrate [1]  74/12
demonstrative [5]  37/7 38/1 38/23 39/1
 39/3
demonstratives [6]  36/14 36/23 37/21
 38/14 38/19 39/12
depart [2]  5/9 6/14
departing [1]  5/13
depending [5]  11/18 17/5 30/10 33/9
 63/25
deposition [2]  3/23 17/1
deputy [3]  7/11 11/11 29/11
descended [1]  24/9

**D**

describe [1] 59/15
design [1] 55/8
designated [1] 7/22
desperately [1] 95/4
detail [1] 47/10
details [1] 47/9
determination [4] 27/12 58/5 104/22 104/24
developed [2] 13/21 97/17
development [1] 55/12
diagram [1] 60/11
did [18] 22/14 22/15 22/20 23/2 25/2 45/12 51/13 54/7 54/8 54/20 55/11 55/16 66/11 70/7 70/9 81/14 84/15 94/24
didn't [13] 14/19 14/20 24/5 40/4 43/7 45/19 51/9 66/16 86/15 86/16 103/17 107/5 107/12
Diet [1] 6/20
difference [2] 34/14 69/19
different [10] 21/23 53/3 60/12 64/19 65/11 68/11 76/5 89/5 102/15 107/11
difficult [2] 67/7 80/3
digital [1] 67/14
dire [6] 21/3 21/4 21/7 30/2 31/15 31/16
direct [1] 9/7
directions [2] 68/2 68/3
disadvantage [1] 22/9
disagree [1] 49/9
disagreement [1] 36/6
disclosed [1] 43/22
disclosure [3] 34/7 35/20 36/21
disclosures [2] 36/3 36/12
disconnect [2] 69/1 69/10
discovers [1] 96/13
discuss [5] 19/14 21/12 31/8 32/9 54/9
discussed [3] 11/23 43/16 58/9
discussing [1] 68/12
discussion [6] 19/18 21/14 43/24 75/1 99/16 105/22
discussions [2] 85/24 86/2
disinclined [1] 54/16
dispositive [1] 55/24
dispute [10] 13/7 39/20 40/13 40/18 41/9 43/3 43/6 63/10 82/3 108/8
disputed [1] 53/22
disputes [4] 13/2 27/18 28/2 44/12
distracted [1] 81/7
district [4] 1/1 1/2 3/4 33/16
division [1] 74/13
do [78] 3/10 3/18 4/10 4/11 5/14 9/23 10/24 11/1 12/10 14/6 15/12 15/15 15/18 16/23 17/4 18/3 21/15 21/25 22/9 22/13 22/16 22/18 22/23 23/1 23/10 23/18 24/1 27/11 29/8 29/10 29/21 30/2 30/23 30/25 33/6 33/18 34/23 37/8 38/9 39/5 39/21 41/18 45/19 45/25 47/8 47/21 48/3 48/8 51/25 52/2 54/14 56/3 58/22 61/16 62/12 63/19 66/16 69/7 70/3 73/17 77/3 77/18 80/6 84/4 86/24 89/21 95/1 95/21 95/23 99/6 99/12 99/21 104/8 105/11 105/12 106/12 107/2 110/5
document [5] 4/1 40/24 43/15 82/16 99/2
documents [5] 31/11 78/3 88/23 103/7 104/3
does [18] 21/24 29/16 48/16 50/21 53/5 54/14 56/21 56/22 72/25 73/11 74/14

85/3 85/3 94/18 96/7 100/2 100/14 100/18
doesn't [4] 49/1 50/1 52/4 92/15
doing [10] 8/24 8/25 9/1 10/18 10/18 23/8 46/7 103/9 103/23 104/4
dollars [5] 77/8 79/19 79/20 102/14 103/12
domestic [5] 59/8 61/3 65/8 67/2 72/12
don't [66] 4/10 5/14 5/25 6/9 6/12 6/19 7/4 7/8 8/13 9/4 9/9 12/16 13/18 15/4 16/7 16/17 17/4 17/24 18/11 19/8 19/19 20/12 20/17 21/24 22/19 27/2 27/9 28/12 29/5 29/9 30/14 32/19 33/2 33/10 33/20 33/23 38/24 39/6 45/22 46/17 47/11 48/13 50/4 50/15 55/25 59/10 63/10 63/19 64/16 68/5 68/17 69/2 76/11 79/8 81/12 86/23 90/9 91/6 93/22 96/16 97/14 99/2 103/2 104/9 105/6 108/9
done [19] 17/11 18/9 18/18 21/22 24/14 29/11 30/9 30/23 32/22 37/14 47/5 51/16 52/21 66/22 67/13 67/17 69/24 73/2 101/8
door [1] 88/15
double [1] 46/15
DOUVILLE [4] 2/13 42/13 63/7 92/1
down [18] 9/20 13/3 13/25 16/19 19/11 28/3 29/21 31/17 31/24 33/4 33/12 33/13 39/15 43/20 46/1 59/13 72/2 92/23
downstream [1] 87/20
draft [6] 80/22 82/15 88/6 100/2 100/9 100/9
dramatically [1] 97/24
drill [1] 20/19
driving [1] 59/5
duration [1] 55/19
during [3] 4/21 64/1 68/13
duty [3] 64/18 65/22 69/7

**E**

e-mail [9] 12/1 26/24 27/8 27/10 28/5 35/7 67/8 69/4 69/6
e-mails [3] 13/11 14/8 27/1
each [19] 8/24 13/13 13/20 14/11 16/24 22/1 25/5 28/25 32/4 33/24 34/16 34/20 35/20 70/18 70/23 104/13 104/16 105/3 107/7
eager [1] 83/4
earlier [3] 58/10 88/9 99/4
early [1] 37/18
easy [2] 16/23 33/4
economic [3] 61/2 61/8 61/9
economics [1] 92/15
effect [4] 42/5 44/7 67/24 85/6
effectively [1] 74/7
effort [1] 96/16
efforts [6] 55/7 77/25 84/12 95/1 98/17 98/19
egregious [1] 56/8
eight [7] 11/21 12/4 12/11 13/3 28/15 29/22 39/20
eight o'clock [6] 11/21 12/4 12/11 13/3 28/15 39/20
either [9] 7/22 16/25 17/20 19/12 46/5 47/17 79/9 81/19 101/1
eleven [1] 13/9
eleven o'clock [1] 13/9
else [11] 24/25 25/6 26/22 28/14 43/2 80/21 90/16 90/25 108/15 108/24 109/1

elsewhere [1] 73/1
emergency [1] 8/9
emphasize [3] 9/4 9/15 28/1
employed [1] 5/19
employer [1] 23/22
encompassing [1] 63/20
end [17] 4/24 8/8 8/9 10/23 13/20 14/7 16/14 17/8 22/3 25/10 43/23 46/25 47/11 73/18 105/7 106/3 106/12
ends [1] 18/24
endure [1] 57/14
enforce [1] 10/2
enlighten [1] 34/23
enough [7] 12/11 19/3 27/25 56/1 80/4 105/20 106/8
enter [2] 54/8 54/17
entered [1] 83/7
entertain [1] 4/20
entire [1] 21/3
entirely [5] 34/13 62/13 62/25 73/3 96/4
entities [1] 76/24
equitable [1] 31/3
equivalent [1] 27/10
erase [1] 80/24
especially [4] 6/1 16/22 48/23 79/17
ESQUIRE [12] 2/2 2/5 2/5 2/6 2/8 2/9 2/11 2/11 2/12 2/12 2/13 2/13
essence [2] 25/24 31/18
essentially [3] 27/4 55/9 59/2
establish [1] 65/7
even [11] 8/8 17/23 29/14 38/13 58/19 66/12 67/19 67/25 78/25 87/22 100/12
evening [2] 20/12 27/1
event [3] 12/21 14/7 85/11
events [1] 77/24
ever [4] 33/20 73/2 81/13 84/20
every [4] 8/16 9/10 29/11 51/16
everybody [2] 28/14 41/9
everyone [1] 109/1
everything [5] 36/8 48/24 52/20 80/25 108/14
evidence [44] 11/8 40/15 41/1 47/14 47/22 48/4 51/4 51/10 53/1 53/15 53/7 61/23 62/6 63/14 63/25 64/12 66/18 73/24 74/9 74/11 74/15 74/20 76/15 81/11 81/22 82/9 82/16 86/4 86/15 86/17 87/1 87/2 87/15 87/23 88/16 88/17 89/14 89/19 89/23 101/1 101/5 103/15 104/10 105/9
evidentiary [1] 12/18
exact [1] 98/2
exactly [7] 37/9 52/17 58/19 60/1 85/20 102/21 104/3
examination [4] 8/23 8/24 9/1 9/8
example [6] 26/14 63/17 67/8 75/15 96/5 97/25
except [2] 3/10 5/8
exception [3] 14/25 42/6 44/9
exceptional [1] 13/5
exchange [2] 36/14 38/14
exchanged [1] 38/20
excluded [4] 15/14 55/14 74/6 79/7
exclusively [2] 60/21 69/1
excuse [3] 41/11 81/6 81/22
excused [1] 21/13
execute [1] 103/17
executed [1] 90/21
exercised [1] 67/22
exhibit [11] 3/20 3/24 4/1 10/13 11/5 11/10 11/12 11/13 11/16 12/2 12/3

## E

Exhibit-119 [2]  3/20 3/24
Exhibit-247 [1]  11/16
exhibits [8]  4/9 7/12 10/7 10/9 10/10
 10/22 11/4 12/23
existed [1]  100/24
exit [1]  3/16
expect [3]  14/10 17/25 76/4
expectancy [1]  83/16
expectation [1]  102/10
expectations [1]  83/1
expected [2]  90/22 108/19
experience [5]  17/21 24/7 48/17 48/22
 53/2
expert [6]  41/3 42/3 62/6 64/7 74/8
 88/13
experts [4]  41/10 42/7 43/12 43/21
experts' [1]  43/23
expired [1]  55/19
explain [2]  34/12 86/3
explanation [1]  27/20
explore [1]  13/22
expressed [1]  33/21
expression [2]  6/4 52/8
extent [4]  6/6 74/21 80/13 97/11
extra [1]  14/10
eyes [1]  32/24

## F

F3rd [1]  73/9
face [1]  56/23
fact [10]  11/4 52/16 53/22 55/23 75/3
 85/7 86/21 94/3 97/13 99/24
fact-based [1]  99/24
factor [3]  83/8 94/9 94/17
factors [6]  33/8 33/9 33/13 33/18 33/22
 83/2
facts [5]  50/8 78/9 82/20 105/3 105/5
factual [4]  50/8 72/3 79/21 104/15
failed [1]  55/7
fails [1]  7/17
failure [1]  55/8
fair [4]  78/20 79/18 88/16 102/3
fairly [1]  33/4
faith [1]  55/22
fall [2]  75/10 75/20
falls [1]  5/12
familiar [1]  4/18
fan [1]  33/7
far [11]  6/18 13/16 25/14 34/2 55/25
 73/14 77/15 78/18 87/25 97/1 107/23
fashion [1]  30/3
features [1]  58/17
federal [3]  61/7 73/10 91/20
fee [1]  83/22
feel [8]  4/22 5/11 5/11 6/15 18/12 31/22
 33/16 106/9
feeling [1]  105/2
feels [2]  46/18 68/7
few [1]  51/6
figure [5]  11/15 79/6 86/22 89/20 90/12
figures [2]  68/24 80/12
file [1]  107/17
filed [4]  53/20 54/3 54/5 55/15
filing [1]  55/6
final [6]  20/14 32/8 82/15 99/19 100/10
 102/1
find [6]  4/4 16/21 17/10 67/5 75/19 80/2
finding [2]  73/18 94/19
fine [7]  4/24 18/3 39/9 40/22 50/10

57/20 57/21
finish [4]  5/2 8/20 47/9 69/8
fire [3]  20/19 46/6 76/22
firm [1]  17/17
firms [1]  16/7
first [22]  4/12 5/1 5/7 12/22 22/7 22/8
 22/17 31/12 42/16 45/15 47/25 49/12
 49/15 51/7 53/13 53/14 59/11 70/12
 72/21 74/4 84/8 96/16
fit [1]  90/12
fits [1]  71/24
five [7]  8/15 13/6 18/14 26/4 39/19 52/25
 53/6
five minutes [1]  8/15
five o'clock [1]  39/19
five-minute [1]  18/14
fix [3]  19/9 38/1 69/23
fixes [1]  37/24
flatly [1]  54/19
Flesh [1]  58/24
flip [2]  22/17 23/6
floor [1]  23/14
focus [3]  50/8 59/1 66/8
focused [1]  108/13
focusing [1]  19/13
follow [3]  5/7 31/17 51/5
followed [2]  50/20 61/7
following [1]  87/5
FOLLOWS [2]  2/1
forbid [1]  13/6
foregoing [1]  110/6
foreign [8]  59/9 63/17 64/24 65/4 65/5
 65/8 65/19 65/20
foreigner [1]  65/18
forget [2]  47/11 61/5
form [7]  27/18 32/2 32/4 49/18 67/14
 68/22 83/16
formal [5]  18/22 19/9 19/10 19/15 20/1
format [2]  19/24 42/23
formation [1]  66/20
forth [6]  6/14 12/18 18/1 24/11 67/18
 67/23
forward [1]  97/18
found [4]  16/14 16/20 18/19 27/16
four [4]  39/19 46/15 96/1 107/13
four o'clock [1]  39/19
framing [1]  73/16
Frankel [18]  2/4 2/6 43/11 55/17 59/12
 63/18 64/5 66/2 71/2 71/23 80/10 80/12
 81/2 90/4 95/24 96/23 101/13 107/24
Frankel's [2]  70/6 94/4
frankly [3]  28/16 97/16 97/21
free [5]  4/22 5/11 5/11 6/15 94/25
frequently [1]  17/11
Friday [6]  8/21 16/12 20/13 20/17 20/20
 35/5
front [5]  49/4 51/6 55/13 56/1 78/9 99/3
 105/4
full [2]  27/19 104/10
further [5]  30/1 44/18 47/5 79/1 83/10
future [2]  91/1 97/15

## G

gaggle [1]  26/6
game [10]  60/22 61/4 61/12 62/17 65/22
 66/24 69/22 72/23 74/13 108/3
games [9]  59/13 62/2 66/20 79/1 92/21
 101/22 102/4 103/8 103/13
gander [1]  93/1
garbage [1]  69/9

## GARRETSON [1]  2/12

gather [2]  21/22 30/1
gathered [1]  54/10
gave [1]  45/14
general [8]  4/13 5/1 42/6 44/10 48/15
 51/25 52/3 92/2
generally [2]  5/24 18/24
generated [2]  83/17 102/8
geographic [1]  63/21
Georgia [7]  33/8 33/13 33/17 33/22 83/2
 83/8 94/9
Georgia-Pacific [4]  33/8 33/13 33/17
 33/22
get [48]  5/22 5/23 7/1 9/20 11/9 12/15
 13/2 14/5 19/1 19/10 22/11 23/20 24/1
 24/2 24/13 24/15 27/16 27/19 29/13
 29/21 31/7 32/3 32/7 33/4 37/23 39/19
 45/2 45/3 48/16 51/8 51/20 52/9 52/22
 56/1 69/15 70/13 76/1 76/4 80/4 80/4
 83/5 84/22 94/25 96/2 96/11 106/21
 108/9 108/11
gets [4]  10/14 25/21 52/6 84/11
getting [11]  14/7 19/23 22/10 28/4 37/13
 40/8 46/1 91/8 93/25 102/11 105/2
gist [2]  32/15 84/24
give [12]  17/19 27/25 48/6 51/22 52/10
 52/24 54/21 86/5 91/7 91/16 105/5
 105/9
given [9]  3/21 58/6 68/2 81/15 81/25
 89/22 94/14 95/8 107/14
gives [2]  12/11 39/1
giving [1]  38/20
glaze [1]  32/25
go [35]  4/13 4/19 6/13 7/25 11/6 11/24
 12/5 12/18 13/16 16/7 16/11 18/13
 21/20 27/13 28/6 31/9 34/3 36/10 39/17
 40/2 52/16 52/25 53/8 66/1 69/8 70/12
 71/22 73/14 75/14 82/24 87/1 88/5
 94/24 97/15 105/24
gobble [1]  87/19
God [1]  13/6
goes [8]  22/7 22/8 22/17 27/21 28/25
 31/23 81/10 97/10
going [75]  8/1 8/2 9/3 10/11 10/12 10/15
 13/9 14/4 16/25 17/16 22/11 24/13 27/4
 28/1 28/15 30/9 31/13 31/15 32/11
 32/16 33/6 33/11 33/12 37/7 38/13
 39/22 40/1 40/1 40/5 41/7 41/15 43/4
 43/18 43/19 46/2 46/25 48/25 51/14
 52/14 53/16 55/4 56/3 56/3 56/20 57/6
 58/3 69/10 72/10 73/15 78/4 78/6 78/7
 78/19 79/14 82/1 88/10 88/17 92/21
 93/2 93/24 96/10 97/18 99/9 101/22
 102/7 102/17 103/13 104/1 104/14
 105/10 106/5 106/15 106/18 106/21
 108/1
gone [1]  77/12
good [11]  6/11 37/25 42/12 44/1 44/2
 44/10 44/25 49/16 72/8 89/19 104/9
Google [6]  95/3 97/2 98/6 98/7 98/17
 98/22
goose [1]  93/1
got [14]  9/11 13/14 24/11 25/14 28/1
 31/25 57/17 58/12 81/7 85/10 85/12
 89/8 102/24 104/12
gotten [1]  21/15
govern [1]  6/11
governs [1]  70/3
grant [1]  55/11
grapple [1]  67/7

**G**

great [6]  22/10 23/7 48/8 81/21 103/19
 106/15
ground [1]  20/9
grounds [1]  55/12
group [1]  29/22
guess [8]  3/19 22/4 44/17 53/12 58/14
 58/16 73/21 85/5
guidance [2]  105/6 105/9
guide [1]  89/25

**H**

habitually [1]  8/20
had [35]  1/13 3/6 10/21 11/23 12/9
 21/14 24/7 24/22 36/3 46/22 48/7 50/1
 52/15 52/17 55/13 77/12 86/22 88/24
 92/6 93/20 94/2 95/8 95/10 96/4 97/16
 98/10 98/19 100/15 101/24 102/13
 103/19 103/23 107/7 108/15 108/19
half [7]  8/4 33/10 44/18 46/14 79/20
 88/25 106/19
hand [2]  38/21 57/17
handed [1]  24/21
handle [1]  7/12
handling [1]  54/25
HANKEL [2]  2/11 54/24
Hanson [2]  91/13 91/18
happen [5]  6/24 20/11 22/2 34/17 79/22
happened [8]  11/15 20/18 25/8 25/19
 25/24 41/18 79/5 80/25
happens [5]  64/15 68/25 69/11 69/12
 69/16
happy [5]  5/15 14/24 14/25 86/25 88/24
hard [3]  43/3 89/20 105/2
Hardy [1]  2/10
has [35]  3/12 6/11 10/20 17/22 20/18
 23/17 29/13 29/16 32/4 35/1 38/1 41/17
 42/19 42/24 50/4 51/20 55/10 55/23
 60/12 62/11 66/3 73/16 76/9 81/12
 81/13 82/7 85/18 91/3 94/17 98/3 99/23
 104/23 107/1 108/15 108/22
hate [1]  9/5
have [181]
haven't [1]  53/23
having [11]  14/25 16/11 24/8 25/25 49/5
 50/22 50/23 77/7 99/3 105/2 105/7
he [21]  7/18 9/11 24/22 32/21 54/8
 54/11 56/9 66/2 66/3 74/8 75/25 76/4
 76/8 84/14 86/15 86/16 86/16 87/8 87/9
 87/10 108/1
he'll [1]  15/8
he's [1]  81/7
head [1]  94/8
heads [1]  28/14
hear [15]  12/13 25/10 27/14 32/13 45/23
 49/7 58/3 58/8 63/3 70/11 72/1 74/25
 76/11 79/25 105/16
heard [4]  54/15 54/22 64/19 107/4
hearing [1]  107/2
hearsay [1]  78/4
heels [2]  12/17 27/24
held [3]  61/8 73/10 91/3
help [1]  41/8
helpful [6]  16/21 17/1 17/12 19/22 39/14
 73/16
here [36]  3/1 8/15 13/13 13/15 24/4
 32/18 34/18 40/9 41/7 41/9 44/11 49/19
 49/22 56/2 60/1 60/10 60/10 61/11 64/6
 68/11 70/5 74/7 77/6 78/6 82/3 86/3
 87/8 87/18 87/21 94/18 99/10 101/5

104/1 104/7 105/1 106/15
here's [3]  41/1 78/15 22/23 29/9 38/19
hereby [1]  110/5
herein [1]  110/8
high [5]  65/15 71/17 75/6 76/9 90/5
highlighted [1]  87/7
highly [4]  3/13 31/1 44/22 82/19
him [1]  71/23
himself [1]  75/25
his [2]  11/12 88/14
hit [1]  27/17
hold [5]  8/4 19/8 32/23 53/4 108/15
holding [2]  70/17 71/10
Holt's [3]  73/23 74/4 74/7
homework [1]  69/9
Honor [75]  15/6 15/15 15/19 18/8 22/24
 23/4 23/16 25/1 28/19 30/1 35/2 35/16
 36/2 36/7 36/11 36/24 37/10 38/4 38/11
 39/8 40/10 40/20 41/20 42/13 42/18
 42/24 43/11 44/2 45/9 49/9 50/25 51/24
 53/18 54/23 56/25 57/22 59/13 63/6
 65/12 65/25 66/5 70/7 70/15 71/16
 72/14 76/13 80/8 81/23 82/7 83/20
 83/24 85/9 85/21 89/11 89/15 90/18
 91/10 91/23 91/25 92/4 92/17 93/7
 96/18 97/3 97/9 98/8 98/16 99/3 99/7
 99/18 106/23 107/1 107/9 107/19
 107/20
Honorable [1]  1/14
hook [1]  84/14
hope [1]  6/22 19/3 31/18
hopefully [1]  93/12 99/5
hopes [1]  76/1
hosted [1]  62/2
hour [3]  8/4 44/17 106/19
hours [1]  99/10
house [5]  71/16 75/18 75/18 75/21
 75/22
how [18]  8/13 15/16 22/12 22/22 22/23
 37/15 37/15 45/25 55/4 57/15 68/25
 69/23 78/10 83/3 83/4 90/12 95/4 95/16
however [1]  60/16
huge [2]  102/17 102/18
hundred [1]  102/14
hypothetical [25]  77/4 77/16 77/19 78/17
 82/2 82/4 82/17 83/4 83/7 83/11 85/13
 85/15 85/18 87/10 88/1 90/1 92/4 92/5
 94/6 96/1 96/3 97/21 101/7 101/15
 102/19

**I**

I'd [2]  38/15 92/1
I'll [17]  12/24 14/6 18/1 21/15 22/22
 23/14 31/16 35/17 47/24 53/14 63/9
 66/10 75/19 80/9 100/4 105/21 107/13
I'm [78]  5/13 8/1 8/2 9/3 10/11 10/12
 10/15 10/18 13/9 13/14 14/23 14/24
 16/4 16/15 20/6 25/9 25/25 26/9 26/25
 27/4 28/1 28/4 28/14 29/10 30/2 32/11
 32/16 33/6 33/12 34/2 39/6 39/21 39/22
 40/1 40/1 40/8 41/7 43/19 44/25 46/25
 51/14 56/3 56/3 56/20 58/1 65/13 67/5
 67/23 70/9 71/23 72/22 73/15 74/2
 75/16 80/11 85/4 89/17 90/3 91/16
 93/11 94/17 96/10 98/8 99/10 99/14
 104/15 105/1 105/2 105/12 105/12
 105/20 105/22 106/4 106/4 106/15
 106/18 106/21 108/18
I've [13]  10/14 18/19 20/5 21/1 21/25
 22/12 30/9 31/23 51/6 51/17 52/17

86/12 104/12
idea [6] 7/4 10/22 28/6 31/25 32/4 67/4
Ideally [1]  10/9
ideas [1]  103/19
identified [1]  24/8
identifies [1]  100/18
identify [3]  100/3 100/14 100/16
idiosyncrasies [2]  6/10 23/12
if [135]
imagine [1]  20/20
impact [3]  61/2 61/8 103/19
impasse [1]  12/10
implemented [1]  53/24
implicated [1]  61/18
implicit [1]  44/9
implicitly [1]  5/20
importance [1]  39/12
important [7]  26/8 32/14 34/5 44/22
 52/13 87/7 107/25
imposes [1]  57/11
impression [4]  32/22 38/13 48/12 53/5
 in [315]
inadvertent [1]  47/24
inadvertently [1]  47/17
INC [1]  1/6
inclination [1]  75/2
inclined [1]  39/17
include [3]  95/19 97/14 104/18
included [1]  61/10
includes [4]  40/13 41/24 61/3 93/16
including [8]  64/23 82/13 83/2 84/12
 87/17 91/4 98/21 104/17
inconsistent [3]  54/19 54/20 71/6
inconvenient [1]  9/25
incorporated [1]  85/2
incorrect [1]  30/20
indicated [1]  90/19
indication [3]  75/12 75/17 76/18
indicative [2]  80/18 81/4
indicator [1]  92/3
individual [1]  64/22
indulge [1]  14/25
industry [3]  108/1 108/3 108/9
ineffectively [1]  96/9
infer [1]  105/21
influenced [1]  59/6
inform [1]  58/22
informal [4]  7/15 18/20 18/25 19/16
informally [1]  38/7
information [8]  23/22 41/15 41/21 41/23
 42/19 42/24 80/4 106/9
infringe [2]  65/20 73/11
infringed [1]  87/13
infringement [17]  53/19 55/16 56/11
 59/17 61/3 61/9 64/21 67/3 71/6 72/12
 78/22 79/3 87/16 88/4 93/5 94/7 96/15
infringer [1]  94/11
infringers [1]  57/8
infringing [12]  53/21 53/24 59/23 60/24
 61/12 62/4 65/1 65/6 77/7 85/17 89/6
 97/12
inherent [1]  98/1
inherently [2]  93/17 93/21
inhibition [1]  9/19
initial [1]  84/9
initially [2]  54/12 86/14
input [3]  67/11 69/3 69/14
inquiries [1]  71/3
inside [1]  65/3
insist [4]  10/11 10/12 10/15 26/19

**I**

insists [1] 33/25
inspired [1] 93/15
instead [1] 92/8
instruction [3] 19/23 32/7 57/10
instructions [10] 5/6 18/18 19/2 20/1
 20/14 31/20 32/3 32/8 32/16 33/3
Intellectual [2] 95/9 98/12
intended [2] 4/5 15/3
intentional [2] 14/20 47/23
intentionally [1] 47/19
interest [1] 103/23
interested [2] 4/15 110/10
interfere [1] 5/25
interim [1] 80/25
interpretation [2] 70/20 71/5
interrupting [1] 38/25
interruptions [1] 39/5
into [10] 4/4 21/20 26/19 27/8 27/13
 28/6 31/7 32/12 40/15 41/1
introduce [4] 57/7 82/8 82/13 97/6
introduced [1] 11/3
invalidate [1] 55/7
invalidity [3] 33/3 48/2 51/3
invariably [2] 17/22 17/23
investigators [1] 24/9
investment [1] 102/12
invoked [1] 14/18
involuntarily [1] 69/18
involve [2] 28/10 66/24
involved [4] 9/7 9/13 78/4 103/25
involving [1] 94/11
IP [1] 97/17
IPR [2] 55/8 55/12
is [348]
isn't [8] 4/1 4/8 29/20 45/6 67/24 90/11
 90/15 101/6
issue [40] 10/12 11/22 11/25 15/25
 16/18 37/13 38/9 43/18 44/19 44/21
 45/1 47/2 47/3 51/7 51/18 54/8 54/25
 55/1 57/25 58/5 61/17 61/18 61/20 64/2
 64/9 64/12 65/10 73/7 73/19 75/1 78/22
 79/17 81/9 86/7 94/10 99/19 100/14
 100/16 107/1 107/4
issues [17] 5/4 13/7 13/22 13/25 32/10
 32/15 47/4 53/9 55/24 73/20 73/23 74/3
 80/3 90/11 99/4 107/3 107/16
it [216]
it's [72] 3/11 4/14 6/14 7/24 8/13 9/12
 13/5 13/5 14/3 15/1 15/23 17/11 18/16
 20/20 20/25 29/10 30/3 30/21 31/25
 38/24 40/17 40/25 42/16 43/3 44/21
 51/16 51/17 51/21 53/23 58/19 60/12
 61/5 61/22 64/11 64/20 65/16 65/17
 69/19 71/4 72/7 72/21 73/21 77/15
 78/20 79/14 82/7 82/9 82/15 82/15 84/7
 84/19 86/9 87/5 87/25 89/19 93/3 93/17
 94/6 97/2 98/17 100/1 100/7 100/9
 100/10 101/6 102/17 102/21 102/24
 104/8 105/20 106/12 106/18
item [5] 34/8 34/9 44/11 44/11 47/12
its [12] 12/17 56/13 56/14 56/23 63/16
 73/7 75/12 90/11 94/8 94/25 97/17
 99/24
itself [5] 50/6 69/23 81/4 98/2 100/10

**J**

JACK [3] 2/8 23/17 48/21
JEREMY [1] 2/9
JOHN [1] 2/12

JORDAN [3] 2/12 45/19 107/20
Joy [1] 73/7
judge [14] 17/25 32/20 48/9 48/23 51/6
 54/4 54/7 54/20 76/25 86/6 87/8 91/2
 91/21 106/16
Judge Andrews [1] 32/20
judge's [1] 49/17
judges [4] 33/16 33/17 49/4 52/1
judgment [4] 54/3 54/8 54/18 55/2
jump [2] 4/22 26/19
juncture [1] 54/16
junior [1] 28/13
juries [3] 32/18 39/13 52/16
juror [4] 16/20 17/7 17/14 22/3
jurors [7] 16/20 17/12 17/15 24/3 24/8
 24/10 24/11
jury [30] 6/1 6/6 8/17 10/14 12/16 16/5
 16/12 17/2 18/13 18/17 20/22 23/18
 23/21 27/21 27/23 29/17 32/24 33/10
 38/23 41/25 52/6 52/14 52/20 53/2 56/1
 57/6 63/22 77/17 78/5 78/9
Jury's [1] 9/5
just [78] 4/13 6/14 7/6 7/16 8/14 9/5
 9/21 9/24 11/13 14/1 15/2 15/24 16/15
 18/11 19/12 20/2 20/8 22/3 24/16 24/21
 25/19 25/20 25/21 26/1 26/24 31/10
 32/5 35/11 38/15 38/24 39/4 43/15
 43/20 44/3 44/17 45/20 46/8 47/9 48/11
 48/15 50/7 52/5 52/21 55/25 56/19 61/6
 61/21 63/9 63/18 64/4 66/16 67/11
 67/16 67/19 72/15 72/17 75/19 78/8
 78/16 79/21 80/9 80/24 81/6 82/14
 82/25 86/4 86/5 87/19 87/21 90/3 92/17
 93/21 94/2 99/8 99/19 99/21 101/16
 107/22
Justice [1] 56/7

**K**

keep [14] 7/14 7/15 9/16 13/1 13/12
 16/18 19/16 25/21 26/25 28/2 32/16
 46/7 50/2 50/12
key [1] 87/14
KIMBERLY [3] 1/25 110/4 110/14
kin [1] 110/9
kind [14] 3/25 9/17 30/3 31/1 37/4 45/17
 45/18 46/14 49/5 72/15 79/21 93/24
 102/11 103/1
kinds [2] 13/2 58/20
Kirk [1] 3/23
know [57] 5/13 9/21 16/13 17/16 19/8
 21/24 23/22 25/8 25/19 26/15 26/18
 28/12 28/25 29/5 29/15 29/18 29/19
 29/23 29/23 30/14 45/6 45/22 48/13
 50/4 50/7 52/1 53/3 55/18 56/19 57/3
 62/9 63/10 68/5 70/16 72/7 75/14 76/19
 77/6 77/11 78/23 80/20 81/7 81/12
 82/16 82/21 82/25 83/3 86/23 91/22
 94/3 97/1 99/20 99/20 100/8 101/4
 103/17 107/1
know beforehand [1] 57/3
knowing [1] 4/16
knowledge [1] 53/16
knowledgeable [1] 71/16
known [1] 69/13
knows [1] 92/5
KOBIALKA [2] 2/5 25/2
Kramer [1] 2/4
Kuala [1] 67/15

lack [2] 86/20 107/15
language [4] 19/24 20/4 20/5 45/21
large [1] 74/13
largely [1] 71/12
last [8] 22/14 22/20 37/12 51/6 51/22
 68/13 84/21 106/18
late [3] 8/20 36/17 97/4
later [1] 102/16
latest [2] 77/24 96/25
LAUREN [3] 2/13 42/13 63/7
law [11] 7/10 7/13 7/16 16/16 62/11 72/8
 72/16 73/6 73/10 81/22 94/8
lawyer [5] 8/24 9/7 9/9 9/10 25/5
lawyers [4] 8/6 13/13 17/23 25/7
lay [2] 6/6 68/6
lead [2] 28/10 50/5
least [21] 3/21 4/9 5/19 5/20 19/4 27/12
 29/15 34/6 42/20 43/4 48/21 54/12
 54/19 58/23 64/2 64/11 71/15 71/18
 75/2 75/5 79/13
leave [1] 6/14 18/1 22/12 36/12 38/6
 40/19 40/23 45/4 57/21 69/20 72/24
leaves [2] 69/12 74/22
left [5] 35/11 35/12 47/17 55/14 80/10
legal [1] 71/19
length [1] 46/9
less [6] 9/18 46/18 49/23 88/2 92/10
 100/12
let [26] 5/13 5/24 17/16 19/8 25/7 31/7
 31/10 49/7 53/8 53/13 53/14 54/13 56/3
 56/19 57/3 59/25 62/10 63/3 66/1 70/1
 70/11 71/22 79/25 99/6 99/12 105/23
let's [12] 9/15 9/20 16/1 21/16 34/3
 34/11 39/24 41/2 48/17 57/23 72/1 88/5
letters [4] 47/20 73/21 74/17 74/24
level [4] 28/5 65/15 71/18 75/5
Levin [1] 2/4
library [1] 27/4
license [10] 79/1 79/4 79/11 81/25 92/7
 92/8 92/9 94/14 94/20 103/10
licensee [1] 87/12
licenses [2] 94/10 94/10
licensing [1] 84/12
licensors [1] 87/12
lies [2] 41/8 67/12
light [3] 68/9 77/4 101/11
like [42] 7/13 8/5 13/6 17/13 18/14 19/1
 23/5 23/7 23/23 39/5 42/24 43/7 46/9
 46/12 46/15 46/18 46/20 47/6 47/9
 52/14 56/21 58/7 58/7 69/5 69/21 84/2
 84/23 85/3 86/15 86/17 88/16 90/5 91/9
 92/2 102/17 103/18 104/8 104/13
 104/23 106/2 107/4 108/12
limit [1] 66/16
limited [3] 41/10 43/12 43/22
limits [2] 52/1 99/11
Limpur [1] 67/15
line [2] 91/12 108/21
link [1] 65/7
LISA [2] 2/5 25/2
list [7] 4/19 23/11 23/12 23/20 24/3
 24/15 105/13
listed [2] 4/8 43/15
listen [1] 47/24
listening [1] 3/8
lists [2] 11/10 11/12
literally [1] 68/21
litigation [8] 80/15 84/13 90/23 91/1
 92/23 93/2 93/15 100/22

little [14]  8/9 19/13 21/14 31/21 31/23 34/12 36/17 43/3 45/17 58/9 67/6 89/20 90/3 103/16
live [1]  16/25
LLC [1]  1/4
LLP [4]  2/2 2/4 2/8 2/10
loaded [1]  13/2
located [6]  59/1 59/23 61/1 61/13 61/24 63/1
logistical [1]  37/13
long [12]  13/11 31/24 32/19 45/25 46/2 52/5 52/10 52/18 52/23 53/4 55/20 87/2
longer [2]  40/24 108/19
look [10]  3/19 43/7 44/20 56/21 56/23 72/17 82/11 85/3 88/23 94/5
looking [11]  3/25 76/21 76/24 77/14 92/1 92/20 94/15 96/19 97/11 104/15 105/22
looks [3]  42/24 102/16 104/23
loose [1]  11/13
lose [2]  8/13 8/14
lost [1]  25/15
lot [13]  4/13 6/1 9/4 10/25 13/12 19/10 33/15 37/8 37/11 52/1 89/23 104/3 108/20
love [2]  48/5 75/20
low [3]  50/15 78/9 87/4
lunch [4]  16/3 16/5 16/6 17/17
lunches [2]  17/14 17/15
lung [1]  96/13

## M
machines [1]  67/19
made [11]  20/7 32/7 50/9 52/19 76/17 81/2 81/2 84/20 96/17 96/25 101/17
mail [9]  12/1 26/24 27/8 27/10 28/5 35/7 67/8 69/4 69/6
mails [3]  13/11 14/8 27/1
make [32]  7/16 7/24 10/8 11/2 11/10 11/12 11/20 14/19 14/20 15/3 15/24 27/12 27/15 31/1 31/21 32/13 33/5 35/17 37/24 38/3 44/15 46/17 58/4 59/25 76/15 92/2 96/12 99/19 101/22 104/21 104/24 106/20
makes [5]  36/9 61/12 95/24 100/17 108/4
making [4]  76/7 85/23 95/3 103/8
many [2]  31/17 60/16
marital [1]  23/23
market [3]  79/18 95/12 95/16
marketplace [4]  81/16 95/1 98/20 101/10
material [3]  20/16 55/12 108/20
materials [2]  43/15 45/7
mats [1]  31/5
matter [4]  15/24 29/17 39/25 73/10
matters [4]  3/6 12/23 19/12 41/4
max [2]  35/3 83/21
Max McGraw [1]  35/3
maximum [1]  84/21
MAXWELL [2]  2/13
may [36]  3/15 4/14 5/21 8/20 9/21 9/23 9/24 14/19 14/21 16/22 22/9 26/14 27/14 33/24 36/23 47/18 49/14 53/2 56/16 56/16 57/15 63/23 68/12 70/10 75/18 79/16 81/16 81/16 93/7 99/7 99/18 101/3 106/23 107/10 107/14 108/7
maybe [14]  6/25 8/8 13/4 13/4 17/22 39/11 46/14 46/15 49/13 60/11 75/19 80/23 85/1 103/17

MBD [1]  59/1
MCGRAW [5]  2/13 33/1 35/3 93/12 99/4
me [91]  4/17 5/13 9/14 9/21 12/1 12/8 12/10 12/11 13/2 16/16 17/12 18/3 19/6 19/8 19/22 20/10 20/25 24/22 25/23 27/25 29/12 31/7 31/10 31/12 32/1 34/12 34/13 34/21 34/23 37/24 38/18 40/19 41/11 43/4 43/7 45/7 46/10 47/16 48/15 49/7 49/23 51/22 53/1 53/8 53/13 53/14 56/23 57/8 58/2 58/15 58/24 59/25 62/10 62/11 63/3 66/1 66/8 67/15 67/20 67/22 68/8 69/4 70/1 70/11 71/22 73/17 74/14 76/5 79/5 79/25 81/6 81/22 83/13 83/25 86/13 89/18 91/7 91/16 96/23 99/3 99/6 99/13 102/20 104/9 104/16 105/4 105/14 105/14 105/23 106/21 110/7
mean [22]  13/4 25/22 27/3 30/6 30/25 37/1 41/11 46/11 48/15 49/1 50/1 50/21 62/13 64/4 68/21 70/8 70/16 72/7 88/21 90/3 97/15 97/23
meaning [1]  6/3
means [1]  8/20
measure [1]  90/15
meat [1]  31/7
meet [5]  12/9 13/24 28/7 28/9 84/15
meeting [2]  3/18 107/15
members [1]  28/13
memory [1]  49/16
mentioned [6]  11/19 28/23 35/6 63/18 64/5 98/14
message [1]  72/25
messages [3]  69/15 69/16 69/17
messed [1]  4/10
met [1]  20/14
metaphorically [1]  57/9
method [16]  20/22 20/23 58/16 58/23 62/4 65/1 66/22 69/11 70/22 70/23 70/23 71/9 71/12 71/25 73/1 73/11
Mexico [3]  61/4 61/22 62/1
middle [1]  105/8
might [6]  18/2 25/6 46/13 69/7 72/22 84/6
milestone [1]  84/16
million [24]  75/17 75/21 78/16 78/24 79/6 79/15 79/19 79/20 83/16 83/21 84/15 84/20 84/22 84/25 85/1 85/1 85/2 89/21 90/13 90/15 95/13 97/4 98/9
millions [1]  103/12
mind [7]  6/12 13/12 19/16 45/25 50/12 56/10 57/2
mine [1]  46/4
minimum [4]  9/16 13/3 13/4 84/14
minute [6]  7/24 8/7 8/8 8/9 18/14 37/12
minutes [8]  8/15 8/15 12/17 16/3 16/8 32/23 52/25 53/7
minutiae [2]  4/14 4/14
mischievous [1]  24/17
misimpression [1]  88/19
misleading [1]  38/24
miss [1]  11/5
missing [1]  87/14
mistaken [1]  34/1
mode [1]  28/7
modernization [1]  87/21
modes [1]  74/14
modify [1]  68/18
moment [3]  93/24 94/2 99/13
Monday [2]  3/19 45/11
money [1]  102/8

months [1]  84/13
monumental [1]  108/3
Moore's [1]  106/17
more [27]  20/15 24/16 27/17 28/4 31/3 31/6 33/10 35/9 42/7 49/23 51/23 52/25 53/6 65/11 71/2 73/17 75/1 78/18 78/21 86/1 93/3 98/4 103/1 106/19 107/22 108/5 108/11
morning [17]  11/21 12/12 16/2 20/13 20/17 20/20 23/19 23/24 24/15 27/13 36/21 36/24 37/1 37/1 37/3 38/1 45/14 94/20 104/23
mostly [1]  6/2
motion [5]  1/10 1/13 54/3 55/11 56/17
motivated [1]  89/7
MPC [1]  65/17
MPCs [1]  64/23
Mr [11]  48/19 48/19 51/2 55/10 71/1 71/22 80/9 90/4 94/4 96/23 107/24
Mr. [17]  3/23 18/7 34/24 35/1 49/8 55/17 63/18 64/5 66/2 70/6 74/7 80/2 81/2 93/12 95/24 99/4 101/13
Mr. Frankel [8]  55/17 63/18 64/5 66/2 80/12 81/2 95/24 101/13
Mr. Frankel's [1]  70/6
Mr. Holt's [1]  74/7
Mr. Kirk [1]  3/23
Mr. McGraw [3]  35/1 93/12 99/4
Mr. Rovner [1]  49/8
Mr. Webb [2]  18/7 34/24
Ms [1]  91/25
much [16]  8/14 9/25 29/17 29/25 39/12 78/20 86/1 86/21 88/2 89/25 93/3 96/7 98/3 102/8 103/2 108/17
muddy [1]  95/19
multiple [1]  103/6
mute [1]  50/24
my [57]  4/9 4/13 4/21 6/5 7/1 7/10 7/13 10/19 10/21 13/10 14/3 16/16 17/20 17/21 19/1 20/22 21/3 23/12 23/12 24/7 24/21 24/23 26/7 26/12 29/17 30/18 30/19 32/15 32/18 32/21 33/20 38/17 38/22 39/4 40/8 45/3 48/12 48/17 48/22 49/10 49/11 52/9 52/11 53/4 62/11 65/14 65/15 68/5 69/6 72/22 72/24 75/1 75/16 88/9 97/24 98/18 99/1
myself [2]  11/20 67/9

## N
Naftalis [1]  2/4
name [2]  23/22 61/5
names [2]  29/13 108/24
narrow [1]  61/20
nature [5]  6/7 7/7 23/15 37/10 104/20
nearly [1]  55/20
necessarily [1]  98/1 105/20
necessary [4]  3/11 6/3 88/18 108/12
need [15]  8/18 12/24 13/22 16/15 21/13 21/20 32/6 38/7 41/8 43/9 45/6 46/6 46/23 48/1 105/5
needed [1]  43/6
needs [3]  26/9 26/18 70/24
negotiating [3]  41/22 92/6 103/10
negotiation [27]  77/5 77/16 77/19 78/17 82/2 82/5 82/17 83/4 83/7 83/11 85/13 85/15 85/18 87/11 88/1 90/2 92/4 92/5 94/6 96/2 96/3 97/22 101/8 101/15

**N**

negotiation... [3] 101/19 102/2 102/19
negotiations [2] 101/9 101/24
neighborhoods [1] 24/10
neither [1] 110/8
network [20] 59/18 60/2 60/3 60/4 60/20
60/24 60/25 61/12 61/15 62/16 62/25
63/2 63/12 66/21 66/21 67/1 67/5 67/10
69/22 69/25
networks [1] 68/22
never [5] 10/21 65/5 65/6 94/4 94/14
new [6] 20/17 21/18 48/15 49/2 54/17
67/16
next [8] 12/12 14/6 19/25 27/13 28/18
41/3 44/11 47/2
Nichols [1] 2/7
night [11] 12/4 13/10 20/16 27/13 28/5
28/15 35/7 36/18 37/16 37/17 39/8
nightmare [2] 16/11 39/4
nighttime [1] 14/8
nine [6] 12/14 12/16 27/23 53/19 53/23
55/17
nine o'clock [3] 12/14 12/16 27/23
no [45] 1/4 6/20 9/21 15/19 23/3 26/7
31/6 35/21 38/14 40/12 40/24 42/7
47/14 48/5 51/4 55/21 57/10 61/14
63/14 64/12 73/2 75/17 76/18 77/13
81/3 82/3 86/3 86/4 86/4 86/17 86/20
87/1 87/9 87/22 87/22 90/6 90/6 90/8
94/23 100/18 100/25 100/25 103/23
103/24 108/15
nodes [4] 60/5 60/13 60/17 60/17
non [5] 47/3 53/21 53/24 57/24 58/25
non-infringing [2] 53/21 53/24
non-U.S [3] 47/3 57/24 58/25
none [2] 8/21 103/25
Nonetheless [1] 64/10
nor [3] 100/15 110/9 110/10
norm [1] 12/20
normal [4] 10/20 47/21 48/20 48/22
normally [2] 7/1 14/15
North [4] 59/20 60/22 61/21 66/14
not [147]
note [6] 24/22 29/17 64/4 64/6 66/10
97/9
notebooks [3] 16/20 16/21 17/7
noted [1] 82/7
notes [1] 91/13
nothing [3] 19/17 78/2 96/7
notice [2] 47/13 55/6
noticed [2] 14/17 47/15
notion [1] 12/7
now [52] 6/22 7/10 7/20 10/7 11/1 12/5
12/20 14/9 17/18 18/10 18/17 20/11
20/22 21/22 27/9 30/14 32/9 34/5 34/12
40/3 41/2 42/24 43/1 45/6 45/23 46/2
47/2 49/18 54/1 57/19 57/24 61/2 63/23
65/24 66/8 71/14 73/15 74/23 76/11
77/6 78/12 78/13 78/19 85/22 89/18
90/10 93/13 96/22 98/3 100/14 103/20
105/11
NPT [1] 71/10
NTP [5] 70/3 70/16 71/19 71/24 72/7
number [19] 3/6 10/1 10/3 10/3 13/1
13/25 28/2 34/8 34/9 34/15 39/16 47/12
52/25 58/6 60/12 79/14 90/5 91/3 95/7
Number 25 [1] 34/9
Number 54 [1] 34/8
Number 55 [1] 39/16
numbering [1] 3/21

numbers [3] 102/21 102/23 102/24

**O**

o'clock [16] 8/17 8/18 11/21 12/4 12/11
12/14 12/16 13/3 13/9 27/23 28/15
34/19 39/18 39/19 39/19 39/20
O'Malley's [1] 91/22
object [8] 6/22 6/25 7/6 19/25 20/2 20/8
89/14 90/9
objected [3] 3/22 4/6 37/14
objection [12] 3/20 4/7 7/6 7/8 9/22 10/6
15/18 15/19 20/3 38/15 42/25 90/7
objections [12] 7/8 9/2 10/4 13/10 20/7
20/15 20/17 27/17 28/6 35/7 36/23
42/14
obligations [1] 83/22
obvious [1] 76/9
obviously [7] 6/10 17/16 32/12 36/16
37/11 44/21 45/2
occasional [1] 6/2
occasions [2] 5/9 91/3
occurred [1] 95/25
occurring [1] 85/11
occurs [2] 61/9 85/15
oddities [1] 23/13
off [9] 14/1 18/20 19/18 26/18 56/20
69/10 80/10 83/9 99/16
offer [23] 17/21 74/22 75/9 76/7 80/22
81/18 81/24 81/25 82/14 82/15 87/3
89/12 90/20 94/5 95/10 95/11 96/12
98/20 98/21 100/1 100/5 100/11 100/12
offering [2] 75/4 75/16
offers [20] 76/17 77/2 78/18 78/19 81/2
81/15 82/24 82/24 85/12 87/15 91/5
94/19 95/3 95/21 96/20 96/25 97/5
97/14 98/23 103/22
office [3] 3/7 24/6 24/23
offices [1] 46/4
official [1] 7/15
oftentimes [1] 94/12
Oh [5] 24/21 29/3 29/6 36/4 40/16
OIN [1] 95/14
okay [43] 11/17 15/16 15/22 16/1 18/6
18/17 22/16 23/11 24/25 25/6 25/12
25/15 25/17 26/10 26/11 26/20 28/18
30/24 31/6 34/3 35/17 36/6 36/9 39/15
40/8 40/16 40/18 41/2 42/1 43/1 43/19
43/24 44/6 44/10 46/21 49/7 53/7 62/9
62/18 62/23 73/13 96/9 105/23
on [165]
Once [1] 9/18
one [76] 3/6 3/17 8/23 8/25 9/6 9/7 9/13
9/19 10/2 11/1 13/4 13/14 16/2 16/3
16/15 16/19 24/5 24/7 24/12 25/2 25/5
26/1 26/2 26/3 28/19 28/25 29/14 30/1
30/25 31/12 31/13 31/22 33/6 35/1
36/12 43/20 44/4 44/9 45/24 46/1 47/10
51/23 54/5 54/15 56/21 58/11 58/12
58/15 58/16 59/14 60/11 65/14 65/18
69/5 72/18 72/19 73/19 75/11 77/13
80/2 81/3 82/4 85/11 86/3 87/6 87/22
91/23 92/1 93/4 94/9 96/25 99/19
106/25 107/17 107/22 108/15
only [12] 6/2 16/15 22/6 25/4 27/5 66/12
66/13 74/12 78/20 88/3 95/22 97/20
open [2] 23/14 88/15
opening [4] 36/3 50/2 52/11 57/14
operate [1] 101/22
operates [1] 68/19
operating [2] 76/23 79/2

opinion [2] 43/17 88/14
opinions [1] 43/23
opportunity [2] 107/5 107/8
opposed [2] 37/24 50/21
opposing [1] 11/9
opposite [2] 71/12 81/24
option [2] 48/7 84/16
or [68] 3/14 4/2 6/4 6/4 7/6 7/6 7/17 7/23
8/3 8/8 9/1 9/8 9/11 12/23 13/6 15/4
15/18 16/25 17/20 19/13 27/10 29/15
33/9 33/10 34/24 35/20 36/18 37/25
41/18 45/17 47/19 47/24 48/10 49/23
51/8 51/10 52/12 53/6 60/16 62/1 64/7
69/9 73/5 74/22 79/19 80/14 81/10
81/16 81/22 81/25 85/1 86/20 87/16
90/20 90/22 91/5 92/7 92/8 94/11 97/12
97/13 98/23 100/25 104/16 104/18
105/14 108/24 110/9
order [15] 5/3 5/5 12/6 12/7 14/17 15/2
31/10 31/12 34/4 36/13 38/25 53/10
70/22 102/10 105/5
orders [3] 45/20 49/18 49/18
other [45] 4/17 6/19 9/8 11/24 12/23
13/23 15/17 22/5 22/10 22/11 25/7 26/4
26/9 26/23 28/6 33/25 35/24 36/22
37/23 40/19 41/4 43/6 46/3 48/25 50/9
53/15 57/17 58/22 59/7 60/17 69/21
72/9 73/19 74/15 80/12 81/15 82/23
83/2 89/23 91/7 93/19 95/11 95/19
95/21 98/22
others [1] 95/3
otherwise [4] 3/14 18/3 29/8 43/16
OUELLETTE [1] 2/17
ought [2] 19/13 33/3
our [31] 3/9 3/10 3/18 4/12 7/14 35/5
35/5 35/8 43/10 45/11 45/21 49/4 51/1
57/2 58/9 64/10 64/18 64/20 65/10
70/20 71/5 71/15 71/18 72/10 72/15
75/15 77/1 88/13 91/19 105/21 107/10
ours [1] 45/20
ourselves [2] 55/21 73/18
out [36] 4/5 6/24 11/15 14/12 16/7 18/21
21/17 28/3 28/14 29/14 35/5 35/8 35/12
43/25 47/17 47/20 47/24 52/9 52/22
57/9 57/18 58/24 61/6 66/15 68/25 69/9
69/21 76/25 84/22 89/20 90/12 94/24
99/22 102/13 102/18 102/22
outcome [1] 110/10
outdated [2] 78/9 93/2
outmanned [1] 13/14
outside [6] 33/1 59/4 61/14 61/25 68/2
101/14
over [9] 11/24 23/24 32/25 47/13 56/24
58/2 93/11 98/21 101/24
overseas [2] 61/9 63/5
own [6] 68/17 68/22 75/12 94/25 97/17
98/23
owner [1] 101/20
owning [1] 73/4

**P**

p.m [6] 1/16 34/19 106/12 106/14
106/16 109/3
Pacific [7] 33/8 33/13 33/17 33/22 83/2
83/8 94/9
package [1] 90/14
page [6] 27/9 27/10 47/12 47/13 106/25
107/17
pages [6] 3/23 46/12 46/14 46/15 46/18
107/13

**P**

paid [3] 78/21 83/15 102/3
pains [1] 96/8
Panthesis [5] 100/8 100/24 101/21
 103/6 104/2
paper [1] 46/9
paragraph [7] 36/1 36/2 41/5 41/6 41/14
 43/6 54/5
paragraph 54 [1] 36/1
paragraph 55 [1] 36/2
paragraph 63 [1] 41/5
paragraph 70 [1] 41/6
paragraphs [1] 43/2
parameters [1] 71/19
part [10] 8/5 34/5 54/2 54/12 56/14 60/5
 64/25 82/2 83/18 98/18
participant [1] 110/9
participants [3] 66/19 67/1 95/12
participate [1] 3/8
particular [5] 6/9 10/22 11/5 52/24 75/5
particularities [1] 65/13
particularly [4] 46/3 82/6 94/21 101/10
parties [18] 27/20 35/12 36/21 40/21
 43/11 43/21 63/11 63/24 77/21 82/4
 87/11 90/19 91/15 98/22 101/2 101/12
 101/25 102/7
parties' [2] 40/11 41/24
parts [1] 58/12
party [15] 3/8 10/5 14/21 15/1 15/4 15/7
 15/10 15/14 29/15 34/10 49/2 49/15
 79/9 81/19 110/9
pass [2] 14/2 25/24
passed [3] 24/22 62/11 85/19
past [7] 16/14 18/18 27/16 27/22 29/16
 30/10 31/23
patent [42] 53/16 59/14 61/17 61/19
 62/15 62/25 66/5 70/3 70/5 71/7 71/13
 73/25 74/1 75/7 76/1 76/2 76/21 79/11
 80/10 80/20 87/19 88/2 88/6 89/9 89/13
 92/11 92/19 93/25 95/16 95/17 95/22
 96/6 96/10 97/10 98/1 98/2 98/3 100/3
 100/17 100/18 100/19 101/20
patented [2] 101/23 102/4
patentee [8] 75/9 75/11 75/24 76/3 76/6
 82/1 82/8 86/22
patents [36] 55/8 55/9 55/19 60/11 75/4
 76/19 76/20 76/22 76/23 76/24 77/14
 77/25 78/11 78/14 79/12 79/19 81/3
 82/6 83/5 83/15 84/17 87/13 87/20
 88/25 89/3 89/24 90/24 93/6 93/23
 94/24 95/5 95/20 97/20 100/15 100/21
 103/24
patience [1] 53/2
PAUL [6] 2/5 15/7 22/25 23/5 38/12
 56/25
Paul Andre [3] 15/7 23/5 38/12
pay [4] 10/19 75/21 79/4 102/18
payment [4] 83/21 84/14 84/20 84/24
PC [1] 64/25
peculiarities [1] 23/13
people [28] 9/12 20/13 21/2 21/4 21/5
 21/9 21/16 21/18 21/25 26/4 38/18
 39/11 57/7 61/25 62/1 62/17 69/22
 76/20 78/4 78/21 79/22 89/4 92/18
 92/20 92/22 103/8 103/23 103/25
people's [2] 7/18 96/8
percent [7] 80/22 82/14 100/8 102/2
 102/9 102/15 102/18
percentage [1] 102/17
peremptories [2] 21/21 21/22

peremptory [1] 28/24
perfect [1] 46/19
perfectly [2] 14/24 14/25
performance [1] 66/22
performed [5] 62/4 65/3 70/19 70/24
 72/4
performing [1] 65/2
perhaps [2] 71/1 80/21
period [6] 43/23 96/14 96/21 97/8 99/21
 100/2
permissible [1] 28/5
permission [1] 92/7
permit [1] 49/25
permitted [1] 49/19
person [13] 3/16 8/25 15/20 17/3 22/8
 25/22 25/23 26/2 26/3 26/9 64/25 69/6
 71/17
persons [1] 59/4 59/5
perspective [1] 69/18
pertain [1] 53/10
pertinent [1] 33/14
pharmaceutical [1] 96/6
Phil [1] 28/20
Phil Rovner [1] 28/20
PHILIP [1] 2/2
phone [2] 7/17 8/3
photographs [1] 16/24
pick [2] 76/22 80/9
picking [1] 102/21
picture [1] 104/21
pictures [1] 17/6
piece [2] 6/4 86/21
pieces [1] 104/12
piracy [1] 56/24
pirate [1] 56/9
place [6] 20/5 42/16 62/5 74/23 96/20
 103/20
placed [1] 98/10
plaintiff [28] 28/21 30/4 30/4 30/5 30/9
 30/10 30/12 30/12 30/13 30/16 30/16
 30/17 30/21 30/22 31/2 31/2 31/3 38/9
 38/12 42/23 47/22 47/25 48/16 51/15
 51/20 56/5 56/13 59/4
plaintiff's [5] 3/20 3/24 11/16 53/15
 56/18
plaintiff/defendant [12] 30/4 30/5 30/10
 30/12 30/12 30/13 30/16 30/17 30/21
 30/22 31/2 31/3
Plaintiffs [2] 2/3 2/6
plan [4] 3/13 4/11 16/2 103/18
planning [1] 104/4
plans [1] 103/9
play [2] 60/21 62/1
player [5] 64/22 69/7 69/12 69/15 69/20
player's [1] 69/18
players [6] 59/19 60/21 62/3 68/25 69/1
 69/2
playing [5] 62/2 62/17 65/8 66/20 69/22
pleading [1] 46/8
please [11] 4/22 6/20 6/25 8/10 9/15
 12/1 13/16 16/18 19/20 46/21 70/6
plenty [1] 46/12
plumbing [1] 68/24
point [25] 3/17 5/23 7/9 13/20 16/23
 19/5 19/25 31/4 31/13 45/5 46/2 52/7
 56/21 58/1 66/17 73/14 81/1 87/14
 88/22 89/5 92/1 99/19 99/22 99/23
 106/6
pointed [2] 45/20 76/25
pointing [1] 102/22

points [3] 52/13 82/12 95/7
pools [1] 23/21
pops [1] 38/23
portfolio [4] 95/17 95/22 97/11 98/10
portion [2] 34/7 71/1
portrait [1] 106/17
poses [1] 57/12
position [10] 27/8 34/22 57/5 60/6 62/10
 63/13 64/10 64/18 86/25 101/7
positions [2] 45/15 55/3
possibility [2] 17/6 92/23
possible [3] 7/25 32/17 61/13
potential [4] 24/3 83/23 87/17 95/12
potentially [3] 24/17 72/16 84/17
Potter [2] 2/2 28/20
power [1] 59/18
practice [10] 5/8 5/10 5/14 5/16 10/20
 10/21 22/20 24/24 29/12 48/12
practices [3] 4/13 5/2 5/18
pre [1] 49/18
pre-trial [1] 49/18
precisely [1] 80/15
predicated [1] 73/4
prefer [4] 18/5 20/10 25/20 106/11
preference [1] 26/7
preferences [1] 18/4
preferred [1] 14/3
prejudice [1] 88/19
Preliminary [1] 31/20
premature [2] 64/3 64/11
premise [2] 85/21 85/24
prepare [2] 14/5 41/23
prepared [2] 37/12 74/2
preparing [1] 17/15
present [2] 2/16 56/13
presentation [3] 50/9 104/15 106/17
presenting [1] 103/5
preservation [1] 39/25
pressing [1] 99/11
presumably [1] 92/9
pretrial [18] 1/10 1/13 3/2 5/3 5/5 12/6
 12/7 14/17 15/2 31/9 31/12 34/3 36/13
 44/14 47/10 53/10 54/9 54/10
pretty [7] 20/24 21/19 23/21 27/22 89/19
 89/25 106/18
prevail [1] 57/16
prevailed [1] 55/24
previous [1] 104/11
price [4] 76/22 78/15 83/12 83/20
principal [1] 99/22
principally [1] 105/15
principle [1] 42/6
prior [3] 19/2 19/3 45/20
private [1] 24/9
probably [7] 32/5 46/4 46/22 46/25 50/7
 73/14 99/11
probative [6] 78/21 80/21 82/19 82/20
 101/5 101/16
problem [6] 6/16 10/18 10/21 11/6
 12/22 22/6 57/17 76/16 89/2 102/20
 102/22
problems [1] 19/7
procedural [2] 23/15 55/11
procedure [1] 30/20
proceedings [3] 55/13 109/3 110/7
process [2] 67/2 70/17
produce [1] 37/21
produced [1] 17/17
producing [1] 105/8
product [1] 102/6

**P**

productive [1] 20/21
Professional [2] 110/5 110/15
progeny [1] 73/7
programmed [1] 68/4
projected [1] 80/14
promised [1] 3/18
proof [1] 51/21
proofs [1] 72/10
proper [1] 23/8
properly [1] 61/10
property [2] 76/7 76/9
prophylaxis [1] 39/2
proposal [4] 35/5 35/8 35/11 35/13
proposals [2] 73/25 74/1
propose [1] 98/22
proposed [8] 5/6 19/2 45/3 50/20 83/14
104/16 104/22 105/17
prospective [1] 24/11
protocol [5] 13/8 13/19 73/24 74/5 74/6
prove [2] 55/4 62/7
provide [4] 20/13 45/17 51/13 66/12
provided [1] 39/2 55/4 66/13
provides [1] 15/23
proving [1] 72/6
provision [3] 47/14 84/8 84/21
provisions [1] 95/9
proviso [2] 15/13 41/13
PTAD [1] 55/13
PTX [1] 4/8
PTX-119 [1] 4/8
public [1] 3/10
publish [1] 10/13
pull [1] 57/8
pulled [1] 83/25
pulling [1] 93/13
punctuality [1] 7/21
purchase [15] 80/1 80/21 83/20 85/22
85/25 88/3 88/6 88/7 89/9 89/13 92/3
92/9 92/10 93/25 95/17
purchased [1] 78/14
pure [1] 78/3
purported [1] 85/12
purpose [3] 74/15 74/16 74/19
purposes [1] 17/9
pursue [1] 56/5
put [13] 5/15 12/25 17/7 20/5 21/1 28/16
56/9 63/15 68/10 72/10 76/7 90/7
105/19
putting [2] 44/7 75/25
puzzle [1] 86/21

**Q**

Quanta [1] 73/9
question [18] 10/13 12/19 21/8 21/11
22/7 23/17 25/2 28/18 28/20 30/2 62/10
63/4 71/21 71/23 75/3 88/9 105/18
106/8
questioning [1] 26/14
questions [15] 4/20 4/21 4/23 4/24 6/2
6/7 21/3 21/6 21/12 21/19 23/14 31/7
65/12 72/3 108/23
quick [2] 64/4 72/17
quickly [1] 21/19
quite [3] 34/1 76/5 102/14

**R**

racing [1] 50/16
raise [2] 19/19 19/20
raised [3] 12/24 43/14 73/20

raises [1] 10/5
raising [1] 36/23
randomly [1] 21/2
range [2] 75/6 89/22
rare [2] 5/8 6/23
rather [2] 44/6 49/5
rationale [1] 51/12
re [2] 77/1 91/4
reach [4] 42/17 42/22 63/24 69/21
reached [3] 12/10 101/3 102/1
read [13] 19/4 21/2 21/5 21/6 21/6 54/2
58/6 74/23 74/24 86/12 86/18 86/23
91/9
reading [2] 54/10 72/16
ready [4] 14/11 52/21 58/1 58/4
real [11] 7/20 10/12 10/17 56/15 67/21
75/17 77/2 77/17 79/23 82/8 94/21
realistic [1] 102/10
realize [1] 78/13
really [31] 13/1 16/21 17/13 19/13 26/8
28/3 28/6 31/4 33/14 43/8 43/17 48/14
51/3 52/7 55/14 58/2 68/11 71/8 72/2
74/9 80/2 80/19 86/5 86/7 86/19 87/7
94/1 97/20 102/7 105/22 106/7
realm [1] 17/5
reason [4] 18/2 20/3 26/8 91/2
reasonable [1] 102/12
reasons [1] 93/9
rebut [2] 51/4 51/10
rebuttal [26] 47/14 47/19 47/22 48/3
48/6 48/8 48/16 49/3 49/6 49/18 49/20
49/25 49/25 50/2 50/21 50/23 51/8
51/15 52/5 52/10 52/18 52/20 52/23
53/1 79/17 88/16
rebuttals [1] 52/1
recall [4] 51/19 52/11 68/12 86/16
recalling [1] 98/8
receive [1] 69/17
received [8] 41/21 44/17 46/8 67/16
73/21 95/10 95/13 98/19
receives [1] 69/16
receiving [1] 77/8
recent [1] 73/8
recitation [1] 4/22
recite [2] 33/17 33/21
reciting [1] 33/8
reconsider [1] 5/22
record [9] 18/20 19/18 54/2 63/14 78/3
82/9 84/19 99/16 103/6
recovery [3] 83/23 90/23 93/16
reduce [1] 10/1
reducing [1] 10/3
refer [1] 73/6
reference [3] 35/21 47/18 100/17
references [1] 35/24
referring [2] 62/12 80/13
reflection [1] 29/20
reflective [2] 94/21 95/4
reflects [1] 40/11
refrain [1] 55/16
regard [4] 28/4 35/23 87/3 108/25
regarded [1] 101/15
regarding [2] 12/2 73/25
Registered [2] 110/4 110/15
rehearsal [1] 50/1
rehearse [1] 52/12
rehearses [1] 52/6
rejected [1] 42/19
relate [1] 93/22
related [1] 94/6

relates [9] 4/2 42/4 71/2 81/8 81/17 93/5
94/9 97/18 100/2
relating [2] 71/11 104/11
relatively [1] 96/9
relevance [2] 75/3 86/20
relevant [17] 72/16 74/18 75/5 78/18
82/5 86/1 86/15 88/2 93/3 96/17 97/21
100/13 101/10 101/19 104/6 104/24
108/5
reliable [2] 80/18 91/6
relied [1] 88/13
relies [1] 90/21
rely [5] 79/9 86/19 88/11 99/24 100/2
remembering [1] 17/2
remind [3] 79/5 83/13 99/22
removed [1] 87/25
rep [5] 15/7 15/10 15/14 15/20 34/10
repeat [1] 52/12
replace [2] 21/16 21/17
reply [1] 66/7
report [3] 42/7 43/13 43/23
reported [1] 110/7
reporter [7] 26/5 99/12 99/13 108/18
108/22 110/5 110/15
reports [1] 41/12
representatives [2] 14/21 15/1
represents [1] 79/2
reps [1] 15/4
request [3] 3/7 98/11
require [1] 104/14
requirement [1] 20/6
requires [2] 37/6 56/8
resides [1] 63/12
resolution [2] 13/17 38/7
resolve [5] 12/14 13/18 40/4 43/7 45/1
resolved [4] 11/22 11/25 12/15 42/25
respect [14] 3/22 10/7 14/9 34/15 40/25
51/7 52/18 55/1 64/17 66/4 66/11
102/23 102/25 105/3
respond [9] 45/16 63/9 66/2 70/5 93/8
98/23 107/5 108/5 108/7
responding [1] 50/3
response [3] 68/1 98/11 106/25
responsible [1] 9/2
rest [3] 10/8 11/3 46/24
result [4] 65/4 65/20 71/10 100/10
results [1] 97/25
return [1] 102/11
revenue [13] 41/15 41/21 41/23 41/25
42/15 42/19 44/5 65/4 66/13 80/15
97/14 97/18 103/12
revenues [11] 47/3 57/24 58/25 61/21
63/20 64/16 65/20 66/14 83/17
97/12
revised [1] 44/23
revisit [1] 11/6
revolving [1] 69/14
Ricoh [1] 73/8
rid [3] 22/10 22/11 83/5
right [46] 3/17 4/9 4/11 5/1 5/15 14/9
23/9 24/18 26/19 32/9 35/15 36/9 37/9
38/5 39/10 39/15 40/6 40/22 43/24
49/20 54/1 56/2 60/4 60/18 61/16 62/23
63/8 68/15 70/1 72/13 72/20 79/13 80/5
84/10 85/4 85/8 85/19 86/7 86/8 89/1
90/1 92/12 92/15 93/13 94/3 104/7
risk [2] 56/15 77/17
road [2] 9/20 92/24
Robert's [1] 56/7
ROVNER [4] 2/2 28/20 48/19 49/8

R

royalties [1]  63/5
royalty [1]  102/3
RPR [1]  1/25
rudimentary [1]  27/5
rug [1]  57/9
rugby [1]  9/9
rule [11]  6/16 14/18 14/24 15/13 15/14
15/22 34/10 56/17 57/16 73/15 74/2
Rule 615 [2]  6/16 15/13
rules [1]  5/21
ruling [2]  26/12 26/17
run [4]  14/11 14/12 50/15 56/10

S

saga [1]  47/1
said [9]  22/16 24/22 48/10 52/6 52/11
86/14 86/16 98/15 110/10
sale [7]  74/1 76/22 79/6 79/11 81/25
82/24 83/12
sales [5]  42/20 61/3 61/14 74/22 77/7
same [12]  6/15 8/25 15/17 18/7 18/8
21/19 22/2 33/16 71/23 86/20 91/12
98/2
sauce [2]  92/25 93/1
save [2]  4/23 16/9
saved [2]  50/10 52/20
saves [1]  10/25
saw [1]  79/9
say [37]  3/13 9/11 9/21 10/4 12/21 17/24
20/8 20/10 21/16 22/4 24/14 32/19
36/25 43/20 44/9 45/24 45/24 48/25
52/17 56/12 56/22 57/6 58/14 60/3
61/17 61/21 66/3 66/7 67/10 67/23 70/9
75/8 78/25 80/7 88/23 95/23 98/5
saying [8]  25/10 39/21 60/1 60/2 60/15
67/24 76/6 81/8
says [5]  68/21 69/20 82/18 87/8 87/10
scenario [1]  39/4
schedule [2]  34/8 35/20
scheduling [1]  34/6
scope [1]  104/10
scrambling [1]  37/25
scratch [2]  29/14 40/6
scratched [1]  29/15
screen [1]  84/1
scrum [1]  9/10
seats [2]  8/10 52/22
second [6]  3/17 5/24 7/5 49/13 87/18
91/24
section [3]  40/11 41/5 54/5
Section 13 [1]  41/5
Section 57 [1]  40/11
see [23]  7/4 7/4 16/1 28/12 32/24 34/11
36/4 36/4 39/24 41/2 54/18 56/20 66/2
66/3 70/1 71/24 79/23 80/3 84/3 84/4
87/20 104/21 105/14
seeing [1]  26/10
seeking [2]  82/12 82/21
seeks [1]  97/6
seem [2]  74/14 75/10
seemed [3]  22/14 22/21 54/11
seems [15]  6/3 9/17 25/22 33/14 37/23
49/22 51/22 53/1 58/15 66/8 66/8 74/6
74/18 76/5 102/20
seen [1]  49/17
selected [1]  21/2
selection [2]  20/22 23/18
self [1]  39/25
self-preservation [1]  39/25

sell [13]  74/23 75/4 75/16 77/25 83/8
84/19 94/24 95/5 96/10 96/12 96/17
98/17 101/23
selling [2]  73/11 92/21
send [4]  67/8 69/4 69/5 93/11
sending [1]  93/12
sends [2]  67/14 72/24
sense [5]  6/11 13/21 32/18 49/11 104/9
sensitive [1]  3/14
sent [4]  31/11 32/1 67/18 69/15
sentence [4]  43/20 44/4 86/18 87/6
separate [1]  41/16
sequential [5]  22/5 22/6 22/16 23/6
28/24
series [1]  72/3
seriously [1]  56/7
served [1]  41/16
server [3]  59/9 63/2 67/12
servers [17]  59/18 59/21 60/4 60/4
60/10 60/14 60/16 60/17 60/25 61/24
62/12 63/16 64/21 65/16 66/25 67/18
67/25
service [1]  22/10
servicing [1]  64/14
serving [1]  63/17
sessions [1]  66/24
set [2]  86/22 97/5
setting [2]  67/6 67/13
settle [1]  106/7
several [4]  4/16 20/18 21/1 108/2
shape [1]  44/25
share [6]  80/14 83/25 84/12 90/22 90/22
93/16
she [2]  9/11 99/14
she's [1]  99/14
shed [1]  68/9
sheet [3]  18/15 29/13 40/8
shine [1]  77/4
Shook [1]  2/10
shop [1]  95/11
short [14]  14/11 18/10 27/1 32/17 37/22
45/18 45/18 45/25 48/8 49/3 49/20 50/2
52/19 106/25
shorter [2]  31/21 33/5
shortly [1]  37/22
shot [1]  45/2
should [19]  5/10 5/11 12/20 16/8 20/4
35/11 35/23 38/8 41/25 42/15 43/12
63/21 64/16 70/4 72/11 74/5 74/10
77/19 102/3
shoulder [1]  96/8
shouldn't [3]  6/17 14/4 38/19
show [13]  57/7 61/11 61/23 66/18 72/11
75/6 75/9 75/12 76/2 76/8 95/15 103/15
103/25
showing [1]  104/3
shown [2]  40/14 41/25
shows [1]  63/16
sic [2]  83/12 96/24
side [17]  13/13 13/23 15/17 22/1 22/10
22/11 25/5 26/2 26/4 26/23 28/25 33/25
33/25 37/23 48/25 50/9 71/15
side's [2]  36/22 46/3
sidebar [5]  9/3 25/4 25/8 25/18 25/19
sidebars [7]  9/5 9/6 9/16 9/18 9/24 10/1
10/3
sides [4]  15/5 22/2 28/11 105/11
Sign [1]  18/15
significant [4]  49/5 77/9 79/23 89/7
similar [2]  8/5 103/1

simpler [1]  39/9
simply [3]  19/17 29/21 81/21
since [8]  3/9 7/1 16/7 46/7 53/19 55/10
59/7 107/4
Singapore [1]  67/14
single [2]  46/18 106/25
sit [1]  13/9
sitting [3]  6/21 12/17 27/24
situation [6]  15/17 75/24 96/4 103/3
103/4 104/6
situations [1]  37/19
six [2]  29/2 34/19
six o'clock p.m [1]  34/19
skeletal [1]  23/21
slight [1]  22/9
slightly [2]  64/19 65/11
slippage [1]  8/14
small [3]  3/5 74/13 84/7
smelling [1]  53/7
snake [1]  30/3
so [125]
software [6]  68/18 68/21 68/23 69/14
73/4 73/11
sold [1]  94/25
solve [1]  38/8
some [39]  3/25 4/18 6/4 12/13 12/18
13/21 16/9 18/2 23/21 26/8 30/3 32/9
32/10 36/22 39/2 41/8 41/15 43/6 47/5
47/6 57/25 58/6 58/17 58/21 72/9 72/25
73/17 75/1 75/20 87/20 90/22 91/11
92/23 93/15 102/11 106/6 106/9 107/14
108/2
somebody [10]  8/2 22/11 25/25 26/3
38/25 52/19 52/22 58/2 92/14 96/12
somebody's [1]  22/3
somehow [2]  4/10 81/17
someone [3]  3/7 4/3 8/19 10/17 25/6
34/24 81/16 82/1
something [44]  4/15 6/17 7/17 7/25 8/3
8/21 9/11 9/17 16/22 17/13 20/16 20/19
23/2 28/8 34/16 40/1 40/18 41/17 42/2
43/8 44/7 45/5 46/5 46/12 46/23 49/1
50/3 52/13 57/12 67/25 72/6 75/16 76/8
88/7 88/10 88/12 89/22 90/21 90/25
99/25 102/16 106/3 107/11 108/8
sometime [1]  80/23
sometimes [2]  7/4 39/13
somewhat [3]  31/18 54/19 57/5
somewhere [5]  11/18 62/20 84/24 85/7
95/25
soon [4]  7/5 27/22 101/7 106/21
sorry [6]  25/9 50/24 70/9 91/16 93/11
108/18
sort [8]  18/16 37/13 65/7 83/6 87/18
93/15 94/5 97/5
sounds [1]  23/7 44/2 84/23
source [6]  7/19 40/3 40/5 40/12 40/13
40/25
South [6]  59/20 60/22 61/5 63/18 64/14
65/21
spaced [3]  46/16 46/18 106/25
speak [8]  7/6 25/11 25/18 32/20 65/14
83/1 83/1 99/13
speaking [5]  7/8 7/20 14/16 25/22 25/23
speaks [1]  86/7
specific [5]  5/4 65/12 68/17 71/10
100/19
specifically [2]  36/2 49/19
specificity [1]  20/7
specifics [1]  71/14

**S**

spend [1]  31/13
spent [1]  57/25
spirit [1]  5/20
square [1]  17/15
stage [1]  64/2
stand [4]  6/25 7/5 7/5 41/18
standard [2]  29/12 31/22
start [4]  8/16 9/18 32/25 92/21
started [4]  9/20 52/13 63/8 79/22
starting [5]  34/11 77/10 90/17 106/17
  108/10
starts [3]  34/8 52/22 96/15
state [2]  7/7 108/9
stated [4]  42/15 93/9 107/24 110/8
statement [1]  44/10 50/19 57/14
STATES [20]  1/1 42/20 59/5 59/22
  59/24 61/1 61/13 61/15 61/25 62/2 62/3
  62/6 63/1 63/12 65/3 66/23 66/25 70/18
  70/20 70/25
status [1]  23/23
stay [3]  13/23 53/6 108/21
staying [1]  90/4
stems [2]  99/25 100/1
step [2]  70/19 70/23
steps [3]  65/2 65/2 72/25
sticking [1]  108/18
stickler [1]  20/6
still [3]  13/7 61/24 95/3
stop [1]  14/14
straining [1]  31/4
strike [4]  21/23 22/2 22/4 22/5
strikes [5]  22/1 22/16 23/6 28/25 89/18
striking [3]  22/6 28/24 30/6
strong [1]  86/24
struck [2]  29/23 86/13
structure [2]  83/14 83/18
struggling [3]  85/5 85/6 105/1
stuck [1]  42/7
stuff [2]  67/18 108/4
subject [6]  12/14 42/14 43/3 56/16 94/1
  105/15
subjects [1]  53/12
submission [3]  44/18 106/1 107/6
submissions [1]  44/23
submit [2]  46/10 106/24
submitted [3]  45/11 81/19 81/23
substance [1]  26/17
substantial [1]  37/6
substantive [3]  18/16 44/15 53/8
substitute [1]  20/4
such [3]  71/5 74/9 98/22
sucker [1]  75/20
suddenly [2]  26/4 98/3
sufficient [2]  16/8 27/11
sufficiently [1]  105/4
suggest [6]  55/20 78/10 80/17 81/20
  81/23 93/14
suggested [4]  31/19 32/4 47/16 108/2
suggesting [2]  30/15 79/18
suggestion [1]  80/20
suggestions [2]  22/22 31/14
suit [2]  53/20 55/15
suiters [1]  87/18
summarized [1]  76/14
summary [5]  41/24 54/3 54/8 54/18 55/1
Sunday [3]  12/21 13/6 13/7
supervise [1]  13/24
supervisor [1]  28/7
supplemental [3]  18/10 27/14 44/5

supplied [2]  45/7 45/8
support [3]  27/7 27/11 86/24
suppose [2]  30/25 44/9
Supposed [1]  96/5
sure [24]  6/18 7/16 10/8 11/1 11/2 11/10
  11/12 13/16 15/3 15/24 29/10 29/17
  39/6 41/7 41/8 59/25 65/13 66/10 80/12
  94/17 99/14 105/20 106/6 106/18
surprised [2]  6/23 48/6
surrounding [1]  77/24
survey [5]  73/24 74/11 74/14 74/20
  107/1
suspect [1]  6/6
swearing [1]  7/13
system [11]  22/1 30/14 58/13 58/17
  59/15 59/17 59/23 60/3 60/15 71/3 71/8

**T**

table [4]  6/21 9/22 25/7 26/15
tables [1]  7/3
tagged [1]  77/19
take [13]  17/6 17/14 22/22 32/12 42/8
  47/23 56/6 57/1 69/9 72/17 85/16 88/24
  96/7
taken [2]  34/9 47/20
takers [6]  23/3 23/3 86/17 86/20 87/2
  87/10
takes [1]  39/15
taking [4]  62/5 96/20 100/13 103/20
talk [8]  12/5 31/11 52/16 53/9 53/13
  57/14 57/23 78/6
talked [2]  47/4 72/9
talking [14]  34/7 65/23 71/8 71/9 76/21
  81/5 81/6 86/19 89/17 92/19 99/20
  100/6 102/15 104/11
talks [2]  60/23 87/9
team [1]  28/13
technical [1]  31/1
technology [12]  77/9 77/13 77/15 78/13
  79/23 85/23 87/23 101/23 102/4 102/9
  103/21 104/5
tell [14]  9/21 18/12 20/25 24/5 29/11
  29/19 38/5 43/14 54/16 56/6 69/22
  103/11 104/16 107/13
tells [1]  89/21
template [1]  59/2
temptation [1]  53/3
tempted [1]  58/13
ten [6]  8/15 13/6 13/10 53/6 89/8 102/16
ten minutes [1]  8/15
tend [2]  36/16 81/20
tens [1]  103/11
tentative [1]  27/12
tenure [1]  32/19
term [1]  6/4
terminology [1]  108/23
terms [6]  16/1 17/18 18/17 34/6 68/13
  68/16
test [1]  77/2
testified [2]  17/2 17/3
testify [1]  101/25
testifying [7]  14/22 15/8 15/9 15/21
  16/25 78/5 104/1
testimony [10]  6/5 8/12 10/11 10/24
  26/20 41/11 43/21 50/23 103/7 104/3
testing [3]  62/6 73/24 74/5
Texas [4]  21/25 23/3 24/7 52/9
than [21]  24/16 27/17 28/4 31/21 44/6
  49/5 52/25 53/6 53/15 61/21 64/19
  74/16 78/18 86/1 88/2 90/15 92/10

100/13 106/19 108/11 108/19
thank [8]  24/19 29/21 29/25 38/4 51/22
  107/18 108/17 109/2
that [615]
that's [86]  4/7 4/24 6/16 9/1 9/9 9/16
  9/25 14/6 15/3 15/11 16/18 16/22 17/10
  17/13 18/13 18/14 22/19 22/20 23/2 23/9
  23/12 28/8 30/22 30/24 34/1 36/5 36/10
  37/4 37/9 39/4 39/9 39/24 40/22 43/17
  43/17 45/4 46/24 48/16 50/9 55/25
  57/19 57/21 58/14 59/16 59/17 63/1
  64/17 64/23 65/15 66/13 68/3 68/5 68/7
  69/17 69/19 69/24 72/5 73/2 73/13
  75/21 80/15 82/5 82/16 83/10 85/11
  85/20 87/6 87/14 87/14 89/3 89/7 89/19
  89/24 89/25 90/21 91/14 94/3 97/8
  97/20 99/1 101/16 102/14 102/20
  102/24 105/19 108/10
their [38]  5/25 21/8 23/22 26/13 27/24
  41/10 41/11 43/12 45/15 46/8 52/22
  55/5 60/23 68/22 69/8 72/16 73/3 82/19
  88/22 89/4 95/1 98/23 103/16
them [34]  6/8 9/5 9/14 16/6 17/7 17/8
  17/16 19/4 21/6 21/13 21/17 21/18
  24/24 27/3 27/8 29/14 29/19 31/17
  31/21 32/10 33/10 35/20 39/2 51/22
  52/10 52/16 52/17 53/4 53/6 57/12
  60/14 84/18 89/4 101/23
then [54]  3/15 4/22 5/4 7/7 10/1 11/4
  13/8 15/13 17/4 17/7 20/24 21/9 22/3
  23/10 25/15 27/15 27/22 34/19 37/14
  37/14 37/23 41/5 43/19 43/25 46/6
  47/16 52/20 57/8 58/20 67/15 70/12
  76/1 78/20 78/25 80/22 82/21 83/10
  84/11 84/21 85/12 85/14 85/15 86/15
  87/10 93/3 93/4 95/11 95/12 96/11
  96/15 97/7 98/15 98/21 102/13
theories [1]  99/25
theory [3]  22/8 56/4 73/3
there [91]  7/10 7/11 8/15 8/18 9/3 9/6
  11/14 11/21 13/9 13/22 25/25 26/9
  27/24 28/15 31/6 32/6 32/10 36/5 37/12
  39/20 40/17 40/23 41/13 41/14 43/1
  43/5 43/7 43/8 43/8 44/5 44/12 47/14
  48/1 48/2 50/18 50/19 51/3 52/9 53/3
  53/21 54/2 55/2 55/10 55/22 56/15
  57/10 60/10 61/14 63/10 63/14 64/24
  65/11 70/17 72/18 73/1 74/17 76/17
  78/2 81/12 81/15 81/18 82/3 82/23 86/3
  86/17 87/1 87/3 87/9 87/15 87/20 89/23
  90/17 93/14 95/6 95/7 95/9 95/12
  96/24 98/15 98/17 100/25 100/25 101/1
  101/25 103/24 107/3 107/14 108/2
  108/8 108/19
there's [16]  10/12 10/17 11/13 11/25
  18/2 21/23 26/8 26/12 37/5 37/24 38/22
  40/12 55/21 64/12 85/16 87/22
thereafter [1]  37/22
therefore [6]  4/19 65/6 67/17 70/22 76/8
  102/9
thereof [1]  110/11
these [29]  13/1 13/18 28/2 28/16 37/11
  43/2 48/20 55/18 57/7 78/3 78/8 81/2
  82/24 83/5 83/8 87/18 92/20 92/21 93/1
  94/24 95/5 95/15 95/19 95/21 96/25
  97/13 102/21 103/13 105/3
they [88]  3/13 8/18 17/8 17/13 17/24
  19/8 20/14 21/5 21/5 21/11 22/9 25/7
  25/18 26/14 29/4 29/22 29/23 33/18
  46/13 47/12 49/19 52/9 52/12 52/21

## T

they... [64]  53/23 55/4 55/20 57/13 57/15 57/15 60/13 62/1 62/20 63/19 65/1 66/15 66/16 67/1 67/19 68/1 68/18 68/19 68/20 68/21 69/8 69/9 69/16 71/7 71/15 72/5 76/20 76/23 77/4 78/21 81/9 82/25 83/1 83/4 83/6 83/6 86/25 87/2 87/3 87/21 89/12 91/6 93/22 94/12 95/2 95/4 95/5 95/22 97/7 100/2 100/8 100/13 100/15 101/24 103/10 103/11 103/13 103/13 103/15 103/17 103/18 103/18 103/19 104/4
they be [1]  20/14
they'll [1]  21/7
they're [9]  27/18 27/24 66/25 68/4 78/5 80/13 82/21 93/21 94/21
thing [11]  1/1 18/14 18/16 33/6 36/12 46/1 51/23 54/15 80/16 86/13 97/20
things [18]  3/18 7/12 13/14 19/10 19/20 23/23 28/16 29/21 36/9 37/11 45/24 65/18 82/23 95/15 97/15 97/16 97/18 100/13
think [95]  4/10 4/16 6/11 12/12 17/11 17/22 19/5 19/6 19/22 20/23 22/19 24/16 24/16 31/4 31/19 32/3 32/11 33/2 33/15 33/18 33/18 33/20 33/24 34/1 34/6 35/4 35/10 37/10 38/3 38/8 40/3 40/4 41/9 42/14 42/17 44/25 46/11 46/13 46/22 48/11 49/19 51/8 51/16 54/4 55/25 56/15 58/11 60/11 63/8 63/13 64/1 64/10 64/18 67/9 68/10 70/3 70/16 70/20 71/1 71/18 73/6 73/8 73/13 74/4 74/9 74/11 75/2 75/19 77/18 80/9 80/16 81/1 81/7 81/21 82/11 82/24 83/10 86/25 87/7 88/21 89/16 90/18 91/13 91/14 93/25 96/16 96/19 97/3 98/15 99/10 105/23 107/2 107/9 108/11 108/14
thinking [6]  30/8 33/25 46/25 70/4 92/22 101/4
thinks [1]  10/17
third [2]  3/8 55/18
this [157]
those [35]  5/8 5/22 14/23 21/12 21/16 32/9 32/10 35/24 36/16 37/14 59/20 62/7 63/20 64/16 65/2 65/18 68/3 74/2 89/24 91/5 91/9 91/17 93/11 93/13 93/14 94/13 94/25 97/15 97/18 98/18 101/2 104/19 104/20 104/22 105/5
though [7]  6/20 11/2 47/8 67/19 68/1 95/23 108/10
thought [6]  39/11 51/5 52/21 58/7 96/23 103/13
thousand [1]  102/14
three [3]  9/12 21/17 21/18 22/1 34/20 35/13 35/15 39/18 46/11 46/13 53/11 73/23 74/3 96/11
three days [2]  34/20 35/15
three o'clock [1]  39/18
three-day [1]  35/13
threshold [1]  87/4
through [16]  4/13 4/19 5/3 12/6 13/10 19/4 21/6 28/16 31/9 32/9 34/3 42/2 50/16 67/14 89/9 104/17
throughout [3]  12/25 35/19 97/7
throw [2]  27/8 78/8
Thursday [4]  18/23 18/24 20/11 20/16
thus [1]  55/25
tick [3]  27/21 27/21 27/21
TIGAN [1]  2/9

tight [1]  37/4
time [63]  8/24 6/24 7/4 7/15 7/15 7/18 7/20 7/22 8/13 8/14 10/5 10/25 12/11 14/1 14/13 14/14 16/9 16/10 22/14 22/20 26/16 29/11 29/14 31/14 32/7 35/9 36/22 37/8 37/16 37/17 37/20 37/22 37/24 45/15 49/12 50/10 50/12 50/13 50/16 51/7 51/25 54/7 55/5 55/10 55/18 57/25 76/17 76/20 79/2 82/17 87/24 89/4 90/1 96/2 96/21 97/8 98/21 100/1 100/16 101/2 101/14 103/16 105/2
timeframe [1]  77/12
times [4]  20/18 21/1 89/8 108/2
timing [3]  39/18 39/22 105/25
today [5]  4/12 32/10 32/13 45/17 72/10
together [2]  11/9 95/15
told [2]  23/25 96/23
tomorrow [3]  46/21 106/4 106/12
too [4]  4/25 31/23 39/12 57/21
took [2]  35/5 35/8
tops [1]  49/13
toss [1]  30/11
towards [1]  13/17
traffic [1]  28/5
transaction [3]  83/14 89/8 104/19
transactions [12]  104/12 104/16 104/17 104/19 104/20 104/23 105/4 105/16 105/17 107/23 107/25 108/13
transcript [4]  1/10 4/2 4/2 110/6
treating [1]  68/2
TRENT [1]  2/11
trial [19]  11/17 11/22 11/25 12/25 13/20 16/10 16/14 17/8 18/24 24/15 34/7 34/16 34/20 35/19 49/18 72/7 73/18 82/13 97/6
trials [1]  6/1
tricky [2]  58/11 58/12
tried [2]  12/6 51/17
TRO [1]  8/3
trouble [1]  25/21
troubling [1]  19/21
true [5]  15/5 29/16 35/19 102/24 102/25
trust [1]  105/21
Truthfully [1]  106/15
try [18]  3/14 5/7 5/25 7/24 11/15 13/1 28/2 31/24 32/16 44/25 48/24 49/4 66/16 80/4 87/19 94/25 106/7 108/24
trying [5]  53/1 71/24 75/11 82/8 90/12
Tunnell [1]  2/7
turn [1]  69/10
turned [1]  102/13
turning [1]  13/13
turns [4]  6/24 18/21 28/3 94/8
twelve [1]  84/15
twelve million [1]  84/15
two [23]  7/6 13/5 16/18 25/21 35/5 35/8 43/2 43/5 45/24 46/17 53/8 59/13 59/14 60/16 72/18 74/2 78/16 79/19 85/19 88/3 88/24 95/25 99/10
two days [1]  35/8
two-day [1]  35/5
type [2]  37/18 80/15
types [1]  91/5
typically [4]  23/19 24/1 36/18 49/3

## U

U.S [9]  47/3 57/24 58/25 61/15 62/14 63/16 64/13 66/12 66/16
ultimate [1]  16/11

ultimately [5]  4/15 19/6 19/22 57/16 81/9
unanimous [1]  18/6
unanticipated [1]  50/5
unapportioned [1]  42/17
unclear [3]  6/5 84/19 100/20
uncomfortable [1]  26/1
uncontroversial [1]  15/23
under [8]  38/12 41/4 57/1 57/9 73/12 77/12 83/8 94/23
underlying [1]  74/24
understand [13]  25/4 39/13 39/21 42/18 57/5 57/11 60/1 60/9 64/13 75/8 92/15 102/25 105/11
understanding [12]  30/19 30/20 51/2 64/20 65/10 65/16 71/5 71/18 72/15 98/18 99/2 107/10
understood [6]  24/19 26/11 44/8 74/17 92/16 103/19
unhappy [1]  52/15
UNITED [20]  1/1 42/20 59/5 59/21 59/24 61/1 61/13 61/14 61/25 62/12 62/3 62/5 63/1 63/12 65/3 66/23 66/25 70/18 70/19 70/24
universal [2]  20/24 20/24
unless [11]  4/9 10/11 20/15 26/7 45/5 46/23 51/10 58/1 64/15 70/18 85/2
unnecessary [1]  50/7
unreasonable [1]  51/21
unreliable [2]  93/18 93/21
until [9]  4/24 10/14 11/4 28/15 29/2 63/19 64/15 85/14 95/2
unusual [1]  29/7
unwittingly [1]  5/15
up [35]  4/10 4/21 5/5 6/3 7/5 8/4 9/10 9/12 11/4 14/7 15/25 18/1 22/3 25/11 26/2 26/3 38/23 46/23 47/2 47/9 49/2 49/4 51/18 53/10 55/2 55/4 72/6 73/8 76/22 80/9 83/25 87/19 95/2 105/7 106/10
upon [3]  35/25 37/20 51/1
us [13]  8/4 8/21 16/16 16/18 16/19 23/25 36/22 39/15 45/14 48/7 66/13 108/16 108/24
USDCJ [1]  1/14
use [21]  52/8 68/13 68/16 68/20 70/23 71/4 71/11 74/13 75/9 76/24 79/22 85/23 86/4 86/4 93/5 94/15 97/12 100/25 101/1 101/23 103/20
used [12]  20/5 21/1 21/25 31/21 31/23 65/19 70/18 74/7 75/15 76/2 78/14 95/11
useful [2]  18/19 19/6
user [3]  60/17 64/24 65/18
users [5]  59/8 60/5 60/5 63/17 65/5
uses [1]  87/17
using [17]  44/14 59/1 65/18 68/22 76/18 76/19 76/23 77/13 77/14 81/3 81/17 82/19 87/23 88/22 89/4 98/21 102/4
usually [2]  5/12 18/21
utilize [1]  40/21

## V

valid [1]  87/13
valuable [1]  98/4
valuation [11]  76/6 82/25 95/8 97/4 97/19 97/24 98/6 98/9 98/14 98/15 101/8
valuations [1]  93/2
value [22]  75/10 75/13 75/18 75/22 75/25 76/2 76/9 79/19 81/4 82/5 89/19

## V

value... [11] 89/24 90/14 90/15 90/2
92/11 94/22 95/6 95/20 97/10 97/17
102/3
valued [2] 75/7 78/11
valuing [5] 90/24 90/25 90/25 94/7 95/16
various [1] 105/16
Ventures [1] 95/9 98/12
verdict [3] 18/15 32/2 32/4
versa [1] 67/16
version [1] 47/12
versus [1] 73/8
very [28] 10/15 17/1 17/10 17/11 19/13
19/21 29/25 37/12 45/18 46/4 47/10
52/7 52/13 52/15 68/17 76/13 77/8
79/16 87/3 89/5 89/6 96/17 97/8 101/19
104/5 104/20 106/25 108/17
via [1] 1/15
ViaTech [1] 93/20
vice [1] 67/16
video [5] 72/23 92/21 101/22 102/4
108/3
view [5] 6/5 33/21 43/10 68/6 72/1
views [1] 49/24
visitor [1] 8/2
voir [6] 21/3 21/3 21/7 30/2 31/15 31/16
vulnerable [1] 56/17

## W

wait [3] 19/9 29/2 96/22
waive [1] 19/17
waiving [1] 19/19
walk [1] 5/3
want [64] 4/23 5/4 5/14 5/16 5/21 5/24
7/8 8/16 9/4 9/9 9/15 9/23 11/9 12/16
14/5 15/12 15/13 17/23 18/2 19/24 20/2
20/2 20/3 20/12 20/17 22/12 22/18
22/23 23/1 25/5 26/25 27/2 27/3 27/7
27/9 27/11 28/12 32/13 34/23 38/24
40/16 40/19 45/4 45/23 47/11 48/3
50/15 52/9 52/11 54/14 58/3 69/20
70/13 74/25 80/3 83/25 99/21 105/9
105/13 105/14 105/16 106/8 107/23
108/9
wanted [8] 15/2 15/24 47/23 53/9 66/15
95/4 101/21 103/8
wanting [2] 35/6 57/6
wants [8] 8/22 9/11 28/9 33/19 56/5
76/15 78/8 80/24
War [1] 60/8
Warcraft [4] 59/16 59/19 60/20 62/25
was [112]
Washington [1] 67/15
wasn't [10] 24/13 34/13 34/21 41/7 41/8
76/19 77/13 79/11 88/8 102/7
waste [1] 14/1
wasted [1] 22/4
water [2] 6/18 6/19
waters [1] 95/20
way [38] 4/12 5/2 6/15 10/2 10/18 12/25
13/10 14/16 18/13 21/23 22/14 22/18
23/8 28/9 29/4 29/10 29/21 30/9 30/22
31/10 33/15 33/16 33/19 45/4 49/22
50/13 59/7 68/3 68/4 68/6 68/7 68/19
68/19 70/4 74/6 86/24 89/7 95/2
ways [1] 21/23
WCB [1] 1/4
we [165]
we'll [12] 19/11 21/11 22/16 23/10 30/2
30/25 32/2 32/5 32/9 36/10 39/8 61/11

we're [11] 3/1 27/22 31/4 31/13 44/11
37/8 77/8 92/10 85/5 10/14 104/11

we've [5] 21/14 21/15 30/23 34/9 41/21
WEBB [3] 2/11 18/7 34/24
Wednesday [2] 18/22 23/19
week [2] 58/10 68/14
weekend [1] 106/5
weigh [1] 72/15
weight [2] 81/10 81/21
welcome [2] 46/3 46/4
well [40] 3/24 5/11 11/14 12/24 15/8
15/22 22/15 27/2 30/8 30/18 30/19
30/23 35/17 38/17 45/22 51/5 51/14
52/3 56/22 57/17 59/25 62/9 66/6 67/10
68/11 73/19 75/14 76/14 79/8 79/16
84/23 86/14 88/6 93/21 96/18 96/22
102/5 102/6 106/2 106/6
went [3] 21/17 86/2 108/19
were [47] 23/24 24/2 25/10 30/15 35/12
38/12 38/13 52/21 55/2 59/8 65/2 65/18
68/12 73/20 73/23 76/17 76/20 76/21
76/23 77/3 78/7 78/21 80/17 81/2 83/5
86/17 87/1 87/9 87/18 87/21 89/3 89/12
92/19 92/20 92/22 95/3 98/17 101/8
101/11 101/22 102/22 103/8 103/13
103/16 104/4 107/16 109/3
weren't [2] 76/22 89/4
WesternGeco [2] 61/7 72/8
what [137]
what's [4] 68/11 78/2 96/24 105/25
whatever [4] 33/13 39/20 49/21 96/10
when [38] 3/10 5/2 5/22 6/22 10/24
14/14 19/25 23/23 32/3 32/7 36/25 45/2
45/24 48/1 55/10 60/21 61/8 61/25
61/25 62/12 67/8 68/25 69/16 76/17
77/12 77/18 77/23 78/12 78/21 79/22
81/3 82/11 83/6 90/19 94/21 95/2 101/2
102/15
where [21] 11/19 24/5 30/3 35/6 41/18
45/21 52/18 55/12 56/19 57/19 63/11
71/3 71/4 71/24 72/4 73/9 75/24 80/9
81/14 82/7 105/10
whereas [2] 95/21 103/22
wherein [1] 41/8
wherever [1] 5/16
whether [10] 17/5 24/2 32/6 43/5 51/8
67/24 71/19 84/19 90/20 100/20
which [62] 3/9 5/9 8/21 9/17 12/22 13/20
17/17 17/17 18/12 18/23 20/23 21/4
21/8 21/24 22/1 23/20 28/7 29/15 32/5
33/10 34/8 34/10 40/3 40/18 42/15
42/18 44/12 47/16 47/18 54/18 55/9
55/15 58/16 59/4 59/6 62/4 67/25 72/3
72/22 73/9 73/19 74/8 74/16 75/7 75/11
79/1 80/10 80/12 82/14 85/11 85/23
86/2 88/3 91/18 91/20 94/1 94/7 94/22
96/6 100/5 104/5 104/22
while [8] 12/18 26/13 28/13 44/17 64/11
66/19 91/25 105/7
Whitserve [3] 91/14 91/19 91/21
who [26] 7/11 7/11 14/21 16/24 17/2
22/7 22/17 25/6 25/17 29/25 29/25 29/15
29/23 30/11 59/4 59/5 69/5 69/15 72/4
76/21 82/1 82/1 92/20 92/22 103/8
103/9
who's [2] 9/7 9/10
whole [5] 50/6 88/21 89/23 98/10 104/21
why [16] 27/23 29/9 29/23 46/17 51/12
58/24 59/3 59/10 72/11 76/11 85/25
87/8 87/25 90/11 94/17 94/23

wildly [1] 38/24
will [21] 117
willful [1] 57/8
willfulness [14] 53/13 53/17 54/5 54/9
54/12 55/5 55/15 56/4 56/5 56/8 56/14
56/16 57/10 57/20
William [1] 1/14
willing [3] 83/3 87/12 87/12
willingness [1] 83/6
wins [1] 30/11
withdraw [2] 57/3 57/20
within [9] 17/5 59/21 59/24 63/1 66/23
70/18 70/19 70/24 84/13
without [10] 6/13 25/25 27/4 27/5 47/20
51/3 61/15 69/14 87/1 99/12
witness [10] 7/2 8/11 8/11 8/12 8/12
8/24 10/23 11/5 14/12 16/13
witness's [2] 10/10 10/23
witnesses [12] 6/15 7/13 8/6 11/19 14/5
14/10 14/11 14/12 14/16 14/18 16/24
41/3
won't [8] 26/18 29/14 29/18 29/22 29/23
40/14 46/7 52/24
wondering [3] 24/2 27/23 67/23
word [2] 51/22 87/8
words [3] 40/19 56/7 57/1
work [11] 22/15 22/21 27/25 38/4 39/8
47/6 52/4 53/5 57/18 68/7 73/17
working [5] 13/10 28/16 32/8 43/5 106/5
works [2] 32/5 52/4
world [8] 59/16 59/19 60/8 60/19 82/9
89/6 94/22 103/14
worry [2] 6/17 32/2
worth [1] 75/19
would [92] 3/13 4/6 6/5 6/23 8/4 12/21
14/14 18/25 19/21 20/9 21/4 23/7 25/12
25/16 25/20 26/7 29/7 36/20 37/21
37/23 40/14 42/1 42/2 42/5 44/9 45/24
46/9 46/12 46/20 47/6 47/8 47/21 48/5
48/8 48/14 49/20 51/5 53/22 54/12
54/17 56/12 56/22 58/7 58/7 58/13
58/14 58/17 61/14 61/20 64/6 65/5
65/14 65/19 65/19 65/21 69/5 69/21
73/7 78/11 78/25 79/3 81/9 81/20 82/3
83/3 83/6 84/2 84/22 86/25 88/15 88/15
88/16 88/18 88/19 88/22 88/24 89/14
90/5 91/8 92/6 92/10 92/25 97/9 102/12
104/8 104/13 105/17 106/2 106/11
106/14 107/3 108/12
WoW [3] 63/9 63/25 64/17
wrangler [1] 7/12
writing [1] 108/6
written [1] 56/24
wrong [1] 7/25

## X

Xbox [6] 64/24 65/17 72/22 72/24 72/24
72/25
Xboxes [1] 64/23
Xylac [2] 96/6 96/13

## Y

yeah [15] 23/12 25/16 30/24 36/15
36/19 39/10 39/16 39/24 44/13 57/4
68/10 83/19 84/2 85/4 86/12
year [2] 101/25 102/1
years [9] 53/19 53/23 55/18 78/16 85/19
88/3 96/1 96/11 102/16
yes [22] 21/9 21/11 29/3 29/6 29/23
34/25 35/2 35/16 36/4 36/7 41/20 60/19

## Y

yes... [10]  63/6 66/6 70/7 70/15 80/8
 84/5 86/11 91/10 98/16 105/24
yesterday [4]  23/20 23/24 73/22 107/6
yet [2]  57/15 67/23
York [1]  67/17
you [308]
you'll [3]  6/25 19/3 29/2
you're [12]  4/15 13/7 14/4 17/14 17/16
 19/18 35/14 37/7 38/20 39/7 65/23
 67/10
you've [8]  10/8 11/3 12/9 12/9 31/11
 31/25 45/8 46/7
your [122]
Your Honor [3]  37/10 39/8 41/20
yours [2]  11/13 14/4

## Z

zero [1]  87/15
zoom [2]  1/15 84/6