IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCELERATION BAY LLC, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § § | Civil Action No. 16-453-WCB |
| ACTIVISION BLIZZARD, | § § § | |
| *Defendant.* | § § § § | |

# VERDICT FORM

**INSTRUCTIONS**:

When answering the following questions and filling out this Verdict Form, please follow the directions provided. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of the Court as our verdict in this case.

**Question 1**: Did Acceleration Bay prove by a preponderance of the evidence that Activision's products as identified below infringe one or more claims of the following Asserted Patents?

Answer "Yes" or "No" for each claim. *"Yes" is a finding for Acceleration Bay; "No" is a finding for Activision.*

**World of Warcraft:**

| '344 Patent | Claim 12 | Yes |
|---|---|---|

**Call of Duty:**

| '147 Patent | Claim 1 | Yes |
|---|---|---|

If you answered "Yes" for any claim of any Asserted Patent in Question 1, turn to Question 2.

**Question 2**: What sum of money do you find that Acceleration Bay has proved by a preponderance of the evidence would fairly and reasonably compensate Acceleration Bay for Activision's infringement of Acceleration Bay's Asserted Patents?

World of Warcraft: $ ~~23,000,000~~ 18 million

Call of Duty: $ 5.4 million

1

After completing the verdict form, you should review it to ensure that it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.

The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

▌[redacted]                                    __5/3/2024__
                                                     Date

2