# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 16-453-WCB |
| v. | ) |
| | ) **PUBLIC VERSION** |
| ACTIVISION BLIZZARD INC., | ) |
| | ) |
| Defendants. | ) |

## ACCELERATION BAY LLC'S
## TIMELINE OF PATENT LICENSE TRANSACTIONS AND OFFERS

As requested by the Court during the April 25, 2024 final pretrial conference, Acceleration Bay provides the following summary timeline of the offers and transactions made relating to the Asserted Patents. Acceleration Bay submits as exhibits the referenced documents not previously submitted to the Court.

## I. Negotiations For Use of the Patented Technology

- October 27, 2000: Boeing prepares business plan describing "virtually limitless" applications for technology, including multiplayer gaming, and projects revenues of over $100M by 2005. PTX 875.

- August 7, 2001- April 22, 2002: Boeing and Panthesis negotiate the royalty Panthesis would pay on multiplayer games and other software products.

    o August 7, 2001: Boeing sends Panthesis an approved general outline for Panthesis to "obtain rights to develop and market products and services that incorporate Boeing's Small World Area Network ("SWAN") technology, which is the subject of patent applications Boeing filed that ultimately issued into the Asserted Patents. The outline includes ongoing royalties based on an average royalty rate of 15% and an upfront license fee payment. PTX 861.

    o Boeing proposes a royalty rate schedule that varies over time, ranging from 6% to 18% depending on the year. Boeing's proposed royalty rate for 2012, the stipulated date of the hypothetical negotiation, is 16%. PTX 833.

    o April 22, 2002: Boeing's outside counsel sends a letter with a final draft of the Boeing/Panthesis license agreement "reflecting the terms negotiated between" Boeing and Panthesis. The letter states that there is "agreement on all terms regarding this transaction" with the exception of certain stock information from Panthesis. PTX 836, PTX 837.[1]

- July 2002: Boeing and Panthesis execute a license agreement. PTX 834 (press release announcing transaction giving Panthesis "an exclusive right to commercialize Boeing's SWAN technology"). Panthesis' business plan describes the market need and reasons for pursuing the online massive multi-player game market. Ex. 1 (JTX 13).

- February 2005: After seeking to commercialize the technology, Panthesis runs out of funding and closes its doors. The patent rights revert to Boeing.

---

[1] Judge Andrews ruled that the unsigned version of the agreement is admissible. D.I. 767 at 15, citing D.I. 692 at 11-13. The Court then overruled Activision's objections to the admission of the agreement (PTX 836, PTX 837). D.I. 819 at ¶ 4.

II. **No Commercial Use of Patented Technology**

- November 19, 2006: Boeing and Sony execute a limited license agreement with a specific field of use with Sony. Section 5.3 of the agreement states "The value of the Licensed Technology to [Sony's] business is speculative. [Sony] will have to expand significant resources to determine if any code or process may be created that rely on the teachings within the Licensed Technology." Ex. 2 (DTX 660). Boeing's witness who negotiated this license testified that the license to Sony was for Sony's game developers to communicate with each other, and not for commercial use in Sony's games. 5/4/17 Radovsky Tr. at 16:06-21:04; 34:13-35:09.

- May 15, 2009: Boeing emails Intellectual Ventures, a non-practicing patent monetization entity, about whether it may have interest in discussing the Asserted Patents and provides background information. There is no evidence of any offers being conveyed. DTX 676, DTX 677.

- August 24, 2009: Correspondence between Acorn employees indicates that Acorn, a part-time patent broker, is not aware of any company using the patented technology. DTX 624 ("In general I can see where these relate to online gaming, but I don't know enough about how some of these systems operate to say that they infringe on these").

- April 22, 2010 - August 31, 2010: Correspondence between Acorn and Cisco refers to a ▮▮▮▮ offer from a "troll" to purchase the Boeing patents and an anticipated counter-offer of ▮▮▮▮. The source of the offer is not identified and does not result in a license or sale. There is no evidence that this was a bona fide offer as opposed to an attempt to spark interest from Cisco. DTX 662.

- August 31, 2010 - December 21, 2010: Open Invention Network, a defensive patent aggregator (https://openinventionnetwork.com/), corresponds with Acorn regarding Boeing's patents. Boeing indicates any sale of the patents is on hold. The correspondence does not identify on whose behalf Open Invention Network would be purchasing the patents. Boeing does not sell or license its patents to Open Invention Network. DTX 663, DTX 673, DTX 674.

- January 1, 2012- April 19, 2012: Acorn indicates to Google that it has received a ▮▮▮▮ "offer" from an unidentified party. DTX 626, DTX 634, DTX 680. There is no evidence that this was a bona fide offer as opposed to an attempt to spark interest from Google. Google is not interested. To the extent Boeing had actually received a ▮▮▮▮ offer, it rejects the offer.

III **Commercial Use of Patented Technology**

- February 28, 2012: Activision files its 2011 10-K, stating that Activision is investing in its World of Warcraft and Call of Duty "online communities," providing that "social connectivity" generates "lasting value enhancement to our global communities of players," and that its "online capability and functionality" is one of its major competition points in the market. PTX 656 at 5726.

2

- September 2012: Stipulated date of the hypothetical negotiation. Activision launches its infringing World of Warcraft product.

- ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
██████████████████████████

- March 11, 2015: Acceleration Bay files suit against Activision. D.I. 1.

- April 14, 2020: Epic Games enters into a Cross License Agreement with Acceleration Bay.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul J. Andre<br>Lisa Kobialka<br>James R. Hannah<br>Christina Finn<br>Aakash Jariwala<br>KRAMER LEVIN NAFTALIS<br> & FRANKEL LLP<br>333 Twin Dolphin Dr., Suite 700<br>Redwood Shores, CA 94065<br>(650) 752-1700 | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*Acceleration Bay LLC* |

Aaron M. Frankel
Cristina Martinez
Marcus Colucci
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
 (212) 715-9100

Dated: April 26, 2024
Public version dated: May 14, 2024
11476990

3