IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-453 (WCB) |
| | ) |
| ACTIVISION BLIZZARD, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Acceleration Bay LLC ("Acceleration") and Defendant Activision Blizzard, Inc. ("Activision") have entered into a Settlement Agreement resolving all claims asserted by Acceleration in the above-captioned action;

NOW THEREFORE, Acceleration and Activision hereby stipulate, by and through their respective counsel, as follows:

1. The claims asserted by Acceleration are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a); and

2. Each party will bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Philip A. Rovner* | */s/ Jeremy A. Tigan* |
| Philip A. Rovner (#3215) | Jack B. Blumenfeld (#1014) |
| Hercules Plaza, 6th Floor | Jeremy A. Tigan (#5239) |
| 1313 North Market Street | Cameron P. Clark (#6647) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 984-6000 | P.O. Box 1347 |
| provner@potteranderson.com | Wilmington, DE 19899 |
| *Attorneys for Plaintiff* | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| | jtigan@morrisnichols.com |
| | cclark@morrisnichols.com |
| August 16, 2024 | *Attorneys for Defendant* |

SO ORDERED this 16th day of August, 2024.

_____
The Honorable William C. Bryson